## **EXHIBIT LIST**

Exhibit 1     Amazon.com Listings of Infringing Products

Exhibit 2     United States Design Patent No. D981,205