

Try Our Top Pick for Keyless Entry Door Locks    $49.99 ✓prime

MILOCKS

## Customers who viewed this item also viewed

Sponsored ⓘ



HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries
★★★★☆ 380
$49.99



BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, Auto Lock,50 User Code,Easy
★★★★☆ 2,448
$54.98



Keypad Door Knob Lock, Keyless Entry Door Lock with Anti-Slip Handle, Auto Lock, Waterproof Electronic Black
★★★★☆ 702
$39.90

Tools & Home Improvement › Hardware › Door Hardware & Locks › Door Knobs



Roll over image to zoom in

       

▶ 5 VIDEOS

## zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob 5s Auto-Lock for Bedroom Apartment Garage Office Security Coal Black

Visit the zincker Store

4.4 ★★★★☆  1,108 ratings

**Amazon's Choice** in Door Knobs by zincker

**Deal**

**-20%** $39.99

Typical price: $49.99 ⓘ

FREE Returns ▾

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

Color: Coal Black

| | |
|---|---|
| 🔲 $39.99 | 🔲🔲 $119.99 ($40.00 / Count) |
| 🔲 $39.99 | 🔲 $39.99 |
| 🔲 $39.99 | 🔲 $39.99 |

| | |
|---|---|
| **Material** | Zinc Alloy |
| **Brand** | Zincker |
| **Color** | Coal Black |
| **Product Dimensions** | 7.3"L x 3"W |
| **Number of Pieces** | 2 |

| | | | |
|---|---|---|---|
| 🏛 **Style** Modern | | 🗄 **Handle Type** Knob | |
| △ **Shape** Inverted droplet | | ⋮⋮ **Finish Type** Powder Coated | |

### About this item

- STYLISH YET SECURE KEYLESS ENTRY DOOR KNOB WITH LOCK ▶ The inverted droplet shape rotary knob has a texture and design optimized for long term grip comfort; The main structure, made by tested Zinc Alloy materials, delivers the robust and sturdy construction, enabling it to handle intensive day-to-day use; fit 4 x AA batteries inside, up to 2





☐ Add your 30-day FREE trial of Prime and get fast, free delivery    ✓prime

**Delivery** | Pickup

$**39**.99

FREE Returns ▾

FREE delivery **Saturday, June 24**

Or fastest delivery **Tomorrow, June 20**. Order within **11 mins**

◉ Select delivery location

**In Stock**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

Payment    Secure transaction
Ships from    Amazon
Sold by    DreaMall
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt
Support    Free Amazon tech support included
Packaging    Shows what's inside

**Add a Protection Plan:**
☐ 4-Year Protection for $7.99
☐ 3-Year Protection for $5.99

☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell? Sell on Amazon

years of battery life; Sweat & weatherproof design keeps this electronic door knob intact despite all manner of unexpected situations

- SIMPLE INSTALLATION ▶ Installation is a breeze on doors with standard backsets from 2 ⅜ inches up to 2 ¾ inches, and door thicknesses up to 2.5 inches. All you need is a Phillips screwdriver (for retrofitting) or a drill (for new doors without a cutout) to get this keypad door knob installed for your bedrooms, etc

- EASY TO PROGRAM AND CHILD-PROOF ▶ A truly convenient alternative to traditional keys. Manage 1 administrator code and up to 50 passcodes using a single keypad. Perfect door knob with lock for room rentals, house-keeping, offices, storage rooms, bedrooms, dormitory management and more, also manage your children's access to a specific room such as computer room (gaming), garage workshop or storage room, etc

- ADVANCED SAFETY ▶ By default, this door knob automatically locks 5 seconds after being opened. However, when there is a need to leave the door unlocked for a while, simply activate the Passage Mode; Turn on Silent Mode if you don't want others to hear any feedback from it; Anti-prying technology protects your code from prying eyes. You may enter up to 20 digits, including your own code, to unlock the door knob

- EMERGENCY OPTIONS ▶ Get immediate power supply to Vaulta via a power bank through its built-in Type-C port, or use either of the 2 backup keys provided in the box when it runs out of batteries. Great gift for new homes

› See more product details

**GeekTale Fingerprint Door Lock…**
★★★★☆ 246
**$69⁹⁹** ✓prime
Save 10% **with coupon**

Sponsored ⓘ

## Additional Details



**Verified by Transparency**
Each item has a unique code that we verify before shipping. Learn more

## Customer ratings by feature

| | | |
|---|---|---|
| Value for money | ★★★★☆ | 4.6 |
| Easy to install | ★★★★☆ | 4.5 |
| Sturdiness | ★★★★☆ | 4.5 |
| Lock Feature | ★★★★☆ | 4.4 |

See all reviews

📝 Report incorrect product information.

## Similar item to consider



**Amazon's Choice**



Amazon Basics Exterior Door Knob With Lock, Classic, Matte Black
★★★★☆ (898)
$18.80 ✓prime



**Try Our Top Pick for Keyless Entry Door Locks**
★★★★☆ 2,869
$49⁹⁹ ✓prime

Sponsored ⓘ

## Frequently bought together



**This item:** zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door…
$39⁹⁹

Amazon Basics Rounded 5/8 Radius interior, 3.5" x 3.5" Door Hinges, 18 Pack, Matte Black
$34⁸⁶ ($1.94/Count)

Copper Creek CK2030BC Colonial Door Knob, Privacy Function, 1 Pack, in Black
$13⁸⁵

Total price: **$88.70**

**Add all three to Cart**

ⓘ These items are shipped from and sold by different sellers. Show details

## Discover similar items

✓prime  ★★★ & Up  Price: $25 - $50    More Filters



★★★★☆ 14
$21⁹⁵ ✓prime
See more like this

★★★★☆ 148
Limited time deal
$18⁴⁷ List: $25.85 ✓prime
See more like this

★★★★☆ 2,448
$54⁹⁸ List: $69.99
See more like this

★★★★☆ 50
Limited time deal
$59⁹⁹ Typical: $74.99
See more like this

★★★★☆ 381
$12³⁷ ✓prime
See more like this

★★★★☆ 142
$11⁹⁸ List: $13.98 ✓prime
See more like this

★★★★☆ 1,474
$14⁹⁹ ✓prime
See more like this

★★★★☆ 600
$13⁸⁹ ✓prime
See more like this

★★★★★ 4
$31³⁴
See more like this

★★★★★ 18
$41⁹⁰ List: $45.00
See more like this

★★★★★ 21
$69⁹⁹ List: $89.99
See more like this

★★★★☆ 83
$42⁹⁰
See more like this

Show more

## 4 stars and above

Sponsored ⓘ



HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alka…
★★★★☆ 379
$49⁹⁹ ✓prime

zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code…
★★★★☆ 1,108
Limited time deal
$39⁹⁹ ✓prime
List: $49.99 (20% off)

BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, A…
★★★★☆ 2,448
$57.91 ✓prime

Keypad Door Knob Lock, Keyless Entry Door Lock with Anti-Slip Handle, Auto Lock, Wa…
★★★★☆ 701
Amazon's Choice in Door Knobs
$39.90 ✓prime

iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip…
★★★★☆ 454
$49.99 ✓prime

GeekTale Smart knob, Fingerpri Biometric Door with App Contro
★★★★☆ 1,…
#1 Best Seller
$69⁹⁹ ✓prime
Save 15% with co

## Product Description

### Door Knob with Backlit-Enabled Keypad

A convenient and programable keyless option is added to your doors so that you can leave your physical keys behind.

### Childproof

Keep your kids safe by preventing them from entering a specific room.

### More Comfort

The inverted droplet-shaped rotary knob, with anti-slip contours, makes opening the door a breeze.

### More Style

Choose from Matt Black, Shiny Gold or Glossy Silver to best fit your door.

### More Sturdiness

Constructed of rigorously tested Zinc-Alloy mechanical parts to ensure exceptional durability.

### Combination Door Knob

Unlocking methods:

¹ By keypad code

² By key

### Access Management

1 admin code & up to 50 user codes.

*Set a new admin code immediately after installation.*

### Simple Programming

Add/Change/Delete a user code.

Turn on/off: Passage mode or Silent mode.

### Passcode Disguise

Randomly enter up to 20 digits before and/or after your own code to unlock the door knob.

### 5 minutes Installation

We provide a step-by-step **installation YouTube guide** besides the included **User Manual.**

### 5 second Auto-Lock

**Avoid** the **'forgot-to-lock'** hassle **COMPLETELY.** Just shut the door and go, knowing the door will automatically lock by itself.

### Passage Mode

Turn on **Passage Mode** when you don't need your door to auto-lock itself. Press any key to quickly disable Passage Mode and resume **Auto-Lock.**

### Silent Mode

Easy to **turn on/off system sounds** according to your personal tastes.

**Up to 2-Year Battery Life**

Compatible with **4 x AA Alkaline Batteries (NOT INCLUDED).**

**DO NOT** mix different brands of batteries.
**DO NOT** mix new batteries with worn-out batteries.

**Low-battery Warning**

The indicator shows **red** to remind you to replace your old batteries promptly, for continuous use.

**Backup Option 1**

**2 Backup keys** offer the traditional unlocking method. Store them safely.

**Backup Option 2**

Built-in **Type-C USB port** to provide **emergency power** from a portable power supply (e.g. a power bank/laptop etc).

## Compare with similar items

| | This item zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob 5s Auto-Lock for Bedroom Apartment Garage Office Security Coal Black | HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Digital Coded Door Knob Sequra Matte Black | BOTHSTAR Keypad Door Knob Lock, Code Locks Door Knob, Auto Lock,50 User Code,Easy to Install,for Home,Office,Hotel,Bedroom,Garage,No Deadbolt | Signstek Keyless Entry Door Lock, Door Knob with Keypad, Smart Code Door Lock, Mute Mode, Passage Function, Easy to Install, Oil Rubbed Bronze |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★½ (1108) | ★★★★½ (380) | ★★★★½ (2448) | ★★★★☆ (1694) |
| Price | $39⁹⁹ | $49⁹⁹ | $54⁹⁸ | $39⁹⁹ |
| Shipping | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| Sold By | DreaMall | Device X | PROYJ | LinYa Store |
| Color | Coal Black | Matte Black | Matte Black | Oil Rubbed Bronze |
| Finish Type | Powder Coated | Powder Coated | Matte Black | Oil Rubbed |
| Item Dimensions | 7.3 x 3 x 3 inches | 3 x 2.5 x 2.5 inches | 8.07 x 4.53 x 4.53 inches | 7.09 x 3.94 x 3.15 inches |

## Product information

### Technical Details

| Material | Zinc Alloy |
|---|---|
| Brand | Zincker |
| Color | Coal Black |
| Product Dimensions | 7.3"L x 3"W |
| Number of Pieces | 2 |
| Exterior Finish | Zinc |
| Specific Uses For Product | Inside use recommended; Avoid cold/humidity/rain for outdoor use. |
| Special Feature | ⁵ Fit your doors, ⁶ Easy to install & program, ⁷ Passage mode & Silent mode, ⁸ Auto locking-5 seconds, ¹ Pin code door knob, ² Child proof door knob, ³ Up to 50 users, ⁴ Long battery life, ⁹ Anti-prying technology, ¹⁰ Splashproof & sweatproof |
| Age Range (Description) | Adult |
| Included Components | ⁴ Functions guide, ² Mounting hardware kit, ³ 2 backup keys, ¹ |

### Additional Information

| ASIN | B0B3CXHXSN |
|---|---|
| Customer Reviews | 4.4 ★★★★☆ ▾    1,108 ratings<br>4.4 out of 5 stars |
| Best Sellers Rank | #10,284 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#59 in Door Knobs |
| Date First Available | August 4, 2022 |

### Warranty & Support

**Amazon.com Return Policy: Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

|  | Vaulta electronic door knob set, ⁵ User manual |
| --- | --- |
| Lock Type | Keypad Door Knob, Combination Lock |
| Item Weight | 1.9 Pounds |
| Metal Type | Zinc Alloy |
| Handle Material | Zinc |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| Manufacturer | zincker |
| Part Number | K1BB |
| Item Weight | 1.9 pounds |
| Item model number | K1 |
| Batteries | 4 AA batteries required. |
| Size | Normal |
| Finish | Powder Coated |
| Item Package Quantity | 1 |
| Type of Bulb | LED |
| Head Style | Inverted droplet shape |
| Special Features | ⁵ Fit your doors, ⁶ Easy to install & program, ⁷ Passage mode & Silent mode, ⁸ Auto locking-5 seconds; ¹ Pin code door knob, ² Child proof door knob, ³ Up to 50 users, ⁴ Long battery life, ⁹ Anti-prying technology, ¹⁰ Splashproof & sweatproof |
| Batteries Included? | No |
| Batteries Required? | Yes |

## Product guides and documents

User Guide (PDF)

Size Guide (PDF)

User Manual (PDF)

## Videos

### Videos for this product



Didn't realize how much I'd like this - Quick Review
Brian and Kelsey



Zincker Vaulta Unboxing Video2
DreaMail



Zincker Vaulta Electronic Door Knob Review
BestProducts

Upload your video

## Products related to this item

Sponsored ⓘ









| BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, A... | TEEHO Keyless Entry Door Locks with Keypads – Deadbolt Smart Lock – Front Door Lock... | HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alka... | Mega Handles Privacy I Door Knob for Hallway, Closet and Bathroom I Reversible Heav... | Double Sided Keypad Door Knob with Dual Cylinders and Key Alike, iuknob Keyless Ent... | Zowill Keyless E Door Lock, Elec Keypad Deadbo Knob Handle, A |
| ★★★★☆ 2,448 | ★★★★★ 6 | ★★★★☆ 379 | ★★★★☆ 15 | ★★★★★ 20 | ★★★★☆ 75 |
| $57.91 ✓prime | #1 New Release | $49.99 ✓prime | $49.99 ✓prime | $119.99 ✓prime | $79.99 ✓prim |
| | $99.99 ✓prime | | | | ✦ Climate Pledge |



MiLocks TKK-02AQ Digital Door Knob Handle Lock with Electronic Keypad – Keyless Entry Smart Door...

★★★★☆ 2,869

$49.99 ✓prime

Try Our Top Pick for Keyless Entry Door Locks

Sponsored ⓘ

Sponsored



zomnua
Shop the Store on Amazon ›

Sifely
Shop the Store on Amazon ›

FITNATE
Shop the Store on Amazon ›

| Keyless Entry Door Lock, Zomnua Fingerprint Lever Lock Deadbolt... | Sifely Keyless Entry Door Lock, Keypad Door Lock, Keyless Door Lock, Fingerpri... | FITNATE Doo Door Lock fo |
| ★★★★☆ 311 | ★★★★☆ 5,855 | ★★★★☆ |
| $99.99 | $99.99 List: $129.99 | $49.99 |

## Looking for specific info?

See questions and answers ›

## Customer reviews

⭐⭐⭐⭐½ **4.4 out of 5**

1,108 global ratings

| | | |
|---|---|---|
| 5 star | ▭ | 72% |
| 4 star | ▭ | 13% |
| 3 star | ▭ | 5% |
| 2 star | ▭ | 4% |
| 1 star | ▭ | 7% |

⌄ How customer reviews and ratings work

Sponsored ⓘ

### Reviews with images

  

See all customer images

[ Top reviews ⌄ ]

### Top reviews from the United States

**Michael Ikwuyum**

⭐⭐⭐⭐☆ **Just as Advertised.**

Reviewed in the United States on May 1, 2023

Color: Champagne Gold    **Verified Purchase**

Package delivered on time and very easy to install. Very stylish and different from other locks. The only con so far is that it can only be locked/unlocked from the inside.

One person found this helpful

[ Helpful ]    Report

---

**blt64**

⭐⭐⭐⭐⭐ **Makes us feel more secure**

Reviewed in the United States on June 12, 2023

Color: Black (Matte)    **Verified Purchase**

Not everyone that comes into a person's life is trustworthy, so i jokingly said we needed a digital lock for our bedroom. Never imagined they made one for indoors. I stumbled upon this and was very surprised. I ordered it immediately. My husband installed it as soon as we got it. We have remarked a few times we wish we could lock our bedroom without having to carry around our keys or take just one key off and risk losing it for multiple reasons. This solved that problem and we love it. Very pleased and highly recommend. It is easy to install and program and use. We had a problem at first, but it was 100% operator error. Read the directions carefully and it's easy.



[ Helpful ]    Report

---

**Lisette**

⭐⭐⭐⭐☆ **It looks fancy**

Reviewed in the United States on April 21, 2023

Color: Black (Matte)    **Verified Purchase**

Great product, definitely need someone who's handy with this stuff. My door needed to be adjusted to fit this door knob. It looks really nice but I can't stand the noise feedback when entering the pin and when it unlocks the door. Other than that, I love it.

One person found this helpful

Helpful   |   Report

Alexander Russell

⭐⭐⭐⭐⭐ **WORKS AS ADVERTISED-PLAN TO BUY MORE**

Reviewed in the United States on May 3, 2023

Color: Glossy Silver  |  **Verified Purchase**

So honestly wanting a lock above door handle, and which I didn't need to worry about another set of keys, converting my house to everything being smart, and this door knob was a great addition, I looked at a lot of different times as there are a lot on the market and I'm glad that I settled on this one as it was easy to install to my existing door as well as easy to program. Reels definitely feel up to par and I have a good feeling about the longevity of this product! Going to try it out for a few months, but as long as it holds true, I plan to buy many more for my home and maybe even my office buildings and shop. I 100% reccomned. I don't seem biased, so I'm trying to think of something that I don't like about the handle and I would say maybe the shape is a little offputting, but I can see it being something I get used to you as let's be honest, the shape of a door handle isn't really anybody's biggest problem.

2 people found this helpful

Helpful   |   Report

Kristina Joseph

⭐⭐⭐⭐☆ **Extra keys?**

Reviewed in the United States on April 25, 2023

Color: Black (Matte)  |  **Verified Purchase**

I love this product but is there a way to get an extra set of keys?

Helpful   |   Report

Jmm

⭐⭐⭐⭐⭐ **Amazing!**

Reviewed in the United States on May 8, 2023

Color: Black (Matte)  |  **Verified Purchase**

I love this product! Makes keyless entry a breeze. We take our home security seriously and keep the doors locked 100% of the time. However, it was really annoying to always keep a key on you so you don't lock yourself out. This door handle was the perfect solution. Now I can come in and out of my house without a key and even temporarily disable the lock if I'm going in and out frequently and don't want to keep using the code. I love that I can give visitors their own unique user code to let themselves in. Very easy to use and program codes. Instructions are clear. Installing was a simple. I did have an issue at first where the door handle was not engaging the lock but Zincker tech support (hi Felix!) was very helpful. Turned out to be a low battery. I used a new package of batteries but they were old and no good. Swapped them out and works perfectly.

One person found this helpful

Helpful   |   Report

Samantha

⭐⭐⭐⭐⭐ **So convenient**

Reviewed in the United States on June 7, 2023

Color: Coal Black  |  **Verified Purchase**

Have these on the doors to my restaurant and office so I wouldn't have to change the key everything someone was let go and get and its a game changer. You can program individually codes for people and then you can see who is coming in and out and then delete a person's code if necessary. Super easy instal and I even ordered an additional one later for my office door. Sleek looking design

Helpful   |   Report



tiffany rider

★★★★☆ **AMAZING CUSTOMER SERVICE!**
Reviewed in the United States on March 19, 2023
Color: Coal Black   |   Verified Purchase

Ordered the lock and loved it, but for some reason the batteries kept draining quickly. It takes 4 AA Batteries and they would drain in a week. I reached out to the seller long after my return window and they responded within 10 hours and shipped out a new one to me in less than 24 hours.
The replacement is now installed, and fingers crossed that the batteries do not drain quickly because I love this product.

5 people found this helpful

| Helpful |   |   Report

See all reviews ›

Sponsored ⓘ







  
Level up with **gaming gift cards**
Shop gift cards ›

## Customers who viewed this item also viewed


Keypad Door Knob Lock, Keyless Entry Door Lock with Anti-Slip Handle, Auto Lock, Waterproof Electronic Black
★★★★☆ 702
$39⁹⁰


BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, Auto Lock,50 User Code,Easy
★★★★☆ 2,448
$54⁹⁸


Signstek Keyless Entry Door Lock, Door Knob with Keypad, Smart Code Door Lock, Mute Mode, Passage Function, Easy
★★★★☆ 1,694
$39⁹⁹

Tools & Home Improvement › Hardware › Door Hardware & Locks › Door Knobs



      

Roll over image to zoom in    6 VIDEOS

### HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Digital Coded Door Knob Sequra Matte Black

Visit the HOLOMARQ Store
4.6 ★★★★☆ 380 ratings

-29% $49⁹⁹
List Price: $69.99 ⓘ

FREE Returns ⌄
Join Prime to buy this item at $39.99

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

Available at a lower price from other sellers that may not offer free Prime shipping.

**Color:** Matte Black

 $49.99     $49.99     $49.99

 $49.99

| | |
|---|---|
| Material | Zinc |
| Brand | HOLOMARQ |
| Color | Matte Black |
| Product Dimensions | 7.3"L x 2.5"W |
| Number of Pieces | 2 |

 Style
Digital

 Shape
Rounded Square

 Handle Type
Knob

Finish Type
Powder Coated

### About this item

- Advanced Access Management [Amazing option/gift for Room Rentals, New Homes and Upgrades] 🟧 One and only admin code manages all functions plus 49 user codes using a single keypad; Door knob with lock perfect for room rentals, house keeping, offices, dormitories, storage rooms, laundry rooms, bedrooms, and more
- Child & Teenager Proof Door Knob with Keypad 🟧 Premium metallic finish and sturdy Zinc Alloy construction with enhanced security mechanism not only add privacy and protection to your personal space, but also keep your kids



**prime**

**Prime Exclusive Deal**
☐ Add your 30-day FREE trial of Prime to buy this item for only $39.99 plus free expedited delivery.

● Buy new:
$49⁹⁹

FREE Returns ⌄

FREE delivery **Saturday, June 24**

Or fastest delivery **Wednesday, June 21.** Order within **12 hrs 40 mins**

◉ Select delivery location

**In Stock**

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Device X |
| Returns | Eligible for Return, Refund or Replacement with… |
| Support | Free Amazon tech support included |
| Packaging | Shows what's inside |

Details

**Add a Protection Plan:**
☐ 4-Year Protection for $8.99
☐ 3-Year Protection for $6.99
☐ Add a gift receipt for easy returns

◯ Save with Used – Like New
$39¹⁰

away; Sweat & weatherproof design ensures durability when it is exposed to the outdoors

- Easy 4-Step Installation Completed in 5 Minutes by 1 Person 🔋 Fits most interior doors with standard backsets from 2⅜ inches up to 2¾ inches, and door thicknesses up to 2.5 inches; Uses 4 x AA batteries from a single brand
- Programmable Door Knob with Keypad 🔋 Disguise your passcode in up to 20 digits when someone is around; Lock immediately by pressing '✓', or let Sequra 'Auto-Lock' after 5 seconds; Turn on 'Passage Mode' to leave Sequra unlocked for your convenience; Turn on 'Silent Mode' if you don't want others to hear any audible feedback
- Exceptional Battery Life 🔋 Built-in low-power consumption technology provides up to 2 years battery life, depending on actual usage and quality of the batteries; Low power warning reminds you to promptly change the batteries; In the event of complete battery outage, gain immediate power supply from a power bank through the Type-C port located at the bottom, or use the backup keys

› See more product details

## Customer ratings by feature

| | | |
|---|---|---|
| Durability | ⭐⭐⭐⭐⯪ | 4.9 |
| Sturdiness | ⭐⭐⭐⭐⯪ | 4.8 |
| Easy to install | ⭐⭐⭐⭐⯪ | 4.7 |
| Lock Feature | ⭐⭐⭐⭐⯪ | 4.6 |

See all reviews

⚐ Report incorrect product information.

### There is a newer model of this item:



HOLOMARQ Smart Door Knob with Keypad HomeKit Over Thread **Requires THREAD Enabled Apple Home Hub** for Bedroom or Interior Use (Sequra HK1 Matte Black)
$89.99
⭐⭐⭐⭐☆ (1)
In Stock.

**FREE delivery: June 26 - 29**
Ships from: Amazon
Sold by: Amazon Warehouse

Add to List

New & Used (5) from
$39¹⁰ & FREE Shipping.

**Other Sellers on Amazon**

$49.99    Add to Cart
& FREE Shipping. Details
Sold by: Device X

Have one to sell? Sell on Amazon

---

**Make it a bundle**
We found 1 bundle with this item:



HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkalin…



HOLOMARQ Sequra Keypad Doorknob + Fingerprint Doorknob
$99⁹⁹ $159.98
This bundle contains 2 items

## Frequently bought together



Total price: $67.76

Add both to Cart

**This item:** HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Loc…
$49⁹⁹

Amazon Basics 48-Pack AA Alkaline High-Performance Batteries, 1.5 Volt, 10-Year Shel…
$17⁷⁷ ($0.37/Count)

ⓘ These items are shipped from and sold by different sellers.
Show details

## Discover similar items

✓prime     ★★★ & Up     Price: $25 - $50     Doorknob Function: Key & Keypad     Metal: Zinc Alloy     Finish Type: Powder Coated     More Filters



★★★★ 164
$40⁰¹ List: $51.99

★★★★ 148
**Limited time deal**
$18⁴⁷ List: $25.05 ✓prime

★★★★ 24
$52⁴⁵

★★★★ 97
$39⁹⁰

★★★★ 50
**Limited time deal**
$59⁹⁹ Typical: $74.99

★★★★ 1,108
**Limited time deal**
$39⁹⁹ List: $69.99

★★★★ 166
$39⁹⁰

See more like this     See more like this     See more like this     See more like this     See more like this     See more like this     See more like this

★★★★ 2,448
$54⁹⁸ List: $69.99

★★★★ 4
$31³⁴

★★★★ 33
$38⁹⁰

★★★★ 169
$25⁹⁹

★★★★ 18
$41⁹⁰ List: $45.00

See more like this     See more like this     See more like this     See more like this     See more like this

Show more

## Based on your recent views

Sponsored ⓘ



Keypad Door Knob Lock, Keyless Entry Door Lock with Anti-Slip Handle, Auto Lock, Wa…
★★★★ 701
**Amazon's Choice** in Door Knobs
$39.90 ✓prime

TEEHO Keyless Entry Door Locks with Keypads - Deadbolt Smart Lock - Front Door Lock…
★★★★ 6
**#1 New Release**
$99.99 ✓prime
Save $20.00 with coupon

zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code…
★★★★ 1,108
**Limited time deal**
$39.99 ✓prime
List: $69.99 (43% off)

HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Doo…
★★★★ 21
$69.99 ✓prime
Save 5% with coupon

Smart Keypad Door Knob with Passage Mode, Keyless Entry Door Lock, Smart Door…
★★★★ 37
$59.99 ✓prime

Keyless Electron… Door Knob, Key… Smart Door Kno… Interior Door Ha…
★★★★ 20
$39.90 ✓prime

## Product Description

**Q1. The TOP 5 benefits you get from Sequra:**

**1.** Finally, you can leave your keys behind. Simply unlock Sequra by keying in your personal codes. It will auto-lock in 5 seconds.

**2.** Low-power technology provides up to 2 years battery life, reducing battery cost compared to other similar products.

**3.** Sturdy Zinc Alloy structure and pick-resistance design provides next level security.

**4.** Assign different codes to different users for different purposes while you are the only master.

**5.** Simple 4-Step installation only takes only around 5 minutes and a Philips screwdriver.

**Q2. Is Sequra a smart door knob?**

Sequra (H1) is an electronic door knob. However, Sequra Smart (HK1), the world's first **Thread-enabled Apple Home** smart door knob is coming soon.

**Q3. Why do we need to change the admin code immediately after installation is completed?**

The default admin code is made simple for initial testing only. Make sure you change it as soon as you have successfully installed Sequra.

## Compare with similar items

| | **This item** HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Digital Coded Door Knob Sequra Matte Black | zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob Ss Auto-Lock for Bedroom Apartment Garage Office Security Matte Black | Keypad Door Knob Lock, Keyless Entry Door Lock with Anti-Slip Handle, Auto Lock, Waterproof Electronic Black Door Knob, Safe and Easy Installation for Home, Office, Hotel and Garage | BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, Auto Lock,50 User Code,Easy to Install,for Home,Office,Hotel,Bedroom,Garage,No Deadbolt |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★☆ (380) | ★★★★★ (1108) | ★★★★★ (702) | ★★★★☆ (2448) |
| **Price** | $49⁹⁹ | $39⁹⁹ | $39⁹⁰ | $54⁹⁸ |
| **Shipping** | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| **Sold By** | Device X | DreaMall | YELOCK | PROYJ |
| **Color** | Matte Black | Black (Matte) | Black | Matte Black |
| **Finish Type** | Powder Coated | Matte Black | — | Matte Black |

| Item Dimensions | 3 x 2.5 x 2.5 inches | 7.3 x 3 x 3 inches | 7.32 x 3.23 x 3.23 inches | 8.07 x 4.53 x 4.53 inches |
|---|---|---|---|---|

## Product information

### Technical Details

| | |
|---|---|
| Material | Zinc |
| Brand | HOLOMARQ |
| Color | Matte Black |
| Product Dimensions | 7.3"L x 2.5"W |
| Number of Pieces | 2 |
| Exterior Finish | Zinc |
| Specific Uses For Product | Bedroom |
| Special Feature | 5 Silent Mode and Passage Mode enabled, 2 Childproof door knob, 3 1 Admin + 49 Users, 1 Combination door knob, 4 Easy to install and program |
| Age Range (Description) | Adult |
| Included Components | 3 2 backup keys, 5 Door marking template, 1 SEQURA electronic door knob set, 4 Functions guide and User manual, 2 Mounting hardware kit |
| Lock Type | Combination Lock, Keypad Lock |
| Metal Type | Zinc Alloy |
| Handle Material | Zinc |
| Hand Orientation | Ambidextrous |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| Manufacturer | HOLOMARQ |
| Part Number | H1B |
| Item Weight | 2.33 pounds |
| Item model number | H1 |
| Finish | Powder Coated |
| Special Features | 5 Silent Mode and Passage Mode enabled, 2 Childproof door knob, 3 1 Admin + 49 Users, 1 Combination door knob, 4 Easy to install and program |
| Batteries Included? | No |
| Batteries Required? | Yes |

### Additional Information

| | |
|---|---|
| ASIN | B0B7XHZ6JB |
| Customer Reviews | 4.6 ★★★★½ ˅   380 ratings<br>4.6 out of 5 stars |
| Best Sellers Rank | #6,741 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#40 in Door Knobs |
| Date First Available | October 25, 2022 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ˅

## Product guides and documents

User Manual (PDF)

User Guide (PDF)

## Videos

## Videos for this product



Upload your video

---

## Products related to this item

Sponsored ⓘ

     

| | | | | | |
|---|---|---|---|---|---|
| BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, A... | zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code... | Keypad Door Knob Lock, Keyless Entry Door Lock with Anti-Slip Handle, Auto Lock, Wa... | IRONZON Fingerprint Door Lock Door Knob with Keypad Keyless Entry Door Lock with... | Mega Handles Privacy I Door Knob for Hallway, Closet and Bathroom I Reversible Heav... | iulock Smart Dc with Keypad an Key,Keyless Ent Lock with Rubb |
| ★★★★½ 2,448 | ★★★★½ 1,108 | ★★★★½ 701 | ★★★★☆ 2,333 | ★★★★½ 15 | ★★★★½ 45 |
| $57.91 ✓prime | **Limited time deal** |  Amazon's Choice in | $59.99 ✓prime | $49.99 ✓prime | $49.99 ✓prime |
| | $39.99 ✓prime | Door Knobs | | | |
| | List: $49.99 (20% off) | $39.90 ✓prime | | | |

---

Sponsored



FITNATE
Shop the Store on Amazon ›

AceMining
Shop the Store on Amazon ›

GeekTale
Shop the Store on Amazon ›

FITNATE Door Knob with Keypad,Digital Door Lock for Keyless Entry,Electronic...
★★★★☆ 261
$49.99

AceMining Portable Door Lock Home Security Door Locker Travel Lockdown...
★★★★☆ 17,923
$14.99

GeekTale Sm Smart Biome
★★★★☆
$69.99

---

## Looking for specific info?

See questions and answers ›

## Customer reviews

★★★★½　4.6 out of 5

380 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 79% |
| 4 star | ██ | 11% |
| 3 star | █ | 5% |
| 2 star | | 2% |
| 1 star | █ | 3% |

∨ How customer reviews and ratings work

### Reviews with images



See all customer images

Top reviews ∨

### Top reviews from the United States

**sunshine**

★★★★★ **I like the idea**

Reviewed in the United States on May 17, 2023

Color: Matte Black　|　Verified Purchase

I like the idea and I like that it has a key option but wouldn't purchase this brand again. It installed really easy I don't know maybe it's been about three or four months and it's already not opening when you punch in the code you have to enter the code three to five times for it to finally catch an open. I called this text support and got basic support they just told me to change the batteries I had already did that then they told me to reset it I haven't done that yet we'll see if it helps but I don't want to be resetting this thing every 3 months or 6 months.

One person found this helpful

Helpful　|　Report

**Veronica A**

★★★★★ **was able to install it quickly**

Reviewed in the United States on June 16, 2023

Color: Silver(Glossy)　|　Verified Purchase

Within 30 min it was up and running. Had a bit of an issue with the lock not closing but it my mistake putting the latch upside down. troubleshooting with the team and they are very responsive and helpful.

Helpful　|　Report

**Joe**

★★★★★ **Good lock**

Reviewed in the United States on June 5, 2023

Color: Matte Black　|　Verified Purchase

We got these to control kid access to our garage. Great interior door lock, can program multiple user codes. The "passthrough" mode is easily accessed for those times you want the lock to stay unlocked for everyone. Looking to buy a second one for our bedroom.

Helpful　|　Report

**Jasmine Good**

★★★★★ **Works well!**

Reviewed in the United States on June 10, 2023

Color: Silver(Glossy) | **Verified Purchase**

The instructions were very easy to follow. This was my first time installing a lock and took me less than 15 min! Its not too loud and keeps the kids out.

Helpful    Report

Serguei Toporkov

★★★★★ **Door Knob with keypad**
Reviewed in the United States on June 15, 2023
Color: Space Grey | **Verified Purchase**

Ordered it to secure the HVAC room and keep my kids out of it, works perfect! Very easy to install, highly recommend!

Helpful    Report

Kristen Morrisett

★★★★★ **Buy this!**
Reviewed in the United States on April 27, 2023
Color: Matte Black | **Verified Purchase**

I installed this on my HUSBAND'S office door. We wanted a room where we could put valuables and other things during renovations when we'll have a bunch of people in and out of the house. I was so excited, I installed it the day it came. I had to chisel a little bit in the door jam, but I just used a putty knife that I had handy. The knob assembly fit the hole already in my door since I was replacing an existing doorknob, I didn't have to really do anything else. You'll need 4 AA batteries but that's about it. The code was easy to set. My husband was impressed :) We highly recommend!

One person found this helpful

Helpful    Report

Kit

★★★★★ **Good lock**
Reviewed in the United States on May 26, 2023
Color: Matte Black | **Verified Purchase**

Good lock, I haven't used the PIN option yet, but just using the key is fine. They include two keys too. I'll update the review once I get some batteries in it and try the PIN.

Helpful    Report

Megan

★★★★★ **Great Product**
Reviewed in the United States on June 10, 2023
Color: Matte Black | **Verified Purchase**

These lock are very easy to install and program. I would highly recommend them.

Helpful    Report

**See all reviews ›**



amazon
Hello
Select your address

Tools & Home Improvement ▾    Search Amazon

EN ▾    Hello, Nicholas
Account & Lists ▾    Returns
& Orders    0

All   Clinic   Same-Day Delivery   Amazon Basics   Pharmacy   Pet Supplies   Beauty & Personal Care   Shop By Interest   Coupons   Health & Household

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home   Shop by Room

GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart Lock Fingerprint Door knob with App Control, Great for Bedrooms,Cloakroom,Apartments Offices,Hotels   ★★★★☆ 246   $69.99 ✓prime   Save 10% ▾

Sponsored ⓘ

## Customers who viewed this item also viewed


HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries
★★★★☆ 380
$49.99


BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, Auto Lock,50 User Code,Easy
★★★★☆ 2,448
$54.98


SoHoMiLL ® Electronic Keypad Door Knob and Lock Set with Backup Mechanical Key (Spring Latch Lock; Not Deadbolt; Not
★★★★☆ 2,552
$39.22

Tools & Home Improvement › Hardware › Door Hardware & Locks › Door Knobs



Roll over image to zoom in



5 VIDEOS

### zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob 5s Auto-Lock for Bedroom Apartment Garage Office Security Glossy Silver

Visit the zincker Store

4.4 ★★★★☆ ▾   1,108 ratings

Amazon's Choice in Door Knobs by zincker

**Deal**

-20% $39.99

Typical price: $49.99 ⓘ

FREE Returns ▾

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

Color: **Glossy Silver**

| | | | |
|---|---|---|---|
| $39.99 | | $119.99 ($40.00 / Count) | |
| $39.99 | | $39.99 | |
| **$39.99** | | $39.99 | |

| | |
|---|---|
| Material | Zinc |
| Brand | Zincker |
| Color | Glossy Silver |
| Product Dimensions | 7.3"L x 2.5"W |
| Number of Pieces | 2 |

| Style | Combination Door Knob | Handle Type | Knob |
|---|---|---|---|
| Shape | Round | Finish Type | Glossy |

### About this item

- STYLISH YET SECURE KEYLESS ENTRY DOOR KNOB WITH LOCK ► The inverted droplet shape rotary knob has a texture and design optimized for long term grip comfort; The main structure, made by tested Zinc Alloy materials, delivers the robust and sturdy construction, enabling it to handle intensive day-to-day use; fit 4 x AA batteries inside, up to 2

☐ Add your 30-day FREE trial of Prime and get fast, free delivery    prime

Delivery    Pickup

$39.99

FREE Returns ▾

FREE delivery Saturday, June 24

Or fastest delivery Wednesday, June 21. Order within 12 hrs 42 mins

Select delivery location

In Stock

Qty: 1 ▾

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    DreaMall
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt
Support    Free Amazon tech support included
Packaging    Shows what's inside

Add a Protection Plan:
☐ 4-Year Protection for $7.99
☐ 3-Year Protection for $5.99

☐ Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon



years of battery life; Sweat & weatherproof design keeps this electronic door knob intact despite all manner of unexpected situations

- SIMPLE INSTALLATION ▶ Installation is a breeze on doors with standard backsets from 2 ⅜ inches up to 2 ¾ inches, and door thicknesses up to 2.5 inches. All you need is a Phillips screwdriver (for retrofitting) or a drill (for new doors without a cutout) to get this keypad door knob installed for your bedrooms, etc
- EASY TO PROGRAM AND CHILD-PROOF ▶ A truly convenient alternative to traditional keys. Manage 1 administrator code and up to 50 passcodes using a single keypad. Perfect door knob with lock for room rentals, house-keeping, offices, storage rooms, bedrooms, dormitory management and more, also manage your children's access to a specific room such as computer room (gaming), garage workshop or storage room, etc
- ADVANCED SAFETY ▶ By default, this door knob automatically locks 5 seconds after being opened. However, when there is a need to leave the door unlocked for a while, simply activate the Passage Mode; Turn on Silent Mode if you don't want others to hear any feedback from it; Anti-prying technology protects your code from prying eyes. You may enter up to 20 digits, including your own code, to unlock the door knob
- EMERGENCY OPTIONS ▶ Get immediate power supply to Vaulta via a power bank through its built-in Type-C port, or use either of the 2 backup keys provided in the box when it runs out of batteries. Great gift for new homes

› See more product details

## Additional Details



Verified by Transparency
Each item has a unique code that we verify before shipping. Learn more

## Customer ratings by feature

| | | |
|---|---|---|
| Value for money | ★★★★½ | 4.6 |
| Easy to install | ★★★★½ | 4.5 |
| Sturdiness | ★★★★½ | 4.5 |
| Lock Feature | ★★★★½ | 4.4 |

See all reviews

 Report incorrect product information.

## Similar item to consider



Amazon Basics Bedroom/Bathroom Door Knob With Lock, Coastal, 1-3/8" to 1-3/4", Satin Nickel
★★★★½ (2784)
$11.68 ✓prime

MiLocks

MILOCKS®

Try Our Top Pick for Keyless Entry Door Locks

MiLocks TKK-02OB Digital Door Knob Handle Lock with Electronic…
★★★★☆ 2,869
$49⁹⁹ ✓prime

Sponsored ⓘ

Sponsored ⓘ

## Buy it with



**This item:** zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door…
$39⁹⁹

TEEHO TE001 Keyless Entry Door Lock with Keypad - Smart Deadbolt Lock for Front Door wi…
$39⁹⁹

Zowill Keyless Entry Door Lock with 2 Handles, Electronic Keypad Deadbolt, Auto-Locking, Anti-…
$89⁹⁹

Total price: **$169.97**

**Add all three to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

## Discover similar items

✓prime    ★★★ & Up    Price: $25 - $50                                    More Filters



| | | | | | | |
|---|---|---|---|---|---|---|
| ★★★★½ 14 | ★★★★☆ 148 | ★★★★½ 2,448 | ★★★★½ 50 | ★★★★½ 381 | ★★★★½ 142 | ★★★★☆ 1,474 |
| $21⁹⁵ ✓prime | **Limited time deal** $18⁴⁷ List: $25.85 ✓prime | $54⁹⁸ List: $69.99 | **Limited time deal** $59⁹⁹ Typical: $74.99 | $12³⁷ ✓prime | $11⁹⁸ List: $13.98 ✓prime | $14⁹⁹ ✓prime |
| See more like this | See more like this | See more like this | See more like this | See more like this | See more like this | See more like this |

| | | | | |
|---|---|---|---|---|
| ★★★★½ 600 | ★★★★★ 4 | ★★★★★ 18 | ★★★★★ 21 | ★★★★½ 83 |
| $13⁸⁹ ✓prime | $31³⁴ | $41⁹⁰ List: $45.00 | $69⁹⁹ List: $89.99 | $42⁹⁰ |
| See more like this | See more like this | See more like this | See more like this | See more like this |

Show more

## 4 stars and above

Sponsored ⓘ



| BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, A… | HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alka… | iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip… | iulock Code Door Lock, Electronic Door Knob with Keypad and Key, Auto Lock, Waterpr… | Fingerprint Door Lock, Millionhome Door Lock with App/Code/Backup Key/Fingerprint D… | HOOWISER Fing Door Lock Smar Knob Handle Bi Door Lock with… |
|---|---|---|---|---|---|
| ★★★★½ 2,448 | ★★★★½ 379 | ★★★★½ 454 | ★★★★½ 872 | ★★★★☆ 771 | ★★★★☆ 55 |
| $54.98 ✓prime | $49.99 ✓prime | $54.99 ✓prime | $52.99 | $69.99 ✓prime | $67.99 ✓prime |
| | | | | Save 10% with coupon | Save 15% with co… |

## Product Description

**Door Knob with Backlit-Enabled Keypad**

A convenient and programable keyless option is added to your doors so that you can leave your physical keys behind.

**Childproof**

Keep your kids safe by preventing them from entering a specific room.

**More Comfort**

The inverted droplet-shaped rotary knob, with anti-slip contours, makes opening the door a breeze.

**More Style**

Choose from Matt Black, Shiny Gold or Glossy Silver to fit your door.

**More Sturdiness**

Constructed of rigorously tested Zinc-Alloy mechanical parts to ensure exceptional durability.

| Combination Door Knob | Access Management | Simple Programming | Passcode Disguise |
|---|---|---|---|
| Unlocking methods: | 1 admin code & up to 50 user codes. | Add/Change/Delete a user code. | Randomly enter up to 20 digits before and/or after your own code to unlock the door knob. |
| ¹ By keypad code | *Set a new admin code immediately after installation.* | Turn on/off: Passage mode or Silent mode. | |
| ² By key | | | |

| 5 minute Installation | 5 second Auto-Lock | Passage Mode | Silent Mode |
|---|---|---|---|
| We provide a step-by-step **installation YouTube guide** besides the included **User Manual**. | **Avoid** the '**forgot-to-lock**' hassle **COMPLETELY**. Just shut the door and go, knowing the door will automatically lock by itself. | Turn on **Passage Mode** when you don't need your door to auto-lock itself. Press any key to quickly disable Passage Mode and resume **Auto-Lock**. | Easy to **turn on/off system sounds** according to your personal tastes. |

| Up to 2-Year Battery Life | Low-battery Warning | Backup Option 1 | Backup Option 2 |
|---|---|---|---|
| Compatible with **4 x AA Alkaline Batteries (NOT INCLUDED)**. | The **indicator shows red** to remind you to replace your old batteries promptly, for continuous use. | **2 Backup keys** offer the traditional unlocking method. Store them safely. | Built-in **Type-C USB port** to provide **emergency power** from a portable power supply (e.g. a power bank/laptop etc). |
| **DO NOT** mix different brands of batteries. **DO NOT** mix new batteries with worn-out batteries. | | | |

## Compare with similar items

| | **This item** zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob 5s Auto-Lock for Bedroom Apartment Garage Office Security Glossy Silver | HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Digital Coded Door Knob Sequra Space Gray | Signstek Keyless Entry Door Lock,Door Knob with Keypad, Smart Code Door Lock,Mute Mode,Passage Function, Easy to Install,Satin Nickel | luknob Fingerprint Door Knob with Keypad and Key,Smart Biometric Digital Lock with Voice Navigation Programming,Combination Electronic Handle for Interior Doors, Entry,Bedrooms,Garage(Satin Nickel) |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★½ (1108) | ★★★★★ (380) | ★★★★☆ (2237) | ★★★★½ (50) |
| Price | $39⁹⁹ | $49⁹⁹ | $39⁹⁹ | $74⁹⁹ |
| Shipping | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| Sold By | DreaMall | Device X | LinYa Store | SUPMarvel |
| Color | Glossy Silver | Space Grey | Satin Nickel | Satin Nickel |
| Finish Type | Glossy | Painted | Nickel | — |
| Item Dimensions | 7.3 x 3 x 3 inches | 3 x 2.5 x 2.5 inches | 7.09 x 3.94 x 3.15 inches | 7 x 3 x 3 inches |

## Product information

### Technical Details

| | |
|---|---|
| Material | Zinc |
| Brand | Zincker |
| Color | Glossy Silver |
| Product Dimensions | 7.3"L x 2.5"W |
| Number of Pieces | 2 |
| Exterior Finish | Zinc |
| Specific Uses For Product | Bedroom door |
| Special Feature | ⁹ Fit your doors, ⁶ Easy to install & program, ⁷ Passage mode & Silent mode, ⁸ Auto locking-5 seconds, ¹ Pin code door knob, ² Child proof door knob, ³ Up to 50 users, ⁴ Long battery life, ⁵ Anti-prying technology, ¹⁰ Splashproof & sweatproof |
| Age Range (Description) | Adult |
| Included Components | ⁴ Functions guide, ² Mounting hardware kit, ³ 2 backup keys, ¹ Vaulta electronic door knob set, ⁵ User manual |
| Lock Type | Keypad Door Knob, Combination Door Knob |
| Metal Type | Zinc |
| Handle Material | Zinc |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| Manufacturer | zincker |
| Part Number | K1SILV |
| Item Weight | 2.38 pounds |
| Item model number | K1 |

### Additional Information

| | |
|---|---|
| ASIN | B0B418QLB3 |
| Customer Reviews | 4.4 ★★★★½ ▾    1,108 ratings<br>4.4 out of 5 stars |
| Best Sellers Rank | #10,284 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#59 in Door Knobs |
| Date First Available | July 18, 2022 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ▾

| Batteries | 4 AA batteries required. |
|---|---|
| Finish | Glossy |
| Item Package Quantity | 1 |
| Special Features | ⁵ Fit your doors, ⁶ Easy to install & program, ⁷ Passage mode & Silent mode, ⁸ Auto locking-5 seconds, ¹ Pin code door knob, ² Child proof door knob, ³ Up to 50 users, ⁴ Long battery life, ⁹ Anti-prying technology, ¹⁰ Splashproof & sweatproof |
| Batteries Included? | No |
| Batteries Required? | Yes |

## Product guides and documents

User Manual (PDF)

Size Guide (PDF)

User Guide (PDF)

## Videos

### Videos for this product



0:55

Didn't realize how much I'd like this - Quick Review
Brian and Kelsey



3:11

Zincker Vaulta Unboxing2
DreaMall



0:46

Customer Review: Decent product with nice features
Robert Xiao



Upload your video

## Products related to this item

Sponsored ⓘ



BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, A...
★★★★½ 2,448
$57.91 ✓prime

iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip...
★★★★½ 454
Amazon's Choice in Door Knobs
$54.99 ✓prime



Chumia 15 Pack Door Knob with Lock Key Bedroom Door Lock Handle Interior...
★★★½ 5
$76.99 ✓prime



HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alka...
★★★★½ 379
$49.99 ✓prime



TEEHO Keyless Entry Door Locks with Keypads - Deadbolt Smart Lock - Front Door Lock...
★★★★★ 6
#1 New Release
$99.99 ✓prime



TEEHO Keyless Door Lock with Electronic Keyp... Deadbolt with D...
★★★★½ 21
Amazon's Choice
Deadbolts
$89.99 ✓prime
🌱 Climate Pledge



**GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart Lock Fingerprint Door…**
★★★★☆ 246
**$69.99** ✓prime
Save 10% **with coupon**

Sponsored ⓘ

Sponsored

**NUTOMO**
Shop the Store on Amazon ›

1.00



Smart Lock Keyless Entry Door Lock with Handle – Fingerprint Deadbolt Handle…
★★★★☆ 82
**$159.99** Typical price $199.99

**Probrico**
Shop the Store on Amazon ›

1.00

Probrico 6 Pack Square Door Lever Privacy Door Lock Handleset Keyless Lockset Do…
★★★★☆ 2,057
**$105.59** List: $152.39

**FITNATE**
Shop the Store on Amazon ›

1.00

FITNATE Doo Door Lock fo
★★★★☆
**$49.99**

## Looking for specific info?

See questions and answers ›

## Customer reviews

★★★★½ 4.4 out of 5

1,108 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 13% |
| 3 star | | 5% |

**Reviews with images**

   

| | |
|---|---|
| 2 star | 4% |
| 1 star | 7% |

❯ **How customer reviews and ratings work**

See all customer images

Top reviews ▾

## Top reviews from the United States

Michael Ikwuyum

★★★★☆ **Just as Advertised.**
Reviewed in the United States on May 1, 2023
Color: Champagne Gold   Verified Purchase

Package delivered on time and very easy to install. Very stylish and different from other locks.
The only con so far is that it can only be locked/unlocked from the inside.

One person found this helpful

[ Helpful ]   Report

blt64

★★★★★ **Makes us feel more secure**
Reviewed in the United States on June 12, 2023
Color: Black (Matte)   Verified Purchase

Not everyone that comes into a person's life is trustworthy, so I jokingly said we needed a digital lock for our bedroom. Never imagined they made one for indoors. I stumbled upon this and was very surprised. I ordered it immediately. My husband installed it as soon as we got it. We have remarked a few times we wish we could lock our bedroom without having to carry around our keys or take just one key off and risk losing it for multiple reasons. This solved that problem and we love it. Very pleased and highly recommend. It is easy to install and program and use. We had a problem at first, but it was 100% operator error. Read the directions carefully and it's easy.

[ Helpful ]   Report

Lisette

★★★★☆ **It looks fancy**
Reviewed in the United States on April 21, 2023
Color: Black (Matte)   Verified Purchase

Great product, definitely need someone who's handy with this stuff. My door needed to be adjusted to fit this door knob. It looks really nice but I can't stand the noise feedback when entering the pin and when it unlocks the door. Other than that, I love it.

One person found this helpful

[ Helpful ]   Report

Alexander Russell

★★★★★ **WORKS AS ADVERTISED-PLAN TO BUY MORE**
Reviewed in the United States on May 3, 2023
Color: Glossy Silver   Verified Purchase

So honestly wanting a lock above door handle, and which I didn't need to worry about another set of keys, converting my house to everything being smart, and this door knob was a great addition, I looked at a lot of different times as there are a lot on the market and I'm glad that I settled on this one as it was easy to install to my existing door as well as easy to program. Reels definitely feel up to par and I have a good feeling about the longevity of this product! Going to try it out for a few months, but as long as it holds true, I plan to buy many more for my home and maybe even my office buildings and shop. I 100% reccomned. I don't seem biased, so I'm trying to think of something that I don't like about the handle and I would say maybe the shape is a little offputting, but I can see it being something I get used to you as let's be honest, the shape of a door handle isn't really anybody's biggest problem.

2 people found this helpful

Helpful　　Report

---

Kristina Joseph

★★★★☆ **Extra keys?**

Reviewed in the United States on April 25, 2023

Color: Black (Matte)　**Verified Purchase**

I love this product but is there a way to get an extra set of keys?

Helpful　　Report

---

Jmm

★★★★★ **Amazing!**

Reviewed in the United States on May 8, 2023

Color: Black (Matte)　**Verified Purchase**

I love this product! Makes keyless entry a breeze. We take our home security seriously and keep the doors locked 100% of the time. However, it was really annoying to always keep a key on you so you don't lock yourself out. This door handle was the perfect solution. Now I can come in and out of my house without a key and even temporarily disable the lock if I'm going in and out frequently and don't want to keep using the code. I love that I can give visitors their own unique user code to let themselves in. Very easy to use and program codes. Instructions are clear. Installing was a simple. I did have an issue at first where the door handle was not engaging the lock but Zincker tech support (hi Felix!) was very helpful. Turned out to be a low battery. I used a new package of batteries but they were old and no good. Swapped them out and works perfectly.



One person found this helpful

Helpful　　Report

---

Samantha

★★★★★ **So convenient**

Reviewed in the United States on June 7, 2023

Color: Coal Black　|　**Verified Purchase**

Have these on the doors to my restaurant and office so I wouldn't have to change the key everything someone was let go and its a game changer. You can program individually codes for people and then you can see who is coming in and out and then delete a person's code if necessary. Super easy instal and I even ordered an additional one later for my office door. Sleek looking design

Helpful　　Report

---

tiffany rider

★★★★☆ **AMAZING CUSTOMER SERVICE!**

Reviewed in the United States on March 19, 2023

Color: Coal Black　|　**Verified Purchase**

Ordered the lock and loved it, but for some reason the batteries kept draining quickly. It takes 4 AA Batteries and they would drain in a week. I reached out to the seller long after my return window and they responded within 10 hours and shipped out a new one to me in less than 24 hours.
The replacement is now installed, and fingers crossed that the batteries do not drain quickly because I love this product.

5 people found this helpful

Helpful　　Report

---

**See all reviews** ›




**Try Our Top Pick for Keyless Entry Door Locks**

★★★★☆ 2,869

$49.99 ✓prime

Sponsored ⓘ



Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

**amazon**

🌐 English      🇺🇸 United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio Performances

Book Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to
your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices ✓⊠

© 1996-2023, Amazon.com, Inc. or its affiliates



GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart Lock Fingerprint Door knob with App Control, Great for Bedrooms,Cloakroom,Apartments Offices,Hotels ⭐⭐⭐⭐ 246   **$69.99** ✓prime   Save 11% w

Sponsored ⓘ

**Customers who viewed this item also viewed**

 BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, Auto Lock,50 User Code,Easy
⭐⭐⭐⭐ 2,448
$54.98

 zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob 5s Auto-Lock for
⭐⭐⭐⭐ 1,108
$39.99

 iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip, Auto Lock,50 User
⭐⭐⭐⭐ 455
$49.99

Tools & Home Improvement › Hardware › Door Hardware & Locks › Door Knobs



Roll over image to zoom in

       

6 VIDEOS

## HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Digital Coded Door Knob Sequra Metallic Gold

Visit the HOLOMARQ Store

4.6 ⭐⭐⭐⭐ ˅   380 ratings

-29% **$49**⁹⁹
List Price: $69.99 ⓘ

FREE Returns ˅
Join Prime to buy this item at $39.99

Get a $60 Gift Card: Pay $0.00 $49.99 upon approval for Amazon Visa. No annual fee.

Color: **Metallic Gold**

 $49.99     $49.99    $49.99

 $49.99

| | |
|---|---|
| **Material** | Zinc |
| **Brand** | HOLOMARQ |
| **Color** | Metallic Gold |
| **Product Dimensions** | 3"L x 2.5"W |
| **Number of Pieces** | 2 |

| | | | |
|---|---|---|---|
| 🏛 | **Style** Digital |  | **Handle Type** Knob |
| △ | **Shape** Rounded Square |  | **Finish Type** Painted |

**About this item**

- Advanced Access Management [Amazing option/gift for Room Rentals, New Homes and Upgrades] 🟧 One and only admin code manages all functions plus 49 user codes using a single keypad; Door knob with lock perfect for room rentals, house keeping, offices, dormitories, storage rooms, laundry rooms, bedrooms, and more

- Child & Teenager Proof Door Knob with Keypad 🟧 Premium metallic finish and sturdy Zinc Alloy construction with enhanced security mechanism not only add privacy and protection to your personal space, but also keep your kids

prime

**Prime Exclusive Deal**

☐ Add your 30-day FREE trial of Prime to buy this item for only $39.99 plus free expedited delivery.

**Delivery**  Pickup

$49⁹⁹
FREE Returns ˅

FREE delivery **Saturday, June 24**

Or fastest delivery **Tomorrow, June 20**. Order within 53 mins

◉ Select delivery location

**In Stock**

Qty: 1 ˅

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Device X |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Support | Free Amazon tech support included |

**Add a Protection Plan:**
☐ 4-Year Protection for $8.99
☐ 3-Year Protection for $6.99
☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell? Sell on Amazon

away from temptations; Sweat & weatherproof design ensures durability under wet hand-usage and exposure to the outdoors

- Easy 4-Step Installation Completed in 5 Minutes by 1 Person 🔲 Fits most interior doors with standard backsets from 2⅜ inches up to 2¾ inches, and door thicknesses up to 2.5 inches; Uses 4 x AA batteries from a single brand
- Programmable Door Knob with Keypad 🔲 Disguise your passcode in up to 20 digits when someone is around; Lock immediately by pressing '✓', or let Sequra 'Auto-Lock' after 5 seconds; Turn on 'Passage Mode' to leave Sequra unlocked for your convenience; Turn on 'Silent Mode' if you don't want others to hear any audible feedback
- Exceptional Battery Life 🔲 Built-in low-power consumption technology provides up to 2 years battery life, depending on actual usage and quality of the batteries; Low power warning reminds you to promptly change the batteries; In the event of complete battery outage, gain immediate power supply from a power bank through the Type-C port located at the bottom, or use the backup keys

› See more product details



**GeekTale Smart Door knob,…**
⭐⭐⭐⭐☆ 1,433
$69.99 ✓prime
Save 11% with coupon

Sponsored ⓘ

## Additional Details

 **Verified by Transparency**
Each item has a unique code that we verify before shipping. Learn more

### Customer ratings by feature

| Feature | Rating | |
|---|---|---|
| Durability | ⭐⭐⭐⭐⭐ | 4.9 |
| Sturdiness | ⭐⭐⭐⭐⭐ | 4.8 |
| Easy to install | ⭐⭐⭐⭐⭐ | 4.7 |
| Lock Feature | ⭐⭐⭐⭐⭐ | 4.6 |

See all reviews

💬 Report incorrect product information.

Sponsored ⓘ

## Frequently bought together



☑ ➕ ☑

Total price: **$71.94**

[ Add both to Cart ]

ⓘ These items are shipped from and sold by different sellers. Show details

**This item:** HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Loc…
$49⁹⁹

Utopia Bedding Queen Bed Sheets Set - 4 Piece Bedding - Brushed Microfiber - Shrinkage and Fade…
$21⁹⁵

## Discover similar items

✓prime    ⭐⭐⭐& Up    Price: $25 - $50    More Filters

✕ ✕ ✕ ✕ ✕ ✕ ✕



★★★★☆ 164
$40⁰¹ List: $51.99

★★★★☆ 148
**Limited time deal**
$18⁴⁷ List: $25.85 ✓prime

★★★★☆ 24
$52⁴⁵

★★★★☆ 97
$39⁹⁰

★★★★☆ 50
**Limited time deal**
$59⁹⁹ Typical: $74.99

★★★★☆ 1,108
**Limited time deal**
$39⁹⁹ List: $69.99

★★★★☆ 166
$39⁹⁰

| See more like this | See more like this | See more like this | See more like this | See more like this | See more like this | See more like this |

★★★★☆ 2,448
$54⁹⁸ List: $69.99

★★★★★ 4
$31³⁴

★★★★☆ 33
$38⁹⁰







★★★★☆ 169
$25⁹⁹

★★★★★ 18
$41⁹⁰ List: $45.00

| See more like this | See more like this | See more like this | See more like this | See more like this |

Show more

## 4 stars and above

Sponsored ⓘ





**MiLocks DF-02P Keyless Entry Deadbolt Door Lock with Electronic Digital Keypad Entr…**
★★★★☆ 2,629
**Amazon's Choice** in Deadbolts
$46.43 ✓prime

**MiLocks TKK-02AQ Digital Door Knob Handle Lock with Electronic Keypad…**
★★★★☆ 2,869
$49.99 ✓prime

**iulock Smart Door Knob with Keypad and Key, Keyless Entry Door Lock with Rubber Grip…**
★★★★☆ 454
$54.99 ✓prime

**zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code…**
★★★★☆ 1,108
**Limited time deal**
$39.99 ✓prime
List: $49.99 (20% off)

**OrangeLion Keyless Entry Deadbolt Lock, Electronic Keypad Door Lock, Auto Lock, 1 T…**
★★★★☆ 6,457
$32.99 ✓prime

**iuknob Fingerprint Knob with Keyp Key, Smart Biom Digital Lock wit…**
★★★★☆ 50
$74.99 ✓prime
**Save 8%** with cou

## Product Description

**Q1. The TOP 5 benefits you get from Sequra:**

**1.** Finally, you can leave your keys behind. Simply unlock Sequra by keying in your personal codes. It will auto-lock in 5 seconds.

**2.** Low-power technology provides up to 2 years battery life, reducing battery cost compared to other similar products.

**3.** Sturdy Zinc Alloy structure and pick-resistance design provides next level security.

4. Assign different codes to different users for different purposes while you are the only master.

5. Simple 4-Step installation only takes only around 5 minutes and a Philips screwdriver.

**Q2. Is Sequra a smart door knob?**

Sequra (H1) is an electronic door knob. However, Sequra Smart (HK1), the world's first **Thread-enabled Apple Home** smart door knob is coming soon.

**Q3. Why do we need to change the admin code immediately after installation is completed?**

The default admin code is made simple for initial testing only. Make sure you change it as soon as you have successfully installed Sequra.

## Compare with similar items

| | This item HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Digital Coded Door Knob Sequra Metallic Gold | BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, Auto Lock,50 User Code,Easy to Install,for Home,Office,Hotel,Bedroom,Garage,No Deadbolt | iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip, Auto Lock,50 User Code,Waterproof, Easy to Install and Program for Bedroom Garage Office Gate (Satin Nickel) | SoHoMiLL ® Electronic Keypad Door Knob and Lock Set with Backup Mechanical Key (Spring Latch Lock; Not Deadbolt; Not Phone Connected), Single Front keypad YL 99 Upgraded Model-B |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★½ (380) | ★★★★½ (2448) | ★★★★½ (455) | ★★★★½ (2552) |
| Price | $49⁹⁹ | $54⁹⁸ | $49⁹⁹ | $39²² |
| Shipping | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| Sold By | Device X | PROYJ | iulock Direct | SoHoMiLL® |
| Color | Metallic Gold | Satin Nickel | Stain Nickel | Satin Nickel |
| Finish Type | Painted | Satin Nickel | Nickel | satin |
| Item Dimensions | 3 x 2.5 x 2.5 inches | 8.07 x 4.53 x 4.53 inches | 7 x 4.5 x 3.1 inches | 7.87 x 1.97 x 0.04 inches |

## Product information

### Technical Details

| Material | Zinc |
|---|---|
| Brand | HOLOMARQ |
| Color | Metallic Gold |
| Product Dimensions | 3"L x 2.5"W |
| Number of Pieces | 2 |
| Exterior Finish | Painted |
| Specific Uses For Product | Interior |
| Special Feature | 5 Silent Mode and Passage Mode enabled, 2 Childproof door knob, 3 1 Admin + 49 Users, 4 Easy to install and program, 1 Combination door knob |
| Age Range (Description) | Adult |
| Included Components | 3 2 backup keys, 5 Door marking template, 1 SEQURA electronic door knob set, 4 Functions guide and User manual, 2 Mounting hardware kit |

### Additional Information

| ASIN | B0BHT1D7X6 |
|---|---|
| Customer Reviews | 4.6 ★★★★★ ⌄  380 ratings  4.6 out of 5 stars |
| Best Sellers Rank | #6,741 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #40 in Door Knobs |
| Date First Available | December 1, 2022 |

### Warranty & Support

**Amazon.com Return Policy: Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

| Lock Type | Combination Lock, Keypad Lock |
| --- | --- |
| Metal Type | Zinc Alloy |
| Handle Material | Zinc |
| Hand Orientation | Ambidextrous |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| Manufacturer | HOLOMARQ |
| Part Number | H1S |
| Item Weight | 2.33 pounds |
| Item model number | H1 |
| Finish | Painted |
| Special Features | 5 Silent Mode and Passage Mode enabled, 2 Childproof door knob, 3 1 Admin + 49 Users, 4 Easy to install and program, 1 Combination door knob |
| Batteries Included? | No |
| Batteries Required? | Yes |

# Product guides and documents

User Guide (PDF)

User Manual (PDF)

# Videos

## Videos for this product

  

Upload your video

# Products related to this item

Sponsored ⓘ








BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, A...
⭐⭐⭐⭐ 2,448
$57.91 ✓prime

iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip...
⭐⭐⭐⭐ 454
Amazon's Choice in Door Knobs
$49.99 ✓prime



TEEHO TE002 Fingerprint Door Lock - Keyless Entry Door Lock with Keypad - Electroni...
⭐⭐⭐⭐ 6,042
$69.99 ✓prime

Fingerprint Deadbolt Lock, Zomnua Keyless Entry Door Locks with Keypads - Front Doo...
⭐⭐⭐⭐ 276
$79.98 ✓prime

FHUIL Smart Lock with One-Touch Unlock, Door Locks with Keypads, 2 Keys, Front Door...
$41.99 ✓prime

Fingerprint Doo... with Front Door Handle,Keyless Door Lock, Ele...
$99.99 ✓prime



MiLOCKS

Try Our Top Pick for Keyless Entry Door Locks

MiLocks TKK-02AQ Digital Door Knob Handle Lock with Electronic Keypad – Keyless Entry Smart Door...
⭐⭐⭐⭐ 2,869
$49⁹⁹ ✓prime

Sponsored ⓘ

Sponsored



GeekTale
Shop the Store on Amazon ›

eLinkSmart
Shop the Store on Amazon ›

EverPlus
Shop the Store on Amazon ›

GeekTale Smart Door knob, Fingerprint Smart Biometric Door Lock with App...
⭐⭐⭐⭐ 1,433
$69.99

eLinkSmart Fingerprint Door Lock, Keyless Entry Door Lock with Keypad Handle,...
⭐⭐⭐⭐⭐ 15
$69.99

EverPlus Hor... Screws, Child...
⭐⭐⭐⭐ ...
$11.99

## Looking for specific info?

See questions and answers ›

## Customer reviews

★★★★½ **4.6 out of 5**

380 global ratings

| | | |
|---|---|---|
| 5 star | ▭ | 79% |
| 4 star | ▭ | 11% |
| 3 star | ▭ | 5% |
| 2 star | ▭ | 2% |
| 1 star | ▭ | 3% |

˅ How customer reviews and ratings work

Sponsored ⓘ

### Reviews with images



See all customer images

[ Top reviews ˅ ]

### Top reviews from the United States

**sunshine**

★★★★★ **I like the idea**

Reviewed in the United States on May 17, 2023

Color: Matte Black     Verified Purchase

I like the idea and I like that it has a key option but wouldn't purchase this brand again. It installed really easy I don't know maybe it's been about three or four months and it's already not opening when you punch in the code you have to enter the code three to five times for it to finally catch an open. I called this text support and got basic support they just told me to change the batteries I had already did that then they told me to reset it I haven't done that yet we'll see if it helps but I don't want to be resetting this thing every 3 months or 6 months.

One person found this helpful

[ Helpful ]   [ Report ]

**Veronica A**

★★★★★ **was able to install it quickly**

Reviewed in the United States on June 16, 2023

Color: Silver(Glossy)    Verified Purchase

Within 30 min it was up and running. Had a bit of an issue with the lock not closing but it my mistake putting the latch upside down. troubleshooting with the team and they are very responsive and helpful.

[ Helpful ]   [ Report ]

**Joe**

★★★★★ **Good lock**

Reviewed in the United States on June 5, 2023

Color: Matte Black    Verified Purchase

We got these to control kid access to our garage. Great interior door lock, can program multiple user codes. The "passthrough" mode is easily accessed for those times you want the lock to stay unlocked for everyone. Looking to buy a second one for our bedroom.

[ Helpful ]   [ Report ]

**Jasmine Good**

★★★★★ **Works well!**

Reviewed in the United States on June 10, 2023

Color: Silver(Glossy)    Verified Purchase

The instructions were very easy to follow. This was my first time installing a lock and took me less than 15 min! Its not too loud and keeps the kids out.



Helpful          Report

Serguei Toporkov

★★★★★ **Door Knob with keypad**
Reviewed in the United States on June 15, 2023
Color: Space Grey  |  Verified Purchase

Ordered it to secure the HVAC room and keep my kids out of it, works perfect! Very easy to install, highly recommend!

Helpful          Report

Kristen Morrisett

★★★★★ **Buy this!**
Reviewed in the United States on April 27, 2023
Color: Matte Black     Verified Purchase

I installed this on my HUSBAND'S office door. We wanted a room where we could put valuables and other things during renovations when we'll have a bunch of people in and out of the house. I was so excited, I installed it the day it came. I had to chisel a little bit in the door jam, but I just used a putty knife that I had handy. The knob assembly fit the hole already in my door since I was replacing an existing doorknob, I didn't have to really do anything else. You'll need 4 AA batteries but that's about it. The code was easy to set. My husband was impressed :) We highly recommend!

One person found this helpful

Helpful          Report

Kit

★★★★★ **Good lock**
Reviewed in the United States on May 26, 2023
Color: Matte Black     Verified Purchase

Good lock, I haven't used the PIN option yet, but just using the key is fine. They include two keys too. I'll update the review once I get some batteries in it and try the PIN.

Helpful          Report

Megan

★★★★★ **Great Product**
Reviewed in the United States on June 10, 2023
Color: Matte Black     Verified Purchase

These lock are very easy to install and program. I would highly recommend them.

Helpful          Report

**See all reviews ›**



MILØCKS          **Try Our Top Pick for Keyless Entry Door Locks**
                 ★★★★☆ 2,869
                 $49⁹⁹  ✓prime

                                                              Sponsored ⓘ

6/19/23, 11:21 AM    HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Dig…

9/9





    Try Our Top Pick for Keyless Entry Door Locks    $49.99  ✓prime

## Customers who viewed this item also viewed

Sponsored ⓘ

HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Door Knob,
★★★★★ 21
$69.99

 Aqara Smart Lock U100, Fingerprint Keyless Entry Door Lock with Apple Home Key, Touchscreen Keypad,
★★★★☆ 39
$189.99

 HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries
★★★★½ 380
$49.99

Tools & Home Improvement › Hardware › Door Hardware & Locks › Door Knobs



Roll over image to zoom in

       VIDEO

# HOLOMARQ Smart Door Knob with Keypad HomeKit Over Thread **Requires THREAD Enabled Apple Home Hub** for Bedroom or Interior Use (Sequra HK1 Matte Black)

Visit the HOLOMARQ Store

4.0 ★★★★☆ ▾  | 1 rating

$89.99

FREE Returns ▾

Pay **$15.00/month for 6 months** (plus S&H, tax) with 0% interest equal monthly payments when you're approved for an Amazon Store Card.

Color: **Matte Black**

 $89.99     $89.99

| | |
|---|---|
| **Material** | Zinc Alloy |
| **Brand** | HOLOMARQ |
| **Color** | Matte Black |
| **Product Dimensions** | 3"L x 2.5"W |
| **Number of Pieces** | 2 |

| | | | |
|---|---|---|---|
| 🏛 | **Style** Apple Home over Thread |  | **Handle Type** Knob |
| △▢ | **Shape** Rounded Squre |  | **Finish Type** Matte |

**About this item**

- ELEVATED SECURITY AND SMART LOCK CONTROLS WITH APPLE HOME 📙 Ask Siri to lock/unlock this smart door lock; Built on **THREAD**: the future-proof mesh network that is more reliable, responsive, stable and secure. HomPod 2nd Gen. [mini] or TV 4K 2021(+) is required

- EXCLUSIVE APP CONTROL VIA THE SLEEKPOINT APP 📙 Download and install the Sleekpoint app to control this door knob with smart lock and view status in real-time; manage access of up to 50 users; Check lock activity; Enable/disable settings (Auto-Lock, Passage Mode, Silent Mode, Anti-Prying mode); Ongoing firmware update is available for best results

- STYLISH YET SECURE KEYLESS ENTRY DOOR KNOB WITH LOCK 📙 The main structure, made by tested Zinc Alloy materials, delivers the robust and sturdy construction, enabling it to handle intensive day-to-day use; fit 4 x AA



□ Add your 30-day FREE trial of Prime and get fast, free delivery  ✓prime

**Delivery**  |  Pickup

$89.99

FREE Returns ▾

FREE delivery **Saturday, June 24**

Or fastest delivery **Wednesday, June 21**. Order within **3 hrs 50 mins**

◎ Select delivery location

**In Stock**

Qty: 1 ▾

Add to Cart

Buy Now

Payment    Secure transaction
Ships from   Amazon
Sold by    Device X
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt
Support    Free Amazon tech support included

**Add a Protection Plan:**
□ 3-Year Protection for $11.99
□ 4-Year Protection for $15.99

□ Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

batteries inside, up to 6 months of battery life, Uses 4 x AA batteries from a single brand; Sweat & weatherproof design keeps this electronic door knob intact despite all manner of unexpected situations

- **SIMPLE INSTALLATION** 📘 Installation is a breeze on doors with standard backsets from 2 ⅜ inches up to 2 ¾ inches, and door thicknesses up to 2.5 inches. It is compatible with your interior doors All you need is a Phillips screwdriver (for retrofitting) or a drill (for new doors without a cutout) to get this keypad door knob installed for your bedrooms, etc

- **EMERGENCY OPTIONS AND CHILD-PROOF** 📘 Get immediate power supply to Sequra HK1 via a power bank through its built-in Type-C port, or use either of the 2 backup keys provided in the box when it runs out of batteries; Perfect door knob with lock for room rentals, back door, house-keeping, offices, storage rooms, bedrooms, dormitory, pool gate, etc; manage your children's access to a specific room such as computer room (gaming), garage workshop or storage room, etc

› See more product details



iuknob Fingerprint Door Knob wit...

★★★★☆ 50

20% off  **Deal**

$59.99  $74.99  ✓prime

Sponsored ⓘ

### Additional Details

 **Verified by Transparency**
Each item has a unique code that we verify before shipping. Learn more

📄 Report incorrect product information.

Sponsored ⓘ

## Buy it with

 ☑ +  ☑ +  ☑

Total price: **$189.02**

**Add all three to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** HOLOMARQ Smart Door Knob with Keypad HomeKit Over Thread **Requires THREAD…**
$89.99

Amazon Basics Square Door Hinges, Steel, 3.5 Inch x 3.5 Inch, 12 Pack, Oil Rubbed Bronze
$30.43 ($2.54/Count)

Copper Creek CK2030BC-6 Colonial Door Knob, Privacy Function, 6 Pack, in Black
$68.60 ($11.43/Count)

## Discover similar items

✓prime  ★★★& Up  Price: $50 - $100  Doorknob Function: Key & Keypad    More Filters



★★★★☆ 164       ★★★★☆ 97       ★★★★☆ 50       ★★★★☆ 246       ★★★★★ 1,108       ★★★★☆ 166       ★★★★☆ 33
$40.01 List: $51.99  $39.90         **Limited time deal**  $79.90 List: $99.90   **Limited time deal**  $39.90          $38.90
                                     $59.99 Typical: $74.99                       $39.99 List: $69.99

See more like this   See more like this   See more like this   See more like this   See more like this   See more like this   See more like this



| | | | | |
|---|---|---|---|---|
| ★★★★½ 68 | ★★★★½ 83 | ★★★★½ 11 | ★★★★½ 2,448 | ★★★★½ 101 |
| $49⁹⁹ | $42⁹⁰ | $90⁹⁹ | $54⁹⁸ List: $69.99 | $69⁹⁹ |
| See more like this | See more like this | See more like this | See more like this | See more like this |

Show more

## Based on your recent views

Sponsored ⓘ

     

**HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Doo...**
★★★★★ 21
**$69.99** ✓prime
`Save 5%` with coupon

**Kwikset 97200-892 Pismo Door Knob, Round, Matte Black**
★★★★★ 6,706
**$25.12** ✓prime

**TEEHO Keyless Entry Door Locks with Keypads – Deadbolt Smart Lock – Front Door Lock...**
★★★★★ 6
`#1 New Release`
**$99.99** ✓prime
`Save $20.00` with coupon

**Fingerprint Door Lock, Millionhome Door Lock with App/Code/Backup Key/Fingerprint D...**
★★★★☆ 771
**$69.99** ✓prime
`Save 10%` with coupon

**iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip...**
★★★★½ 454
**$99.99** ($50.00/count)
✓prime

**Keyless Electron Door Knob, Key Smart Door Kno Interior Door Ha...**
★★★★½ 20
**$39.90** ✓prim

## Customers frequently viewed

Sponsored ⓘ | Popular products in the last 7 days

     

**HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Doo...**
★★★★★ 21
**$69.99** ✓prime
`Save 5%` with coupon

**zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code...**
★★★★½ 1,108
`Limited time deal`
**$39.99** ✓prime
List: $49.99 (20% off)

**iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip...**
★★★★½ 454
**$99.99** ($50.00/count)
✓prime

**GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart Lock Fing...**
★★★★½ 246
`#1 Best Seller`
**$69.99** ✓prime
`Save 10%` with coupon

**BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, A...**
★★★★½ 2,448
**$54.98** ✓prime

**Double Sided K Door Knob with Cylinders and K iuknob Keyless**
★★★★★ 20
**$119.99** ✓

## Product Description



## All in Control with Your iOS Devices

Thread Border Router Required



## Compare with similar items

|  | **This item** HOLOMARQ Smart Door Knob with Keypad HomeKit Over Thread **THREAD Enabled Apple Home Hub** for Bedroom or Interior Use (Sequra HK1 Matte Black) | Aqara Smart Lock U100, Fingerprint Keyless Entry Door Lock with Apple Home Key, Touchscreen Keypad, Bluetooth Electronic Deadbolt, IP65 Weatherproof, Supports Apple HomeKit, Alexa, Google, IFTTT, Gray | HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Door Knob, Smart Door Knob, 4 AA Batteries, for Bedroom Office Interior Door Sequra H2 Matte Black | IRONZON Fingerprint Door Lock Door Knob with Keypad Keyless Entry Door Lock with Handle for Home Hotel Office Apartment Bedroom Black(F190) |
|---|---|---|---|---|
|  | | #1 New Release | | |
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★☆ (1) | ★★★★☆ (39) | ★★★★★ (21) | ★★★★☆ (2333) |
| **Price** | $89⁹⁹ | $189⁹⁹ | $69⁹⁹ | $59⁹⁹ |
| **Shipping** | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| **Sold By** | Device X | AqaraDirect | Device X | IRONZON |
| **Color** | Matte Black | Shadow Gray | Black(Matte) | Black |

## Product information

### Technical Details

| | |
|---|---|
| Material | Zinc Alloy |
| Brand | HOLOMARQ |
| Color | Matte Black |
| Product Dimensions | 3"L x 2.5"W |
| Number of Pieces | 2 |
| Exterior Finish | Zinc |
| Special Feature | 3 Sleekpoint App Control (Schedule/Access/Activity Log Management, Motion Notification), 1 Apple Home Over Thread, 2 Voice Control by Siri, 5 Up to 50 Users, 4 Remote Control |
| Age Range (Description) | Adult |
| Included Components | 1 Sequra smart door knob set, 2 Mounting hardware kit, 3 2 backup keys, 4 User manual, 5 Door marking template |
| Lock Type | Keypad Door Knob, Combination Door Knob, Smart Door Knob (Apple Home Over Thread ) |
| Metal Type | Zinc Alloy |
| Handle Material | Zinc |
| Hand Orientation | Ambidextrous |

### Additional Information

| | |
|---|---|
| ASIN | B0BLYFRZXX |
| Customer Reviews | 4.0 ★★★★☆ ˅   1 rating<br>4.0 out of 5 stars |
| Best Sellers Rank | #13,090 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#73 in Door Knobs |
| Date First Available | November 10, 2022 |

### Warranty & Support

**Amazon.com Return Policy: Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ˅

| | |
|---|---|
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| Manufacturer | HOLOMARQ |
| Part Number | HK1B |
| Item Weight | 2.34 pounds |
| Item model number | HK1 |
| Finish | Matte |
| Item Package Quantity | 1 |
| Special Features | 3 Sleekpoint App Control (Schedule/Access/Activity Log Management, Motion Notification), 1 Apple Home Over Thread, 2 Voice Control by Siri, 5 Up to 50 Users, 4 Remote Control |
| Batteries Included? | False |
| Batteries Required? | Yes |

# Videos

### Videos for this product



HOLOMARQ Sequra HK1 Installation Video
Device X
5:53

### Videos for related products



SUPER FAST Fingerprint Door Knob from HOLOMARQ - Review
✅ ModernDayTech
2:26



Holomarq keypad fingerprint door knob details and install
✅ It's The Dave Show
7:45


Upload your video

## Products related to this item

Sponsored ⓘ













GeekTale 4-in-1 Keyless Entry Door Lock-Fingerprint Door Lock Smart Door Lock with …
⭐⭐⭐⭐½ 246
#1 Best Seller
$129.99 ✓prime

HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Doo…
⭐⭐⭐⭐½ 21
Amazon's Choice in Door Knobs
$69.99 ✓prime

Fingerprint Door Lock, Smart Code biometric Door Lock,  with passcode keypad…
⭐⭐⭐⭐½ 365
Amazon's Choice in Deadbolts
$69.99 ✓prime

HOOWISER Fingerprint Door Lock Smart Door Knob Handle Biometric Door Lock with App/…
⭐⭐⭐⭐☆ 55
$67.99 ✓prime

iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip…
⭐⭐⭐⭐½ 454
$99.99 ($50.00/count)
✓prime

Smart Deadbolt Handle Knob Se Hornbill Pro Key Entry Door Loc…
⭐⭐⭐⭐⭐ 1
$154.99 ✓pri



**level**

Level Lock+ with Apple Home Keys
Now Available

Level Lock+ Smart Lock with Apple
Home Keys - Smart Deadbolt for…
★★★★☆ 34
$329⁰⁰ ✓prime

Sponsored ⓘ

Sponsored

Level Home Inc.          zomnua                    Zowill
Shop the Store on Amazon ›    Shop the Store on Amazon ›    Shop the Store on Amazon ›



Level Bolt Smart Lock - Smart Deadbolt
that Works with Your Existing Lock for…
★★★★☆ 2,079
$170.00 List: $199.00

Keyless Entry Door Lock, Zomnua
Fingerprint Lever Lock Deadbolt…
★★★★☆ 311
$99.99

Fingerprint D
Entry Door L
★★★★☆
$69.99 List:

---

# Looking for specific info?

See questions and answers ›

---

## Customer reviews

★★★★☆ 4 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 100% |
| 3 star | | 0% |

Top reviews ⌄

### Top review from the United States



JB

★★★★☆ **A great HomeKit lock for a door with one hole**
Reviewed in the United States on June 16, 2023
Color: Matte Black | Verified Purchase

| 2 star | | 0% |
|--------|--|-----|
| 1 star | | 0% |

How customer reviews and ratings work



Sponsored

Ever since this got announced last year I've been really excited to try it out because on top of having Thread, the room where I plan to install this in only has a door with one hole so it can't accommodate deadbolts like the Schlage Encode Plus. In that situation where I wanted to avoid making a secondary hole my only choice would be either this or the Schlage Encode Lever if it ever gets Thread and HomeKit compatibility. Since this came out first, I thought it's a good opportunity to try it out now especially not knowing how long I have to wait for the other alternative to show up.

Install went fine. The video guide is easy to follow. The lock and unlock noise is not as noisy as I thought it would be (with feedback sound set to silent) compared to other door locks. The sound is just similar to the sound that cameras make when the shutter flips to adjust to the light level in the environment, except the lock is a bit louder. But it's still manageable to me. My only complaint is that the latch and the strike plate should have been matte black instead of silver.

If this also had HomeKey it could have been the perfect HomeKit door knob. I liked the Auto-Lock feature,

Read more

| Helpful | Report |

See all reviews ›



**Probrico Square Privacy Door Levers**
★★★★★ 2,715
$103.94 ✓prime
Sponsored

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help





amazon | Hello | Select your address | Tools & Home Improvement ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, Nicholas | Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | Clinic | Same-Day Delivery | Amazon Basics | Pharmacy | Pet Supplies | Beauty & Personal Care | Shop By Interest | Coupons | Health & Household

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home | Shop by Room

Probrico Oil Rubbed Bronze Entry Door Knob and Single Cylinder Deadbolt Combo Pack, Keyed Alike Entry Knob and Deadbolt Set, Front Door and Exterior Gate Handleset,2 Pack    ★★★★☆ 2,642  $57¹⁹ ✓prime  Save 30% ▾

## Customers who viewed this item also viewed
Sponsored ⓘ


zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob 5s Auto-Lock for
★★★★☆ 1,108
$39⁹⁹


BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, Auto Lock,50 User Code,Easy
★★★★☆ 2,448
$54⁹⁸


iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip, Auto Lock,50 User
★★★★☆ 455
$49⁹⁹

Tools & Home Improvement › Hardware › Door Hardware & Locks › Door Knobs



Roll over image to zoom in

       5 VIDEOS

## HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Digital Coded Door Knob Sequra Space Gray

Visit the HOLOMARQ Store

4.6 ★★★★☆ ▾    380 ratings

-29% $49⁹⁹

List Price: $69.99 ⓘ

FREE Returns ▾
Join Prime to buy this item at $39.99

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

Color: Space Grey

 $49.99   $49.99   $49.99

 $49.99

| Brand | HOLOMARQ |
|---|---|
| Color | Space Grey |
| Product Dimensions | 3"L x 2.5"W |
| Number of Pieces | 2 |
| Exterior Finish | Painted |

🔲 Handle Type  Knob
△ Shape  Rounded Square
⋯ Finish Type  Painted
▨ Metal Type  Zinc Alloy

### About this item
- Advanced Access Management [Amazing option/gift for Room Rentals, New Homes and Upgrades] 🟧 One and only admin code manages all functions plus 49 user codes using a single keypad; Door knob with lock perfect for room rentals, house keeping, offices, dormitories, storage rooms, laundry rooms, bedrooms, and more
- Child & Teenager Proof Door Knob with Keypad 🟧 Premium metallic finish and sturdy Zinc Alloy construction with enhanced security mechanism not only add privacy and protection to your personal space, but also keep your kids away from temptations; Sweat & weatherproof design

 prime

**Prime Exclusive Deal**
☐ Add your 30-day FREE trial of Prime to buy this item for only $39.99 plus free expedited delivery.

Delivery | Pickup

$49⁹⁹

FREE Returns ▾

FREE delivery **Saturday, June 24**

Or fastest delivery **Wednesday, June 21**. Order within 12 hrs 37 mins

⦿ Select delivery location

**In Stock**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

Payment | Secure transaction
Ships from | Amazon
Sold by | Device X
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt
Support | Free Amazon tech support included

**Add a Protection Plan:**
☐ 4-Year Protection for $8.99
☐ 3-Year Protection for $6.99

☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell? Sell on Amazon

ensures durability under wet hand-usage and exposure to the outdoors
- Easy 4-Step Installation Completed in 5 Minutes by 1 Person 🟡 Fits most interior doors with standard backsets from 2⅜ inches up to 2¾ inches, and door thicknesses up to 2.5 inches; Uses 4 x AA batteries from a single brand
- Programmable Door Knob with Keypad 🟡 Disguise your passcode in up to 20 digits when someone is around; Lock immediately by pressing '✓', or let Sequra 'Auto-Lock' after 5 seconds; Turn on 'Passage Mode' to leave Sequra unlocked for your convenience; Turn on 'Silent Mode' if you don't want others to hear any audible feedback
- Exceptional Battery Life 🟡 Built-in low-power consumption technology provides up to 2 years battery life, depending on actual usage and quality of the batteries; Low power warning reminds you to promptly change the batteries; In the event of complete battery outage, gain immediate power supply from a power bank through the Type-C port located at the bottom, or use the backup keys

› See more product details

**GeekTale Smart Door knob,...**
★★★★☆ 1,433
**$69.99** ✓prime
Save 1%  with coupon

Sponsored ⓘ

## Additional Details

 **Verified by Transparency**
Each item has a unique code that we verify before shipping. Learn more

### Customer ratings by feature

| | | |
|---|---|---|
| Durability | ★★★★★ | 4.9 |
| Sturdiness | ★★★★★ | 4.8 |
| Easy to install | ★★★★★ | 4.7 |
| Lock Feature | ★★★★★ | 4.6 |

See all reviews

⊟ Report incorrect product information.

### There is a newer model of this item:

 HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Door Knob, Smart Door Knob, 4 AA Batteries, for Bedroom Office Interior Door Sequra H2 Space Grey
$69.99
★★★★★ (21)
In Stock.

Sponsored ⓘ

## Frequently bought together

 + 

Total price: $62.89

[ Add both to Cart ]

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Loc...
$49.99

Copper Creek BK2040SS Ball Door Knob, Keyed Entry Function, 1 Pack, in Satin Stainless
$12.90

## Discover similar items



prime ★★★★ & Up Price: $25 - $50 More Filters

| | | | | | | |
|---|---|---|---|---|---|---|
| ★★★★½ 164 | ★★★★ 148 | ★★★★½ 24 | ★★★★☆ 97 | ★★★★½ 50 | ★★★★½ 1,108 | ★★★★ 166 |
| $40.01 List: $51.99 | Limited time deal $18.47 List: $25.85 prime | $52.45 | $39.90 | Limited time deal $59.99 Typical: $74.99 | Limited time deal $39.99 List: $69.99 | $39.90 |
| See more like this | See more like this | See more like this | See more like this | See more like this | See more like this | See more like this |

| | | | | |
|---|---|---|---|---|
| ★★★★½ 2,448 | ★★★★★ 4 | ★★★★☆ 33 | ★★★★☆ 169 | ★★★★★ 18 |
| $54.98 List: $69.99 | $31.34 | $38.90 | $25.99 | $41.90 List: $45.00 |
| See more like this | See more like this | See more like this | See more like this | See more like this |

Show more

## Based on your recent views

Sponsored ⓘ



| zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code… | Keypad Door Knob Lock, Keyless Entry Door Lock with Anti-Slip Handle, Auto Lock, Wa… | HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Doo… | Smart Keypad Door Knob with Passage Mode, Keyless Entry Door Lock, Smart Door… | BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, A… | WAH LIN PARTS Door knob Keyl Door Lock, Fing Smart Biometri… |
|---|---|---|---|---|---|
| ★★★★½ 1,108 | ★★★★½ 701 | ★★★★★ 21 | ★★★★☆ 37 | ★★★★½ 2,448 | ★★★½☆ 23 |
| Limited time deal $39.99 prime List: $49.99 (20% off) | $39.90 prime | Amazon's Choice in Door Knobs Save 5% with coupon | $59.99 prime | $54.98 prime | $66.99 prime Save 15% with co… |

**Product Description**

## Product Description

**Q1. The TOP 5 benefits you get from Sequra:**

**1.** Finally, you can leave your keys behind. Simply unlock Sequra by keying in your personal codes. It will auto-lock in 5 seconds.

**2.** Low-power technology provides up to 2 years battery life, reducing battery cost compared to other similar products.

**3.** Sturdy Zinc Alloy structure and pick-resistance design provides next level security.

**4.** Assign different codes to different users for different purposes while you are the only master.

**5.** Simple 4-Step installation only takes only around 5 minutes and a Philips screwdriver.

**Q2. Is Sequra a smart door knob?**

Sequra (H1) is an electronic door knob. However, Sequra Smart (HK1), the world's first **Thread-enabled Apple Home** smart door knob is coming soon.

**Q3. Why do we need to change the admin code immediately after installation is completed?**

The default admin code is made simple for initial testing only. Make sure you change it as soon as you have successfully installed Sequra.

## Compare with similar items

|  | This item HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Digital Coded Door Knob Sequra Space Gray | zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob 5s Auto-Lock for Bedroom Apartment Garage Office Security Space Gray | iulock Code Door Lock, Electronic Door Knob with Keypad and Key, Auto Lock, Waterproof, Passage Function, Long Battery Life,50 Codes, Easy to use and Install for Office/Warehouse/Bedroom/Garage | MiLocks TKK-02SN Tkk-Sn Digital Door Knob Lock with Electronic Keypad for Interior Doors, Satin Nickel |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★½ (380) | ★★★★½ (1108) | ★★★★½ (872) | ★★★★☆ (5614) |
| Price | $49⁹⁹ | $39⁹⁹ | $51⁹⁰ | $41⁸² |
| Sold By | Device X | DreaMall | iulock Direct | MiProducts Corp |
| Color | Space Grey | Space Gray | Satin Nickel | Satin Nickel |
| Finish Type | Painted | — | satin | Satin |
| Item Dimensions | 3 x 2.5 x 2.5 inches | 7.3 x 3 x 3 inches | — | 10 x 5 x 5 inches |

## Product information

### Technical Details                              Additional Information

| Brand | HOLOMARQ |
|---|---|
| Color | Space Grey |
| Product Dimensions | 3"L x 2.5"W |
| Number of Pieces | 2 |
| Exterior Finish | Painted |
| Specific Uses For Product | Door |
| Special Feature | 5 Silent Mode and Passage Mode enabled, 2 Childproof door knob, 3 1 Admin + 49 Users, 1 Combination door knob, 4 Easy to install and program |
| Age Range (Description) | Adult |
| Included Components | 3 2 backup keys, 5 Door marking template, 1 SEQURA electronic door knob set, 4 Functions guide and User manual, 2 Mounting hardware kit |
| Lock Type | Keypad Door Knob, Electronic Door Knob, Combination Door Knob |
| Handle Material | Zinc |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| Manufacturer | HOLOMARQ |
| Part Number | H1GY |
| Item Weight | 2.42 pounds |
| Item model number | H1 |
| Finish | Painted |
| Special Features | 5 Silent Mode and Passage Mode enabled, 2 Childproof door knob, 3 1 Admin + 49 Users, 1 Combination door knob, 4 Easy to install and program |
| Batteries Included? | No |
| Batteries Required? | Yes |

| ASIN | B0BMFZJKGP |
|---|---|
| Customer Reviews | 4.6 ★★★★☆ ⌄  380 ratings<br>4.6 out of 5 stars |
| Best Sellers Rank | #6,741 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#40 in Door Knobs |
| Date First Available | January 8, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

### Videos for this product



1:19

Customer Review: Easy to install and use!!!
John



6:08

How to Install HOLOMARQ Door Knob with Keypad Lock
Dragon Blogger Tech and Entertain…



0:21

What to Know About HOLOMARQ Combination…
Dragon Blogger Tech and Entertain…

Upload your video

## Products related to this item

Sponsored ⓘ

    

| | | | | |
|---|---|---|---|---|
| BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, A... ★★★★½ 2,448 **$57.91** ✓prime | HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Doo... ★★★★★ 21 **Amazon's Choice** in Door Knobs **$69.99** ✓prime | Keyless Entry Door Lock with 2 Handles, Zowill Electronic Keypad Deadbolt, Auto-Loc... ★★★★½ 375 **$89.99** ✓prime 🌿 Climate Pledge Friendly | TEEHO Keyless Entry Door Lock with Handle - Electronic Keypad Deadbolt with Door Kn... ★★★★½ 215 **Amazon's Choice** in Deadbolts **$89.99** ✓prime 🌿 Climate Pledge Friendly | iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip... ★★★★½ 454 **$54.99** ✓prime / Cielsa Dawn Fin... Digital Door Kn... Smart Door Loc... Keyless Entry D... ★★★★½ 10... **$66.99** ✓prim... |



**MiLocks TKK-02AQ Digital Door Knob Handle Lock with Electronic Keypad - Keyless Entry Smart Door...**
★★★★☆ 2,869
**$49⁹⁹** ✓prime

Try Our Top Pick for Keyless Entry Door Locks

Sponsored ⓘ

Sponsored

**zomnua**
Shop the Store on Amazon ›

**goldenwarm**
Shop the Store on Amazon ›

**GeekTale**
Shop the Store on Amazon ›

  

Keyless Entry Door Lock, Zomnua Fingerprint Lever Lock Deadbolt...
★★★★½ 311
**$99.99**

goldenwarm Front Door Handle and Deadbolt Set, Black Front Door Lock Set...
★★★★½ 90
**$50.11** List: $69.99

GeekTale Sm... Smart Biome...
★★★★☆
**$69.99**

## Looking for specific info?

See questions and answers ›

## Customer reviews

★★★★½ **4.6 out of 5**

380 global ratings

| | | |
|---|---|---|
| 5 star | | 79% |
| 4 star | | 11% |
| 3 star | | 5% |
| 2 star | | 2% |
| 1 star | | 3% |

∨ How customer reviews and ratings work

*Sponsored* ⓘ

## Reviews with images



See all customer images

Top reviews ∨

## Top reviews from the United States

**sunshine**

★★★★★ **I like the idea**

Reviewed in the United States on May 17, 2023

Color: Matte Black | Verified Purchase

I like the idea and I like that it has a key option but wouldn't purchase this brand again. It installed really easy I don't know maybe it's been about three or four months and it's already not opening when you punch in the code you have to enter the code three to five times for it to finally catch an open. I called this text support and got basic support they just told me to change the batteries I had already did that then they told me to reset it I haven't done that yet we'll see if it helps but I don't want to be resetting this thing every 3 months or 6 months.

One person found this helpful

| Helpful | Report |
|---|---|

**Veronica A**

★★★★★ **was able to install it quickly**

Reviewed in the United States on June 16, 2023

Color: Silver(Glossy) | Verified Purchase

Within 30 min it was up and running. Had a bit of an issue with the lock not closing but it my mistake putting the latch upside down. troubleshooting with the team and they are very responsive and helpful.

| Helpful | Report |
|---|---|

**Joe**

★★★★★ **Good lock**

Reviewed in the United States on June 5, 2023

Color: Matte Black | Verified Purchase

We got these to control kid access to our garage. Great interior door lock, can program multiple user codes. The "passthrough" mode is easily accessed for those times you want the lock to stay unlocked for everyone. Looking to buy a second one for our bedroom.

| Helpful | Report |
|---|---|

**Jasmine Good**

★★★★★ **Works well!**

Reviewed in the United States on June 10, 2023

Color: Silver(Glossy) | Verified Purchase

The instructions were very easy to follow. This was my first time installing a lock and took me less than 15 min! Its not too loud and keeps the kids out.

Helpful     Report

Serguei Toporkov

⭐⭐⭐⭐⭐ **Door Knob with keypad**
Reviewed in the United States on June 15, 2023
Color: Space Grey | Verified Purchase

Ordered it to secure the HVAC room and keep my kids out of it, works perfect! Very easy to install, highly recommend!

Helpful     Report

Kristen Morrisett

⭐⭐⭐⭐⭐ **Buy this!**
Reviewed in the United States on April 27, 2023
Color: Matte Black | Verified Purchase

I installed this on my HUSBAND'S office door. We wanted a room where we could put valuables and other things during renovations when we'll have a bunch of people in and out of the house. I was so excited, I installed it the day it came. I had to chisel a little bit in the door jam, but I just used a putty knife that I had handy. The knob assembly fit the hole already in my door since I was replacing an existing doorknob, I didn't have to really do anything else. You'll need 4 AA batteries but that's about it. The code was easy to set. My husband was impressed :) We highly recommend!

One person found this helpful

Helpful     Report

Kit

⭐⭐⭐⭐⭐ **Good lock**
Reviewed in the United States on May 26, 2023
Color: Matte Black | Verified Purchase

Good lock, I haven't used the PIN option yet, but just using the key is fine. They include two keys too. I'll update the review once I get some batteries in it and try the PIN.

Helpful     Report

Megan

⭐⭐⭐⭐⭐ **Great Product**
Reviewed in the United States on June 10, 2023
Color: Matte Black | Verified Purchase

These lock are very easy to install and program. I would highly recommend them.

Helpful     Report

**See all reviews** ›



**Probrico 4 Sets-Entry Door Knob Lockset and Single Cylinder Deadbolt...**
$100.09 ✓prime
Save 10% with coupon

Sponsored ⓘ



Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

🌐 English    🇺🇸 United States

| Amazon Music | Amazon Advertising | 6pm | AbeBooks | ACX | Sell on Amazon |
|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Scalable Cloud Computing Services |
| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric |
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Sewing, Quilting & Knitting |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy |
| Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed |
| Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices ☑️
© 1996-2023, Amazon.com, Inc. or its affiliates



retrofitting) or a drill (for new doors without a cutout) to get this keypad door knob installed for your bedrooms, etc

- EMERGENCY OPTIONS AND CHILD-PROOF 🔋 Get immediate power supply to Sequra HK1 via a power bank through its built-in Type-C port, or use either of the 2 backup keys provided in the box when it runs out of batteries; Perfect door knob with lock for room rentals, back door, house-keeping, offices, storage rooms, bedrooms, dormitory, pool gate, etc.; manage your children's access to a specific room such as computer room (gaming), garage workshop or storage room, etc

› See more product details

🗎 Report incorrect product information.



iuknob Fingerprint Door Knob with Keypad and Key,…
★★★★☆ 50
20% off   **Deal**
$59⁹⁹  $74.99  ✓prime

Sponsored ⓘ

## Buy it with



This item: HOLOMARQ Smart Door Knob with Keypad HomeKit Over Thread **Requires THREAD…**
$89⁹⁹

+ Amazon Basics Square Door Hinges, Steel, 3.5 Inch x 3.5 Inch, 12 Pack, Oil Rubbed Bronze
$30⁴³ ($2.54/Count)

+ Copper Creek CK2030BC-6 Colonial Door Knob, Privacy Function, 6 Pack, in Black
$68⁶⁰ ($11.43/Count)

Total price: **$189.02**

[ Add all three to Cart ]

ⓘ These items are shipped from and sold by different sellers.
Show details

## Discover similar items

✓prime   ★★★☆ & Up   Price: $50 - $100                                    More Filters



★★★★☆ 164
$40⁰¹ List: $51.99

★★★★☆ 97
$39⁹⁰

★★★★☆ 50
**Limited time deal**
$59⁹⁹ Typical: $74.99

★★★★☆ 246
$79⁹⁰ List: $99.98

★★★★☆ 1,108
**Limited time deal**
$39⁹⁹ List: $69.99

★★★★☆ 166
$39⁹⁰

★★★★☆ 33
$38⁹⁰

See more like this | See more like this | See more like this | See more like this | See more like this | See more like this | See more like this

★★★★☆ 68
$49⁹⁹

★★★★☆ 83
$42⁹⁰

★★★★☆ 11
$90⁹⁹

★★★★☆ 2,448
$54⁹⁸ List: $69.99

★★★★☆ 101
$69⁹⁹

See more like this | See more like this | See more like this | See more like this | See more like this

Show more

## Based on your recent views

Sponsored

     

| iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip... | MiLocks TKK-02AQ Digital Door Knob Handle Lock with Electronic Keypad... | iuknob Fingerprint Door Knob with Keypad and Key,Smart Biometric Digital Lock with ... | HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Doo... | BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, A... | Keypad Door Kr Keyless Entry D with Anti-Slip H Auto Lock, Wa... |
|---|---|---|---|---|---|
| ★★★★☆ 454 | ★★★★☆ 2,869 | ★★★★☆ 50 | ★★★★★ 21 | ★★★★☆ 2,448 | ★★★★☆ 70 |
| $54.99 ✓prime | $49.99 ✓prime | $74.99 ✓prime | $69.99 ✓prime | $57.91 ✓prime | Door Knobs |
| | | Save 8% with coupon | Save 5% with coupon | | $39.90 ✓prime |

## Product Description





## All in Control with Your iOS Devices

Thread Border Router Required



## Product information

### Technical Details

| | |
|---|---|
| Material | Zinc Alloy |
| Brand | HOLOMARQ |
| Color | Metallic Gold |
| Product Dimensions | 7.3"L x 2.5"W |
| Number of Pieces | 2 |
| Exterior Finish | Gold |

### Additional Information

| | |
|---|---|
| ASIN | B0BNTRSQ7P |
| Customer Reviews | 4.0 ★★★★☆ ∨    1 rating<br>4.0 out of 5 stars |
| Best Sellers Rank | #13,090 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#73 in Door Knobs |

| | |
|---|---|
| Special Feature | 3 Sleekpoint App Control (Schedule/Access/Activity Log Management, Motion Notification), 1 Apple Home Over Thread, 2 Voice Control by Siri, 5 Up to 50 Users, 4 Remote Control |
| Age Range (Description) | Adult |
| Included Components | 1 Sequra smart door knob set, 2 Mounting hardware kit, 3 2 backup keys, 4 User manual, 5 Door marking template |
| Lock Type | Keypad Door Knob, Combination Door Knob, Smart Door Knob (Apple Home Over Thread ) |
| Metal Type | Zinc Alloy |
| Handle Material | Zinc |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| Manufacturer | HOLOMARQ |
| Part Number | HK1US |
| Item Weight | 2.33 pounds |
| Item model number | HK1 |
| Size | Normal |
| Finish | Painted |
| Cutting Diameter | 2.3 Inches |
| Special Features | 3 Sleekpoint App Control (Schedule/Access/Activity Log Management, Motion Notification), 1 Apple Home Over Thread, 2 Voice Control by Siri, 5 Up to 50 Users, 4 Remote Control |
| Batteries Included? | No |
| Batteries Required? | Yes |
| Assembled Diameter | 2.3 Inches |

| | |
|---|---|
| Date First Available | December 2, 2022 |

## Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to tell us about a lower price? ⌄

## Videos

### Videos for this product



5:53

HOLOMARQ Sequra HK1 Installation Video
Device X

Upload your video

## Products related to this item

Sponsored ⓘ








GeekTale 4-in-1 Keyless Entry Door Lock-Fingerprint Door Lock Smart Door Lock with …
★★★★☆ 246
**#1 Best Seller**
$129.99 ✓prime

iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip…
★★★★☆ 454
$99.99 ($50.00/count)
✓prime

Smart Deadbolt with Handle Knob Set - Hornbill Pro Keyless Entry Door Lock with …
★★★★★ 1
$154.99 ✓prime

GeekTale Smart Door Knob with Keypad, Smart Door Lock Fingerprint Door Lock…
★★★★☆ 1,432
**#1 Best Seller**
$129.99 ✓prime

YOSIMIKA Fingerprint Door Lock, Keyless Entry Door Lock with Handles, Door Locks wi…
★★★★☆ 36
$129.99 ✓prime

Smart Lock,YRH Smart Lock Doc Knob,Smart Fin Lock with Mobil
★★★★☆ 33
$109.99 ✓pri



**iuknob Fingerprint Door Knob with Keypad and Key, Smart Biometric Digital Lock with Voice Navigation…**
★★★★☆ 50
20% off   **Deal**
$59.99 $74.99 ✓prime

Sponsored ⓘ

Sponsored



Level Home Inc.
Shop the Store on Amazon ›

Level Bolt Smart Lock - Smart Deadbolt that Works with Your Existing Lock for…
★★★★☆ 2,079
$170.00 List: $199.00

zomnua
Shop the Store on Amazon ›

Keyless Entry Door Lock, Zomnua Fingerprint Lever Lock Deadbolt…
★★★★☆ 311
$99.99

hornbill
Shop the Store on Amazon ›

Hornbill Sma Handle - Fing
★★★★☆
$139.99

## Looking for specific info?

See questions and answers ›

## Customer reviews



★★★★☆  4 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 100% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

Sponsored ⓘ

Top reviews ⌄

### Top review from the United States

JB

★★★★☆ **A great HomeKit lock for a door with one hole**
Reviewed in the United States on June 16, 2023
Color: Matte Black    Verified Purchase

Ever since this got announced last year I've been really excited to try it out because on top of having Thread, the room where I plan to install this in only has a door with one hole so it can't accommodate deadbolts like the Schlage Encode Plus. In that situation where I wanted to avoid making a secondary hole my only choice would be either this or the Schlage Encode Lever if it ever gets Thread and HomeKit compatibility. Since this came out first, I thought it's a good opportunity to try it out now especially not knowing how long I have to wait for the other alternative to show up.

Install went fine. The video guide is easy to follow. The lock and unlock noise is not as noisy as I thought it would be (with feedback sound set to silent) compared to other door locks. The sound is just similar to the sound that cameras make when the shutter flips to adjust to the light level in the environment, except the lock is a bit louder. But it's still manageable to me. My only complaint is that the latch and the strike plate should have been matte black instead of silver.

If this also had HomeKey it could have been the perfect HomeKit door knob. I liked the Auto-Lock feature.

⌄ Read more

Helpful       Report

**See all reviews ›**



Probrico Square Privacy Door Levers
★★★★☆ 2,715
$103.94 ✓prime

Sponsored ⓘ





## Customers who viewed this item also viewed

Sponsored ⓘ



BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, Auto Lock,50 User Code,Easy
★★★★☆ 2,448
$54⁹⁸



iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip, Auto Lock,50 User
★★★★☆ 455
$49⁹⁹



HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries
★★★★☆ 380
$49⁹⁹

Tools & Home Improvement › Hardware › Door Hardware & Locks › Door Knobs



Roll over image to zoom in

       

4 VIDEOS

### zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob 5s Auto-Lock for Bedroom Apartment Garage Office Security Space Gray

Visit the zincker Store

4.4 ★★★★☆  1,108 ratings

**Amazon's Choice** in Door Knobs by zincker

**Deal**

**-20%** $39⁹⁹
Typical price: $49.99 ⓘ

FREE Returns ⌄

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

Color: **Space Gray**

| | |
|---|---|
| $39.99 | $119.99 ($40.00 / Count) |
| $39.99 | $39.99 |
| $39.99 | **$39.99** |

| | |
|---|---|
| **Material** | Zinc Alloy |
| **Brand** | Zincker |
| **Color** | Space Gray |
| **Product Dimensions** | 7.3"L x 3"W |
| **Exterior Finish** | Zinc |

| | | |
|---|---|---|
| 🏛 **Style** Modern | | 🔲 **Handle Type** Knob |
| △ **Shape** Inverted droplet | | ▱ **Metal Type** Zinc Alloy |

### About this item

- STYLISH YET SECURE KEYLESS ENTRY DOOR KNOB WITH LOCK ▶ The inverted droplet shape rotary knob has a texture and design optimized for long term grip comfort; The main structure, made by tested Zinc Alloy materials, delivers the robust and sturdy construction, enabling it to handle intensive day-to-day use; Fit 4 x AA batteries inside, up to 2 years of battery life; Sweat & weatherproof design keeps this

---



☐ Add your 30-day FREE prime
trial of Prime and get
fast, free delivery

**Delivery** | Pickup

$39⁹⁹

FREE Returns ⌄

FREE delivery **Saturday, June 24**

Or fastest delivery **Tomorrow, June 20**. Order within **56 mins**

⊙ Select delivery location

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | DreaMall |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Support | Free Amazon tech support included |
| Packaging | Shows what's inside |

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell? Sell on Amazon

electronic door knob intact despite all manner of unexpected situations

- SIMPLE INSTALLATION ▶ Installation is a breeze on doors with standard backsets from 2 ⅜ inches up to 2 ¾ inches, and door thicknesses up to 2.5 inches. All you need is a Phillips screwdriver (for retrofitting) or a drill (for new doors without a cutout) to get this keypad door knob installed for your bedrooms, etc
- EASY TO PROGRAM AND CHILD-PROOF ▶ A truly convenient alternative to traditional keys. Manage 1 administrator code and up to 50 passcodes using a single keypad. Perfect door knob with lock for room rentals, house-keeping, offices, storage rooms, bedrooms, dormitory management and more, also manage your children's access to a specific room such as computer room (gaming), garage workshop or storage room, etc
- ADVANCED SAFETY ▶ By default, this door knob automatically locks 5 seconds after being opened. However, when there is a need to leave the door unlocked for a while, simply activate the Passage Mode; Turn on Silent Mode if you don't want others to hear any feedback from it; Anti-prying technology protects your code from prying eyes. You may enter up to 20 digits, including your own code, to unlock the door knob
- EMERGENCY OPTIONS ▶ Get immediate power supply to Vaulta via a power bank through its built-in Type-C port, or use either of the 2 backup keys provided in the box when it runs out of batteries. Great gift for new homes

› See more product details

## Additional Details

 **Verified by Transparency**
Each item has a unique code that we verify before shipping. Learn more

### Customer ratings by feature

| | | |
|---|---|---|
| Value for money | ★★★★½ | 4.6 |
| Easy to install | ★★★★½ | 4.5 |
| Sturdiness | ★★★★½ | 4.5 |
| Lock Feature | ★★★★½ | 4.4 |

See all reviews

 Report incorrect product information.

### Similar item to consider

**Amazon's Choice**



Amazon Basics Exterior Door Knob With Lock, Coastal, Matte Black
★★★★½ (5067)
$17.38 ✓prime

Sponsored ⓘ

## Frequently bought together

**Probrico**
Probrico Square Privacy Door Levers
★★★★½ 2,715
$103.⁹⁴ ✓prime
Sponsored ⓘ



**This item:** zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door…
$39⁹⁹

eufy Security C210(E110) Smart Lock, 5-in-1 Keyless Entry Door Lock, Built-in WiFi Deadbolt,…
$139⁹⁹

Total price: $179.98

**Add both to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

## Discover similar items

✓prime    ★★★ & Up    Price: $25 - $50

More Filters



★★★★½ 14
$21⁹⁵ ✓prime

★★★★☆ 148
Limited time deal
$18⁴⁷ List: $25.85 ✓prime

★★★★½ 2,448
$54⁹⁸ List: $69.99

★★★★½ 50
Limited time deal
$59⁹⁹ Typical: $74.99

★★★★½ 381
$12³⁷ ✓prime

★★★★½ 142
$11⁹⁸ List: $13.98 ✓prime

★★★★½ 1,474
$14⁹⁹ ✓prime

See more like this    See more like this    See more like this    See more like this    See more like this    See more like this    See more like this

★★★★½ 600
$13⁸⁹ ✓prime

★★★★★ 4
$31³⁴

★★★★★ 18
$41⁹⁰ List: $45.00

★★★★★ 21
$69⁹⁹ List: $89.99

★★★★½ 83
$42⁹⁰

See more like this    See more like this    See more like this    See more like this    See more like this

Show more

## Based on your recent views

Sponsored ⓘ



Keypad Door Knob Lock, Keyless Entry Door Lock with Anti-Slip Handle, Auto Lock, Wa...
★★★★½ 701
**Amazon's Choice** in Door Knobs
$39.90 ✓prime

HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Doo...
★★★★½ 21
$69.99 ✓prime
Save 5% with coupon

Philips Smart Lock - Keyless Entry Door Lock - Generate One-time Code via App Nonco...
★★★★½ 74
$99.99 ✓prime

Signstek Keyless Entry Door Lock,Door Knob with Keypad, Smart Code Door Lock,Mute...
★★★★☆ 2,237
$39.99 ✓prime

iuknob Fingerprint Door Knob with Keypad and Key,Smart Biometric Digital Lock with ...
★★★★½ 50
$74.99 ✓prime
Save 8% with coupon

Keyless Electron Door Knob, Key Smart Door Kno Interior Door Ha...
★★★★½ 20
$39.90 ✓prim

## Product Description

**Door Knob with Backlit-Enabled Keypad**

A convenient and programable keyless option is added to your doors so that you can leave your physical keys behind.

**Childproof**

Keep your kids safe by preventing them from entering a specific room.

**More Comfort**

The inverted droplet-shaped rotary knob, with anti-slip contours, makes opening the door a breeze.

**More Style**

Choose from Matt Black, Shiny Gold or Glossy Silver to best fit your door.

**More Sturdiness**

Constructed of rigorously tested Zinc-Alloy mechanical parts to ensure exceptional durability.

| Combination Door Knob | Access Management | Simple Programming | Passcode Disguise |
|---|---|---|---|
| Unlocking methods: | 1 admin code & up to 50 user codes. | Add/Change/Delete a user code. | Randomly enter up to 20 digits before and/or after your own code to unlock the door knob. |
| ¹ By keypad code | *Set a new admin code immediately after installation.* | Turn on/off: Passage mode or Silent mode. | |
| ² By key | | | |

| 5 minutes Installation | 5 second Auto-Lock | Passage Mode | Silent Mode |
|---|---|---|---|
| We provide a step-by-step **installation YouTube guide** besides the included **User Manual**. | **Avoid** the '**forgot-to-lock**' hassle **COMPLETELY**. Just shut the door and go, knowing the door will automatically lock by itself. | Turn on **Passage Mode** when you don't need your door to auto-lock itself. Press any key to quickly disable Passage Mode and resume **Auto-Lock**. | Easy to **turn on/off system sounds** according to your personal tastes. |

| Up to 2-Year Battery Life | Low-battery Warning | Backup Option 1 | Backup Option 2 |
|---|---|---|---|
| Compatible with **4 x AA Alkaline Batteries (NOT INCLUDED)**. | The **indicator shows red** to remind you to replace your old batteries promptly, for continuous use. | **2 Backup keys** offer the traditional unlocking method. Store them safely. | Built-in **Type-C USB port** to provide **emergency power** from a portable power supply (e.g. a power bank/laptop etc). |
| **DO NOT** mix different brands of batteries. **DO NOT** mix new batteries with worn-out batteries. | | | |

## Compare with similar items

| **This item** zincker Door Knob with Keypad Lock Interior | HOLOMARQ Door Knob with Keypad for Interior | iuknob Fingerprint Door Knob with Keypad and Key,Smart | MiLocks TKK-02SN Tkk-Sn Digital Door Knob Lock with |

| | Keyless Child Proof Electronic Pin Code Door Knob 5s Auto-Lock for Bedroom Apartment Garage Office Security Space Gray | Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Digital Coded Door Knob Sequra Space Gray | Biometric Digital Lock with Voice Navigation Programming,Combination Electronic Handle for Interior Doors, Entry,Bedrooms,Garage(Satin Nickel) | Electronic Keypad for Interior Doors, Satin Nickel |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (1108) | ★★★★☆ (380) | ★★★★☆ (50) | ★★★★☆ (5614) |
| Price | $39⁹⁹ | $49⁹⁹ | $74⁹⁹ | $41⁸² |
| Sold By | DreaMall | Device X | SUPMarvel | MiProducts Corp |
| Color | Space Gray | Space Grey | Satin Nickel | Satin Nickel |
| Item Dimensions | 7.3 x 3 x 3 inches | 3 x 2.5 x 2.5 inches | 7 x 3 x 3 inches | 10 x 5 x 5 inches |

## Product information

### Technical Details

| | |
|---|---|
| Material | Zinc Alloy |
| Brand | Zincker |
| Color | Space Gray |
| Product Dimensions | 7.3"L x 3"W |
| Exterior Finish | Zinc |
| Specific Uses For Product | Inside use recommended; Avoid cold/humidity/rain for outdoor use. |
| Special Feature | ¹ Pin code door knob, ² Child proof door knob, ³ Up to 50 users, ⁴ Long battery life, ⁵ Fit your interior doors, ⁶ Easy to install & program, ⁷ Passage mode & Silent mode, ⁸ Auto locking-5 seconds, ⁹ Anti-prying technology, ¹⁰ Splashproof & sweatproof |
| Age Range (Description) | Adult |
| Included Components | ⁴ Functions guide, ² Mounting hardware kit, ³ 2 backup keys, ¹ Vaulta electronic door knob set, ⁵ User manual |
| Item Weight | 1.9 Pounds |
| Handle Material | Zinc |
| Hand Orientation | Ambidextrous |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| Manufacturer | zincker |
| Part Number | K1GR |
| Item Weight | 1.9 pounds |
| Country of Origin | China |
| Item model number | K1 |
| Batteries | 4 AA batteries required. |
| Size | Normal |
| Type of Bulb | LED |

### Additional Information

| | |
|---|---|
| ASIN | B0BP1FTXBP |
| Customer Reviews | 4.4 ★★★★☆ ▾  1,108 ratings<br>4.4 out of 5 stars |
| Best Sellers Rank | #10,284 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#59 in Door Knobs |
| Date First Available | March 30, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

| Head Style | Inverted droplet shape |
|---|---|
| Special Features | [1] Pin code door knob, [2] Child proof door knob, [3] Up to 50 users, [4] Long battery life, [5] Fit your interior doors, [6] Easy to install & program, [7] Passage mode & Silent mode, [8] Auto locking-5 seconds, [9] Anti-prying technology, [10] Splashproof & sweatproof |
| Batteries Included? | No |
| Batteries Required? | Yes |

## Videos

### Videos for this product



Didn't realize how much I'd like this - Quick Review
Brian and Kelsey
0:55



Customer Review: If you can't remember code you'll need the...
Amazon Customer
0:58



Zincker Vaulta Electronic Door Knob Review
BestProducts
2:29

Upload your video

## Products related to this item

Sponsored ⓘ



BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, A...
★★★★½ 2,448
$57.91 ✓prime



Fallinoce Keypad Door Knob, Smart Fingerprint Door Lock Five Types of Door Opening ...
★★★★½ 4
$69.99 ✓prime



Keypad Door Lock with Handle, Mindore Commercial Door Locks and Door Lock with...
★★★☆☆ 8
$89.99 ✓prime



Keyless Entry Door Lock with Knob, Front Door Lock Set with Door Knobs, Electronic ...
★★★★½ 15
$109.99 ✓prime



HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alka...
★★★★½ 379
$49.99 ✓prime



Fingerprint Door with Front Door Handle,Keyless Door Lock, Ele...
$99.99 ✓prime



GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart Lock Fingerprint Door...
★★★★½ 246
$69.99 ✓prime
Save 10% with coupon

Sponsored ⓘ

Sponsored



**zomnua**
Shop the Store on Amazon ›

**Zowill**
Shop the Store on Amazon ›

**Veise**
Shop the Store on Amazon ›

Keyless Entry Door Lock, Zomnua Fingerprint Lever Lock Deadbolt…
⭐⭐⭐⭐ 311
$99.99

Zowill Fingerprint Door Lock, Keypad Door Lock with 2 Handles, Keyless Entry, Aut…
⭐⭐⭐⭐ 361
$129.99 List: $139.99

Fingerprint D
Door Lock Ke
⭐⭐⭐⭐
$69.99 List:

# Looking for specific info?

See questions and answers ›

## Customer reviews

⭐⭐⭐⭐½ 4.4 out of 5

1,108 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 13% |
| 3 star | | 5% |
| 2 star | | 4% |
| 1 star | | 7% |

⌄ How customer reviews and ratings work

### Reviews with images



See all customer images

Top reviews ⌄

### Top reviews from the United States

Michael Ikwuyum

⭐⭐⭐⭐ **Just as Advertised.**
Reviewed in the United States on May 1, 2023
Color: Champagne Gold    Verified Purchase

Package delivered on time and very easy to install. Very stylish and different from other locks. The only con so far is that it can only be locked/unlocked from the inside.

One person found this helpful

Helpful    Report

blt64

⭐⭐⭐⭐⭐ **Makes us feel more secure**
Reviewed in the United States on June 12, 2023
Color: Black (Matte)    Verified Purchase

Not everyone that comes into a person's life is trustworthy, so I jokingly said we needed a digital lock for our bedroom. Never imagined they made one for indoors. I stumbled upon this and was very surprised. I ordered it immediately. My husband installed it as soon as we got it. We have remarked a few times we wish we could lock our bedroom without having to carry around our keys or take just one key off and risk losing it for multiple reasons. This solved that problem and we love it. Very pleased and highly recommend. It is easy to install and program and use. We had a problem at first, but it was 100% operator error. Read the directions carefully and it's easy.



Helpful    Report

Lisette

⭐⭐⭐⭐☆ **It looks fancy**
Reviewed in the United States on April 21, 2023
Color: Black (Matte)    Verified Purchase

Great product, definitely need someone who's handy with this stuff. My door needed to be adjusted to fit this door knob. It looks really nice but I can't stand the noise feedback when entering the pin and when it unlocks the door. Other than that, I love it.

One person found this helpful

Helpful    Report

Alexander Russell

⭐⭐⭐⭐⭐ **WORKS AS ADVERTISED-PLAN TO BUY MORE**
Reviewed in the United States on May 3, 2023
Color: Glossy Silver    Verified Purchase

So honestly wanting a lock above door handle, and which I didn't need to worry about another set of keys, converting my house to everything being smart, and this door knob was a great addition, I looked at a lot of different times as there are a lot on the market and I'm glad that I settled on this one as it was easy to install to my existing door as well as easy to program. Reels definitely feel up to par and I have a good feeling about the longevity of this product! Going to try it out for a few months, but as long as it holds true, I plan to buy many more for my home and maybe even my office buildings and shop. I 100% reccomned. I don't seem biased, so I'm trying to think of something that I don't like about the handle and I would say maybe the shape is a little offputting, but I can see it being something I get used to you as let's be honest, the shape of a door handle isn't really anybody's biggest problem.



2 people found this helpful

Helpful    Report

Kristina Joseph

⭐⭐⭐⭐☆ **Extra keys?**
Reviewed in the United States on April 25, 2023
Color: Black (Matte)    Verified Purchase

I love this product but is there a way to get an extra set of keys?

Helpful    Report

Jmm

⭐⭐⭐⭐⭐ **Amazing!**

Reviewed in the United States on May 8, 2023

Color: Black (Matte)  **Verified Purchase**

I love this product! Makes keyless entry a breeze. We take our home security seriously and keep the doors locked 100% of the time. However, it was really annoying to always keep a key on you so you don't lock yourself out. This door handle was the perfect solution. Now I can come in and out of my house without a key and even temporarily disable the lock if I'm going in and out frequently and don't want to keep using the code. I love that I can give visitors their own unique user code to let themselves in. Very easy to use and program codes. Instructions are clear. Installing was a simple. I did have an issue at first where the door handle was not engaging the lock but Zincker tech support (hi Felix!) was very helpful. Turned out to be a low battery. I used a new package of batteries but they were old and no good. Swapped them out and works perfectly.



One person found this helpful

Helpful    Report

Samantha

⭐⭐⭐⭐⭐ **So convenient**

Reviewed in the United States on June 7, 2023

Color: Coal Black  **Verified Purchase**

Have these on the doors to my restaurant and office so I wouldn't have to change the key everything someone was let go and its game changer. You can program individually codes for people and then you can see who is coming in and out and delete a person's code if necessary. Super easy instal and I even ordered an additional one later for my office door. Sleek looking design

Helpful    Report

tiffany rider

⭐⭐⭐⭐☆ **AMAZING CUSTOMER SERVICE!**

Reviewed in the United States on March 19, 2023

Color: Coal Black  **Verified Purchase**

Ordered the lock and loved it, but for some reason the batteries kept draining quickly. It takes 4 AA Batteries and they would drain in a week. I reached out to the seller long after my return window and they responded within 10 hours and shipped out a new one to me in less than 24 hours.
The replacement is now installed, and fingers crossed that the batteries do not drain quickly because I love this product.

5 people found this helpful

Helpful    Report

**See all reviews ›**



GeekTale Smart Door knob, Fingerprint Smart Biometric Smart Door Lock with App…

$69.99 ✓prime

Save 15% with coupon

Sponsored ⓘ





Try Our Top Pick for Keyless Entry Door Locks    $49.99 ✓prime

## Customers who viewed this item also viewed    Sponsored ⓘ


zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob 5s Auto-Lock for
★★★★☆ 1,108
$39.99


Keyless Electronic Entry Door Knob, Keypad Smart Door Knob, Interior Door Handle with Lock, Automatic Locking,
★★★★☆ 211
$39.90


BOTHSTAR Keypad Door Knob with Key, Keyless Entry Door Lock, Code Locks Door Knob, Auto Lock, 50 User Code, Easy
★★★★☆ 2,448
$54.98

Tools & Home Improvement › Hardware › Door Hardware & Locks › Door Knobs



Roll over image to zoom in

        

5 VIDEOS

# HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Digital Coded Door Knob Sequra (Glossy Silver)

Visit the HOLOMARQ Store

4.6 ★★★★½ ▾    380 ratings

**-29%** **$49.99**
List Price: $69.99 ⓘ

FREE Returns ▾
Join Prime to buy this item at $39.99

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

Available at a lower price from other sellers that may not offer free Prime shipping.

**Color: Silver(Glossy)**

 $49.99    $49.99    $49.99

$49.99

| Material | Zinc Alloy |
|---|---|
| Brand | HOLOMARQ |
| Color | Silver(Glossy) |
| Product Dimensions | 3"L x 2.5"W |
| Number of Pieces | 2 |

🏛 **Style** Digital          🔲 **Handle Type** Knob

△ **Shape** Rounded Square    ✦ **Finish Type** Painted

**About this item**
- Advanced Access Management [Amazing option/gift for Room Rentals, New Homes and Upgrades] ▮ One and only admin code manages all functions plus 49 user codes using a single keypad; Door knob with lock perfect for room rentals, house keeping, offices, dormitories, storage rooms, laundry rooms, bedrooms, and more
- Child & Teenager Proof Door Knob with Keypad ▮ Premium metallic finish and sturdy Zinc Alloy construction with enhanced security mechanism not only add privacy and



**prime**

**Prime Exclusive Deal**

☐ Add your 30-day FREE trial of Prime to buy this item for only $39.99 plus free expedited delivery.

Delivery | Pickup

🔘 **Buy new:**
**$49.99**

FREE Returns ▾

**FREE delivery Saturday, June 24**

Or fastest delivery **Wednesday, June 21**. Order within **12 hrs 37 mins**

⦿ Select delivery location

**In Stock**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Payment | Secure transaction
Ships from | Amazon
Sold by | Device X
Returns | Eligible for Return, Refund or Replacement with…
Support | Free Amazon tech support included

Details

**Add a Protection Plan:**
☐ 4-Year Protection for $8.99
☐ 3-Year Protection for $6.99

☐ Add a gift receipt for easy returns

protection to your personal space, but also keep your kids away from temptations; Sweat & weatherproof design ensures durability under wet hand-usage and exposure to the outdoors

- Easy 4-Step Installation Completed in 5 Minutes by 1 Person  Fits most interior doors with standard backsets from 2⅜ inches up to 2¾ inches, and door thickness up to 2.5 inches; Uses 4 x AA batteries from a single brand
- Programmable Door Knob with Keypad  Disguise your passcode in up to 20 digits when someone is around; Lock immediately by pressing '✓', or let Sequra 'Auto-Lock' after 5 seconds; Turn on 'Passage Mode' to leave Sequra unlocked for your convenience; Turn on 'Silent Mode' if you don't want others to hear any audible feedback
- Exceptional Battery Life  Built-in low-power consumption technology provides up to 2 years battery life, depending on actual usage and quality of the batteries; Low power warning reminds you to promptly change the batteries; In the event of complete battery outage, gain immediate power supply from a power bank through the Type-C port located at the bottom, or use the backup keys

› See more product details

## Additional Details

 **Verified by Transparency**
Each item has a unique code that we verify before shipping. Learn more

## Customer ratings by feature

| | | |
|---|---|---|
| Durability |  | 4.9 |
| Sturdiness | | 4.8 |
| Easy to install | | 4.7 |
| Lock Feature | | 4.6 |

See all reviews

📝 Report incorrect product information.

## There is a newer model of this item:

HOLOMARQ Fingerprint Door Knob with Keypad Lock Biometric Keyless Door Knob,Combination Door Knob 4 AA Alkaline Batteries, for Bedroom Office Interior Door Sequra H2 (Glossy Silver)
$69.99
⭐⭐⭐⭐⭐ (21)
In Stock.

Sponsored ⓘ

**Save with Used - Like New**
$39.59
FREE delivery: **Monday, June 26**
Ships from: Amazon
Sold by: Amazon Warehouse

Add to List

New & Used (2) from
$39.59 & FREE Shipping.

Have one to sell? Sell on Amazon

GeekTale Fingerprint Door Lock…
⭐⭐⭐⭐½ 246
$69.99 ✓prime
Save 10% with coupon

Sponsored ⓘ

## Buy it with

 +  + 

Total price: **$149.02**

**Add all three to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Loc…

Amazon Basics Square Door Hinges, Steel, 3.5 Inch x 3.5 Inch, 12 Pack, Oil Rubbed Bronze

Copper Creek CK2030BC-6 Colonial Door Knob, Privacy Function, 6 Pack, in Black

$49⁹⁹              $30⁴³ ($3.54/Count)        $68⁶⁰ ($11.43/Count)

## Discover similar items

✓prime    ★★★ & Up    Price: $25 - $50                                  More Filters



★★★★½ 164          ★★★★ 148          ★★★★½ 24          ★★★★ 97          ★★★★½ 50          ★★★★½ 1,108          ★★★★ 166

$40⁰¹ List: $51.99     **Limited time deal**     $52⁴⁵     $39⁹⁰     **Limited time deal**     **Limited time deal**     $39⁹⁰
                       $18⁴⁷ List: $25.85 ✓prime                        $59⁹⁹ Typical: $74.99     $39⁹⁹ List: $69.99

See more like this     See more like this     See more like this     See more like this     See more like this     See more like this     See more like this

★★★★½ 2,448     ★★★★★ 4     ★★★★ 33     ★★★★☆ 169     ★★★★★ 18

$54⁹⁸ List: $69.99     $31³⁴     $38⁹⁰     $25⁹⁹     $41⁹⁰ List: $45.00

See more like this     See more like this     See more like this     See more like this     See more like this

Show more

## Based on your recent views

Sponsored ⓘ



| Keypad Door Knob Lock, Keyless Entry Door Lock with Anti-Slip Handle, Auto Lock, Wa... | HOLOMARQ Fingerprint Door Knob with Keypad Lock Biometric Keyless Entry Door Knob,Combina... | Smart Keypad Door Knob with Passage Mode, Keyless Entry Door Lock, Smart Door... | Double Sided Keypad Door Knob with Dual Cylinders and Key Alike, iuknob Keyless Ent... | BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, A... | GeekTale Smart Knob with Keyp... Smart Door Loc... Fingerprint Doo... |
|---|---|---|---|---|---|
| ★★★★½ 701 | ★★★★★ 21 | ★★★★ 37 | ★★★★★ 20 | ★★★★½ 2,448 | ★★★★☆ 1,4... |
| Amazon's Choice in Door Knobs | $69.99 ✓prime | $59.99 ✓prime | $119.99 ✓prime | $54.98 ✓prime | #1 Best Seller |
| $39.90 ✓prime | Save 5% with coupon | | | | $129.99 ✓pri... |
| | | | | | Save $30.00 with c... |

# Product Description

**Q1. The TOP 5 benefits you get from Sequra:**

**1.** Finally, you can leave your keys behind. Simply unlock Sequra by keying in your personal codes. It will auto-lock in 5 seconds.

**2.** Low-power technology provides up to 2 years battery life, reducing battery cost compared to other similar products.

**3.** Sturdy Zinc Alloy structure and pick-resistance design provides next level security.

**4.** Assign different codes to different users for different purposes while you are the only master.

**5.** Simple 4-Step installation only takes only around 5 minutes and a Philips screwdriver.

**Q2. Is Sequra a smart door knob?**

Sequra (H1) is an electronic door knob. However, Sequra Smart (HK1), the world's first **Thread-enabled Apple Home** smart door knob is coming soon.

**Q3. Why do we need to change the admin code immediately after installation is completed?**

The default admin code is made simple for initial testing only. Make sure you change it as soon as you have successfully installed Sequra.

## Compare with similar items

| | This item HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Digital Coded Door Knob Sequra (Glossy Silver) | zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob 5s Auto-Lock for Bedroom Apartment Garage Office Security Space Gray | BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, Auto Lock,50 User Code,Easy to Install,for Home,Office,Hotel,Bedroom,Garage,No Deadbolt | SoHoMiLL ® Electronic Keypad Door Knob and Lock Set with Backup Mechanical Key (Spring Latch Lock; Not Deadbolt; Not Phone Connected), Single Front keypad YL 99 Upgraded Model-B |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★☆ (380) | ★★★★☆ (1108) | ★★★★☆ (2448) | ★★★★☆ (2552) |
| **Price** | $49⁹⁹ | $39⁹⁹ | $54⁹⁸ | $39²² |
| **Shipping** | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| **Sold By** | Device X | DreaMall | PROYJ | SoHoMiLL® |
| **Color** | Silver(Glossy) | Space Gray | Satin Nickel | Satin Nickel |
| **Finish Type** | Painted | — | Satin Nickel | satin |
| **Item Dimensions** | 3 x 2.5 x 2.5 inches | 7.3 x 3 x 3 inches | 8.07 x 4.53 x 4.53 inches | 7.87 x 1.97 x 0.04 inches |

## Product information

### Technical Details

| | |
|---|---|
| Material | Zinc Alloy |
| Brand | HOLOMARQ |
| Color | Silver(Glossy) |
| Product Dimensions | 3"L x 2.5"W |
| Number of Pieces | 2 |
| Exterior Finish | Zinc |
| Special Feature | 5 Silent Mode and Passage Mode enabled, 2 Childproof door knob, 3 1 Admin + 49 Users, 1 Combination door knob, 4 Easy to install and program |
| Age Range (Description) | Adult |
| Included Components | 3 2 backup keys, 5 Door marking template, 1 SEQURA electronic door knob set, 4 Functions guide and User manual, 2 Mounting hardware kit |
| Lock Type | Combination Lock, Keypad Lock |
| Metal Type | Zinc Alloy |
| Handle Material | Zinc |
| Hand Orientation | Ambidextrous |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| Manufacturer | HOLOMARQ |
| Item Weight | 2.45 pounds |
| Item model number | H1 |
| Finish | Painted |
| Special Features | 5 Silent Mode and Passage Mode enabled, 2 Childproof door knob, 3 1 Admin + 49 Users, 1 Combination door knob, 4 Easy to install and program |
| Batteries Included? | No |
| Batteries Required? | Yes |

### Additional Information

| | |
|---|---|
| ASIN | B0BW8LCSJ1 |
| Customer Reviews | 4.6 ★★★★½ ▾   380 ratings<br>4.6 out of 5 stars |
| Best Sellers Rank | #6,741 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#40 in Door Knobs |
| Date First Available | April 20, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here.

### Feedback

Would you like to tell us about a lower price? ⌄

# Videos

## Videos for this product


6:08
**How to Install HOLOMARQ Door Knob with Keypad Lock**
Dragon Blogger Tech and Entertain…


0:21
**What to Know About HOLOMARQ Combination…**
Dragon Blogger Tech and Entertain…


0:35
**HOLOMARQ H1 Sequra Installation Guide**
Device X

Upload your video

---

## Products related to this item

Sponsored ⓘ


Mega Handles Privacy I Door Knob for Hallway, Closet and Bathroom I Reversible Heav…
★★★★☆ 15
$49.99 ✓prime


Zowill Keyless Entry Door Lock, Electronic Keypad Deadbolts with Knob Handle, Auto-…
★★★★☆ 75
$79.99 ✓prime
🌱 Climate Pledge Friendly


MiLocks TKK-02OB Digital Door Knob Handle Lock with Electronic Keypad…
★★★★☆ 2,869
$49.99 ✓prime


TEEHO Keyless Entry Door Locks with Keypads - Deadbolt Smart Lock - Front Door Lock…
★★★★★ 6
**#1 New Release**
$99.99 ✓prime


Veise Keyless Entry Door Lock with 2 Lever Handles - Keypad Door Lock with Handle, …
★★★★☆ 765
**Amazon's Choice** in Deadbolts
**Limited time deal**
$71.99 ✓prime
List: $139.99 (49% off)
🌱 Climate Pledge Friendly


Chumia 15 Pack Knob with Lock Bedroom Door Handle Interior…
★★★☆☆ 5
$76.99 ✓prime

---


MILOCKS

**Try Our Top Pick for Keyless Entry Door Locks**



**MiLocks TKK-02AQ Digital Door Knob Handle Lock with Electronic Keypad - Keyless Entry Smart Door…**
★★★★☆ 2,869
$49.⁹⁹ ✓prime

Sponsored ⓘ

Sponsored



zomnua
Shop the Store on Amazon ›

GeekTale
Shop the Store on Amazon ›

hornbill
Shop the Store on Amazon ›

Keyless Entry Door Lock, Zomnua Fingerprint Lever Lock Deadbolt…
⭐ 311
$99.99

GeekTale Smart Door knob, Fingerprint Smart Biometric Door Lock with App…
⭐ 1,433
$69.99

Fingerprint D Keyless Entry
⭐
$129.99

## Looking for specific info?

See questions and answers ›

## Customer reviews

⭐⭐⭐⭐½   4.6 out of 5

380 global ratings

| | | |
|---|---|---|
| 5 star | | 79% |
| 4 star | | 11% |
| 3 star | | 5% |
| 2 star | | 2% |
| 1 star | | 3% |

⌄ How customer reviews and ratings work

## Reviews with images



See all customer images


Top reviews ⌄

## Top reviews from the United States

⚪ sunshine

⭐⭐⭐⭐⭐   **I like the idea**

Reviewed in the United States on May 17, 2023

Color: Matte Black   |   **Verified Purchase**

I like the idea and I like that it has a key option but wouldn't purchase this brand again. It installed really easy I don't know maybe it's been about three or four months and it's already not opening when you punch in the code you have to enter the code three to five times for it to finally catch an open. I called this text support and got basic support they just told me to change the batteries I had already did that then they told me to reset it I haven't done that yet we'll see if it helps but I don't want to be resetting this thing every 3 months or 6 months.



One person found this helpful

Helpful    Report

Sponsored ⓘ

Veronica A

★★★★★ **was able to install it quickly**
Reviewed in the United States on June 16, 2023
Color: Silver(Glossy)    Verified Purchase

Within 30 min it was up and running. Had a bit of an issue with the lock not closing but it my mistake putting the latch upside down. troubleshooting with the team and they are very responsive and helpful.

Helpful    Report

Joe

★★★★★ **Good lock**
Reviewed in the United States on June 5, 2023
Color: Matte Black    Verified Purchase

We got these to control kid access to our garage. Great interior door lock, can program multiple user codes. The "passthrough" mode is easily accessed for those times you want the lock to stay unlocked for everyone. Looking to buy a second one for our bedroom.

Helpful    Report

Jasmine Good

★★★★★ **Works well!**
Reviewed in the United States on June 10, 2023
Color: Silver(Glossy)    Verified Purchase

The instructions were very easy to follow. This was my first time installing a lock and took me less than 15 min! Its not too loud and keeps the kids out.

Helpful    Report

Serguei Toporkov

★★★★★ **Door Knob with keypad**
Reviewed in the United States on June 15, 2023
Color: Space Grey    Verified Purchase

Ordered it to secure the HVAC room and keep my kids out of it, works perfect! Very easy to install, highly recommend!

Helpful    Report

Kristen Morrisett

★★★★★ **Buy this!**
Reviewed in the United States on April 27, 2023
Color: Matte Black    Verified Purchase

I installed this on my HUSBAND'S office door. We wanted a room where we could put valuables and other things during renovations when we'll have a bunch of people in and out of the house. I was so excited, I installed it the day it came. I had to chisel a little bit in the door jam, but I just used a putty knife that I had handy. The knob assembly fit the hole already in my door since I was replacing an existing doorknob, I didn't have to really do anything else. You'll need 4 AA batteries but that's about it. The code was easy to set. My husband was impressed :) We highly recommend!

One person found this helpful

Helpful    Report

Kit

★★★★★ **Good lock**
Reviewed in the United States on May 26, 2023
Color: Matte Black    Verified Purchase

Good lock, I haven't used the PIN option yet, but just using the key is fine. They include two keys too. I'll update the review once I get some batteries in it and try the PIN.

Helpful | Report



Megan

★★★★★ **Great Product**

Reviewed in the United States on June 10, 2023

Color: Matte Black    **Verified Purchase**

These lock are very easy to install and program. I would highly recommend them.

Helpful | Report

**See all reviews ›**



**GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart…**

$69⁹⁹ ✓prime

~~Save 30%~~ **with coupon**

Sponsored ⓘ



Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

amazon

⊕ English    United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music**<br>Stream millions<br>of songs | **Amazon<br>Advertising**<br>Find, attract, and<br>engage customers | **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Books, art<br>& collectibles | **ACX**<br>Audiobook<br>Publishing<br>Made Easy | **Sell on Amazon**<br>Start a Selling<br>Account |
| **Amazon Business**<br>Everything For<br>Your Business | **Amazon Fresh**<br>Groceries & More<br>Right To Your<br>Door | **AmazonGlobal**<br>Ship Orders<br>Internationally | **Home Services**<br>Experienced Pros<br>Happiness Guarantee | **Amazon Ignite**<br>Sell your original<br>Digital Educational<br>Resources | **Amazon Web<br>Services**<br>Scalable Cloud<br>Computing<br>Services |
| **Audible**<br>Listen to Books &<br>Original<br>Audio Performances | **Book Depository**<br>Books With Free<br>Delivery<br>Worldwide | **Box Office Mojo**<br>Find Movie<br>Box Office Data | **ComiXology**<br>Thousands of<br>Digital Comics | **DPReview**<br>Digital<br>Photography | **Fabric**<br>Sewing, Quilting<br>& Knitting |
| **Goodreads**<br>Book reviews<br>& recommendations | **IMDb**<br>Movies, TV<br>& Celebrities | **IMDbPro**<br>Get Info<br>Entertainment<br>Professionals Need | **Kindle Direct Publishing**<br>Indie Digital & Print Publishing<br>Made Easy | **Amazon Photos**<br>Unlimited Photo<br>Storage<br>Free With Prime | **Prime Video Direct**<br>Video Distribution<br>Made Easy |
| **Shopbop**<br>Designer<br>Fashion Brands | **Amazon<br>Warehouse**<br>Great Deals on<br>Quality Used<br>Products | **Whole Foods Market**<br>America's Healthiest<br>Grocery Store | **Woot!**<br>Deals and<br>Shenanigans | **Zappos**<br>Shoes &<br>Clothing | **Ring**<br>Smart Home<br>Security Systems |
| **eero WiFi**<br>Stream 4K Video<br>in Every Room | **Blink**<br>Smart Security<br>for Every Home | **Neighbors App**<br>Real-Time Crime<br>& Safety Alerts | **Amazon Subscription Boxes**<br>Top subscription boxes – right to<br>your door | **PillPack**<br>Pharmacy Simplified | **Amazon Renewed**<br>Like-new products<br>you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



## Customers who viewed this item also viewed

Sponsored ⓘ



GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart Lock Fingerprint Door knob
★★★★½ 246
$69⁹⁹

GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart Lock Fingerprint Door knob
★★★★ 1,433
$69⁹⁹

HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries
★★★★½ 380
$49⁹⁹

Tools & Home Improvement › Hardware › Door Hardware & Locks › Door Knobs

       

2 VIDEOS

Roll over image to zoom in

## HOLOMARQ Fingerprint Door Knob with Keypad Lock Biometric Keyless Door Knob,Combination Door Knob 4 AA Alkaline Batteries, for Bedroom Office Interior Door Sequra H2 (Glossy Silver)

Visit the HOLOMARQ Store

5.0 ★★★★★ ⌄    21 ratings

**-22%** $69⁹⁹
List Price: $89.99 ⓘ

FREE Returns ⌄
Join Prime to buy this item at $59.49


Coupon: ☐ Apply 5% coupon   Shop items › | Terms

Get $60 off instantly: Pay $9.99 upon approval for Amazon Visa. No annual fee.

Color: **Glossy Silver**

 $69.99     $69.99    $69.99

| Brand | HOLOMARQ |
|---|---|
| Color | Glossy Silver |
| Product Dimensions | 3"L x 2.5"W |
| Number of Pieces | 2 |
| Exterior Finish | Silver |



| 🔲 Handle Type Knob | △ Shape Rounded Square |
|---|---|
| ⋰ Finish Type Painted | ▨ Metal Type Zinc Alloy |

## About this item

- 0.25s Biometric Fingerprint Access ▮ The 3-in-1 Combination Door Knob has an advanced fingerprint sensor that takes your door security to the next level, with minimal False Rejection Rates, that can be continuously self-improved over time through its built-in intelligent learning capabilities
- The Ultimate Keyless Solution for Your Peace of Mind ▮ One and only admin code manages all functions, with 100 fingerprints and 49 user codes using a single keypad. Perfect option/gift for room rentals (Airbnb locations), housekeeping,



**prime**
Prime Exclusive Deal

☐ Add your 30-day FREE trial of Prime to buy this item for only $59.49 plus free expedited delivery.

---

Delivery    Pickup

$69⁹⁹

FREE Returns ⌄

FREE delivery **Saturday, June 24**

Or fastest delivery **Wednesday, June 21**. Order within 12 hrs 31 mins

◉ Select delivery location

**In Stock**

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Device X |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Support | Free Amazon tech support included |

**Add a Protection Plan:**
☐ 4-Year Protection for $11.99
☐ 3-Year Protection for $8.99

☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell? Sell on Amazon

offices, dormitories, storage rooms, laundry rooms, bedrooms, and general upgrades; Comes with a 30-day money-back guarantee, free replacement within 1 year, and lifetime 24/7 customer service (email/online/phone)

- Programmable Fingerprint Door Knob with Keypad 🟧 Disguise your passcode using up to 20 digits to deter snoopers. Lock immediately by pressing '✓', or let Sequra 'Auto-Lock' after 5 seconds. Turn on 'Passage Mode' to leave Sequra unlocked for your convenience. Turn on 'Silent Mode' if you don't want others to hear any audible feedback
- Robust and Child/Teenager Proof 🟧 Premium metallic finish and sturdy Zinc Alloy construction with enhanced security mechanism adds enhanced privacy to your space and protection of your personal assets, keeping your kids or bad guys out. Sweat & weatherproof design ensures durability under wet hand usage and exposure to the outdoors
- Simple 4-Step Installation Completed in 5 Minutes by 1 Person 🟧 Fits most interior doors with standard backsets from 2⅜ inches up to 2¾ inches, and door thicknesses of up to 2.5 inches. Using top quality 4 x AA batteries from a single brand could provide up to 2 years of battery life; In the event of complete battery outage, gain immediate emergency power with the use of a power bank connected to the USB-C port located on the underside, or with the included backup keys



**iuknob Fingerprint Door Knob wit…**
⭐⭐⭐⭐⭒ 50
$74⁹⁹ ✓prime
Save 5% with coupon

Sponsored ⓘ

› See more product details

🖶 Report incorrect product information.



LANITI Commercial Door Handle Hardware Classroom Door Lock Function Keyed Lever Style Handle Brushe…
⭐⭐⭐⭐⭒ 20
$89⁹⁹ ✓prime

Sponsored ⓘ

## Buy it with



**This item:** HOLOMARQ Fingerprint Door Knob with Keypad Lock Biometric Keyless…
$69⁹⁹

+

GeekTale Smart Door knob, Fingerprint Smart Biometric Door Lock with App Control, Great for…
$69⁹⁹

+

TEEHO TE002 Fingerprint Door Lock - Keyless Entry Door Lock with Keypad - Electronic Deadb…
$69⁹⁹

Total price: $209.97

[ Add all three to Cart ]

ⓘ These items are shipped from and sold by different sellers. Show details

## Discover similar items

✓prime  ⭐⭐⭐ & Up   Price: $50 - $100                                        More Filters

| ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |

⭐⭐⭐⭐⭒ 164 | ⭐⭐⭐⭐⭒ 50 | ⭐⭐⭐⭐⭒ 97 | ⭐⭐⭐⭐⭒ 246 | ⭐⭐⭐⭐⭒ 83 | ⭐⭐⭐⭐⭒ 33 | ⭐⭐⭐⭐⭒ 11
$40⁰¹ List: $51.99 | **Limited time deal** $59⁹⁹ Typical: $74.99 | $39⁹⁰ | $79⁹⁰ List: $99.90 | $42⁹⁰ | $38⁹⁰ | $90⁹⁹

| See more like this | See more like this | See more like this | See more like this | See more like this | See more like this | See more like this |



★★★★★ 4
$31³⁴
See more like this

★★★★½ 1,108
**Limited time deal**
$39⁹⁹ List: $69.99
See more like this

★★★★½ 101
$69⁹⁹
See more like this

★★★★☆ 166
$39⁹⁰
See more like this

★★★★★ 18
$41⁹⁰ List: $45.00
See more like this

Show more

## Based on your recent views

Sponsored ⓘ



Fingerprint Entry Door Lock, Biometric Door knob, Combination Door Handle, 255 User...
★★★★☆ 2
$69.90 ✓prime
Save 10% with coupon

WAH YUE HING Fingerprint Door Knob, Smart Biometric Fingerprint Door Lock...
$65.99 ✓prime
Save 15% with coupon

Yszbiay Fingerprint Lock Biometric Safe Deadbolt with Handle Electronic Door Knob w...
$32.99 ✓prime

Yszbiay Fingerprint Door Lock Bedroom Door Lock Biometric Door Lock Keyless Electro...
★★★★★ 1
$36.99 ✓prime

iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip...
★★★★½ 454
**Amazon's Choice** in Door Knobs
$49.99 ✓prime

IRONZON Finge Door Lock Biom Door Lock Sma Knob Gate Lock
★★★★½ 3
$39.99 ✓prim

## Product Description

Sequra H2, the advanced fingerprint keypad door knob for modern homeowners. Program up to 100 fingerprints and 50 pin codes for quick, keyless entry. Sleek, sturdy, and splash-resistant, with up to 2-year battery life. Enjoy true peace of mind with reliable biometric security!

**Keypad Completes the Access Higher Capacity Using 4*AA**

**Quickly Unlock the Door with Self-Learning Fingerprint Recognition**



## Compare with similar items

| | This item HOLOMARQ Fingerprint Door Knob with Keypad Lock Biometric Keyless Door Knob,Combination Door Knob 4 AA Alkaline Batteries, for Bedroom Office Interior Door Sequra H2 (Glossy Silver) | GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart Lock Fingerprint Door knob with App Control, Great for Bedrooms,Cloakroom,Apartments Offices,Hotels | GeekTale Smart Door knob, Fingerprint Door Lock Smart Lock Biometric Door Lock Fingerprint Door knob with App Control, Great for Bedrooms,Cloakroom,Apartments Offices,Hotels, Satin Nickel | MiLocks TKK-02SN Tkk-Sn Digital Door Knob Lock with Electronic Keypad for Interior Doors, Satin Nickel |
|---|---|---|---|---|
| | | #1 Best Seller ◄ | #1 Best Seller ◄ | |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★★ (21) | ★★★★☆ (1433) | ★★★★½ (246) | ★★★★☆ (5614) |
| **Price** | $69⁹⁹ | $69⁹⁹ | $69⁹⁹ | $41⁸² |
| **Sold By** | Device X | YULANG LLC | YULANG LLC | MiProducts Corp |
| **Color** | Glossy Silver | Satin Nickel | Satin Nickel | Satin Nickel |
| **Finish Type** | Painted | — | Polished | Satin |
| **Item Dimensions** | 3 x 2.5 x 2.5 inches | 6.29 x 2.99 x 2.99 inches | 6.28 x 2.99 x 2.99 inches | 10 x 5 x 5 inches |

## Product information

### Technical Details

| Brand | HOLOMARQ |
|---|---|
| Color | Glossy Silver |
| Product Dimensions | 3"L x 2.5"W |
| Number of Pieces | 2 |
| Exterior Finish | Silver |
| Special Feature | Keyless |
| Age Range (Description) | Adult |
| Included Components | 3 2 backup keys, 5 Door marking template, 1 Sequra H2 fingerprint door knob set, 4 |

### Additional Information

| ASIN | B0BX8R387C |
|---|---|
| Customer Reviews | 5.0 ★★★★★ ▾    21 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #7,809 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#47 in Door Knobs |
| Date First Available | March 2, 2023 |

### Warranty & Support

**Amazon.com Return Policy: Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery

| | Functions guide and User manual, 2 Mounting hardware kit |
|---|---|
| Lock Type | Cylindrical Deadlocking Latchbolt, Fingerpint lock, Combination Lock, Keypad Lock |
| Handle Material | Zinc |
| Hand Orientation | Ambidextrous |
| Package Type | Standard Packaging |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| Manufacturer | HOLOMARQ |
| Part Number | H2 |
| Item Weight | 2.49 pounds |
| Country of Origin | China |
| Item model number | H2 |
| Finish | Painted |
| Item Package Quantity | 1 |
| Special Features | Keyless |
| Batteries Included? | No |
| Batteries Required? | Yes |

of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?**

# Videos

## Videos for this product


HOLOMARQ Sequra H2 Installation Video
Device X
5:00


HOLOMARQ Sequra H2 Functions and Features
Device X
4:24

## Videos for related products


HOLOMARQ H1 Sequra Installation Guide
Device X
0:35

Upload your video

# Products related to this item

Sponsored



iuknob Fingerprint Door Knob with Keypad and Key,Smart Biometric Digital Lock with …
⭐ 50
$74.99 ✓prime

Smart Door Handle Lock with Keypad: Yamiry Fingerprint Lock - Keyless Entry Door Lo…
$79.99 ✓prime

GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart Lock Fing…
⭐ 246
#1 Best Seller
$69.99 ✓prime

MILLIONHOME Fingerprint Door Lock Door Knob with Keypad Keyless Entry Door…
⭐ 771
$69.99 ✓prime

Smart Lock Fingerprint Door Lock Smart Door Lock Fingerprint Door Knob with keypad …
⭐ 15
$107.99 ✓prime

Fingerprint Doc Smart Code bio Door Lock, wit passcode keypa
⭐ 36
Amazon's Choic
Deadbolts
$69.99 ✓prim



LANITI Commercial Door Handle Hardware Classroom Door Lock Function Keyed Lever Style Handle…
⭐ 20
$89.99 ✓prime

Sponsored

Sponsored

zomnua
Shop the Store on Amazon ›

Sifely
Shop the Store on Amazon ›

hornbill
Shop the Store on Amazon ›



Keyless Entry Door Lock, Zomnua Fingerprint Lever Lock Deadbolt…
⭐ 311
$99.99

Sifely Keyless Entry Door Lock, Keypad Door Lock, Keyless Door Lock, Fingerpri…
⭐ 5,855
$99.99 List: $129.99

Fingerprint D Hornbill Sma
⭐
$139.99 Lis

## Looking for specific info?

See questions and answers ›

## Customer reviews

⭐⭐⭐⭐⭐ 5 out of 5

21 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How customer reviews and ratings work



Sponsored ⓘ

### Reviews with images



Old model H1

See all customer images

Top reviews ˅

## Top reviews from the United States

One Trashy Lady

⭐⭐⭐⭐⭐ **Works well**

Reviewed in the United States on June 15, 2023

Color: Space Grey | Verified Purchase

This is the first time I've used a lock like this. I took a risk as this product didn't have many reviews. Sometimes you don't know if the reviews are fake, especially for something that doesn't have many reviews. However, I decided to give it a try.

The box and opening the box was exciting. Everything was there. The instruction manual is pretty good. The installation is simple but I've replaced door knobs before. The part that is a little confusing is the new knob comes fully assembled. The instructions seem to act like it isn't when it refers to individual parts. You actually just take the screws out and pull the knob apart first. When you're pulling it apart you'll notice a little wire which will throw you off. Don't worry, continue to separate the knobs and let the wire pull all the way through, just be careful with the wire. Most likely you're replacing an existing knob. If so, this is really simple. I pulled the old on out and put this one in only a few minutes.

Turning it on testing it and using it was great. The instructions seem to fade out on the fingerprint portion, but if you flip a few pages you'll find it (page 18). Basically you put in the admin code + 3 and then put

˅ Read more

Helpful | Report

Jabbar

⭐⭐⭐⭐⭐ **Very easy to install**

Reviewed in the United States on June 8, 2023

Color: Black(Matte) | Verified Purchase

The door lock quality performs well and very functional.

I just follow their YouTube instruction to install the lock and took me less 10 minutes to complete the task.

Also setting up the fingerprint function is way too easy than iPhone!

You won't regret to get this!

Easy, useful and powerful!

Helpful | Report

Jade S.

⭐⭐⭐⭐⭐ **Love this lock**

Reviewed in the United States on June 16, 2023

Color: Space Grey     Verified Purchase

Easy to install. Really secure lock. Was extremely easy to program not with fingerprints and code.

Helpful     Report

Nguyen Nguyen

★★★★★ **Get the room locked more easily!**

Reviewed in the United States on June 3, 2023

Color: Black(Matte)     Verified Purchase



I have bought the last version of this product- the old model Sequra H1. I've used it for a year and very satisfied with it.

That's why I bought this one for the better function.

The installation was very easy and it worked both ways of the door ( it doesn't matter you open your door to left or right).

I added some pictures about how it looks and how I install it. The video is about the fingerprint function after I set it up. It took less than half a second to unlock.

The last version I used almost a year without changing the battery. I think this one is so.

I recommend this product!!!

Helpful     Report

Dang Duong

★★★★★ **Very Nice quality electric door knob**

Reviewed in the United States on June 6, 2023

Color: Black(Matte)     Verified Purchase

Just bought this and install was a breeze, the instructions were super easy. Set up passcode and fingerprint for me and my wife. Very solid door knob and doesn't feel cheap.

Helpful     Report

William Burton     VINE VOICE

★★★★★ **Great door knob!**

Reviewed in the United States on May 28, 2023

Color: Black(Matte)     Vine Customer Review of Free Product ( What's this? )

Having recently installed the HOLOMARQ Fingerprint Door Knob Lock in my home, I am thrilled to share my experience with this exceptional security device. This state-of-the-art lock not only provides unbeatable security but also offers unparalleled convenience. From its accurate scanner to its emergency power feature, the HOLOMARQ Fingerprint Door Knob Lock has exceeded my expectations in every way. Here's why I highly recommend it:

1. Accurate Scanner: The fingerprint scanner on the HOLOMARQ lock is incredibly accurate, ensuring swift and hassle-free access to your property. The advanced biometric technology consistently recognizes authorized fingerprints, providing a seamless unlocking experience every time. This feature eliminates the need for traditional keys or remembering passcodes, making it incredibly convenient for both residents and guests.

2. Easy Programming: Programming the HOLOMARQ lock is a breeze. With its user-friendly interface,

∨ Read more

One person found this helpful

| Helpful | Report |

See all reviews ›



Try Our Top Pick for Keyless Entry Door Locks
★★★★☆ 2,869
$49⁹⁹ ✓prime

Sponsored ⓘ



| Audible<br>Listen to Books &<br>Original<br>Audio Performances | Book Depository<br>Books With Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy |
| Shopbop<br>Designer<br>Fashion Brands | Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems |
| eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to<br>your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products<br>you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



## Customers who viewed this item also viewed

Sponsored ⓘ



**iuknob Fingerprint Door Knob with Keypad and Key, Smart Biometric Digital Lock with Voice Navigation**
★★★★☆ 50
$59.99



**GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Fingerprint Door knob**
★★★★☆ 246
$69.99



**HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries**
★★★★☆ 380
$49.99

Tools & Home Improvement › Hardware › Door Hardware & Locks › Door Knobs



Roll over image to zoom in

       

4 VIDEOS

# HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Door Knob, Smart Door Knob, 4 AA Batteries, for Bedroom Office Interior Door Sequra H2 Matte Black

Visit the HOLOMARQ Store

5.0 ★★★★★  ∨ | 21 ratings

**Amazon's Choice** in Door Knobs by HOLOMARQ

-22% $69.99

List Price: $89.99 ⓘ

FREE Returns ∨

Join Prime to buy this item at $59.49

**Coupon:** ☐ Apply 5% coupon   Shop items › | Terms

Pay **$11.67/month for 6 months** (plus S&H, tax) with 0% interest equal monthly payments when you're approved for an Amazon Store Card.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color: **Black(Matte)**

| $69.99 | $69.99 | $69.99 |

| | |
|---|---|
| **Material** | Zinc Alloy |
| **Brand** | HOLOMARQ |
| **Color** | Black(Matte) |
| **Product Dimensions** | 3"L x 2.5"W |
| **Number of Pieces** | 2 |

| | | | |
|---|---|---|---|
| **Handle Type** Knob | | **Shape** Rounded Square | |
| **Finish Type** Powder Coated | | **Metal Type** Zinc Alloy | |

### About this item

- 0.25s Biometric Fingerprint Access ▌ The 3-in-1 Combination Door Knob has an advanced fingerprint sensor that takes your door security to the next level, with minimal False Rejection Rates, that can be continuously self-improved over time through its built-in intelligent learning capabilities

prime
**Prime Exclusive Deal**
☐ Add your 30-day FREE trial of Prime to buy this item for only $59.49 plus free expedited delivery.

Delivery | Pickup

$69.99

FREE Returns ∨

FREE delivery **Saturday, June 24**

Or fastest delivery **Wednesday, June 21**. Order within **12 hrs 32 mins**

⊙ Select delivery location

**In Stock**

Qty: 1 ∨

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Device X |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Support | Free Amazon tech support included |

☐ Add a gift receipt for easy returns

**Add to List**

New & Used (2) from $69.29 & FREE Shipping.

Have one to sell? Sell on Amazon

- The Ultimate Keyless Solution for Your Peace of Mind  One and only admin code manages all functions, with 100 fingerprints and 49 user codes using a single keypad. Perfect option/gift for room rentals (Airbnb locations), housekeeping, offices, dormitories, storage rooms, laundry rooms, bedrooms, and general upgrades; Comes with a 30-day money-back guarantee, free replacement within 1 year, and lifetime 24/7 customer service (email/online/phone)
- Programmable Fingerprint Door Knob with Keypad  Disguise your passcode using up to 20 digits to deter snoopers. Lock immediately by pressing '✓', or let Sequra 'Auto-Lock' after 5 seconds. Turn on 'Unlock Mode' to leave Sequra unlocked for your convenience. Turn on 'Silent Mode' if you don't want others to hear any audible feedback
- Robust and Child/Teenager Proof  Premium metallic finish and sturdy Zinc Alloy construction with enhanced security mechanism adds enhanced privacy to your space and protection of your personal assets, keeping your kids or bad guys out. Sweat & weatherproof design ensures durability under wet hand usage and exposure to the outdoors
- Simple 4-Step Installation Completed in 5 Minutes by 1 Person  Fits most interior doors with standard backsets from 2⅜ inches up to 2¾ inches, and door thicknesses of up to 2.5 inches. Using top quality 4 x AA batteries from a single brand could provide up to 2 years of battery life; In the event of complete battery outage, gain immediate emergency power with the use of a power bank connected to the USB-C port located on the underside, or with the included backup keys

› See more product details

## Additional Details

 Verified by Transparency
Each item has a unique code that we verify before shipping. Learn more

## Customer ratings by feature

| | | |
|---|---|---|
| Fingerprint reader | ★★★★★ | 5.0 |
| Easy to install | ★★★★★ | 5.0 |

See all reviews

💬 Report incorrect product information.

## There is a newer model of this item:

HOLOMARQ Smart Door Knob with Keypad HomeKit Over Thread **Requires THREAD Enabled Apple Home Hub** for Bedroom or Interior Use (Sequra HK1 Matte Black)
$89.99
★★★★☆ (1)
In Stock.

Sponsored ⓘ

## Buy it with



**This item:** HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door…
$69⁹⁹

GeekTale Smart Door knob, Fingerprint Smart Biometric Door Lock with App Control, Great for…
$69⁹⁹

TEEHO TE002 Fingerprint Door Lock – Keyless Entry Door Lock with Keypad - Electronic Deadb…
$69⁹⁹

Total price: **$209.97**

**Add all three to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

## Discover similar items

✓prime    ★★★ & Up    Price: $50 - $100    Doorknob Function: Biometric    Doorknob Function: Key & Keypad    Metal: Zinc Alloy    More Filters



★★★★½ 164
$40⁰¹ List: $51.99
See more like this

★★★★½ 50
**Limited time deal**
$59⁹⁹ Typical: $74.99
See more like this

★★★★ 97
$39⁹⁰
See more like this

★★★★☆ 246
$79⁹⁰ List: $99.90
See more like this

★★★★½ 83
$42⁹⁰
See more like this

★★★★☆ 33
$38⁹⁰
See more like this

★★★★½ 11
$90⁹⁹
See more like this

★★★★★ 4
$31³⁴
See more like this

★★★★½ 1,108
**Limited time deal**
$39⁹⁹ List: $69.99
See more like this

★★★★½ 101
$69⁹⁹
See more like this

★★★★☆ 166
$39⁹⁰
See more like this

★★★★★ 18
$41⁹⁰ List: $45.80
See more like this

Show more

## 4 stars and above

Sponsored ⓘ



GeekTale Smart Door knob, Fingerprint Smart Biometric Door Lock with App Control, G…
★★★★☆ 1,432
**#1 Best Seller**
$69.99 ✓prime
Save 15% with coupon

Sifely Keyless Entry Door Lock, Keypad Door Lock, Keyless Door Lock, Fingerprint Do…
★★★★½ 5,855
Amazon's Choice in Deadbolts
$99.99 ✓prime
Save $15.00 with coupon
♻ Climate Pledge Friendly

iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip…
★★★★½ 454
Amazon's Choice in Door Knobs
$49.99 ✓prime

iuknob Fingerprint Door Knob with Keypad and Key, Smart Biometric Digital Lock with…
★★★★½ 50
**Limited time deal**
$59.99 ✓prime
Save 8% with coupon
List: $74.99 (20% off)

Sifely Smart Lock, Keyless Entry Door Lock, Smart Door Lock with Handle, Smart Lock…
★★★★½ 1,087
$99.99 ✓prime
Save $15.00 with coupon
♻ Climate Pledge Friendly

Smart Fingerpri Knob with Key Keyless Touchsc Digital Entry D…
★★★★½ 70
$69.90 ✓prime
Save 10% with cou

## Product Description

Sequra H2, the advanced fingerprint keypad door knob for modern homeowners. Program up to 100 fingerprints and 50 pin codes for quick, keyless entry. Sleek, sturdy, and splash-resistant, with up to 2-year battery life. Enjoy true peace of mind with reliable biometric security!



## Compare with similar items



| Customer Rating | ★★★★★ (21) | ★★★★☆ (34) | ★★★★☆ (1) | ★★★★½ (2552) |
|---|---|---|---|---|
| Price | $69⁹⁹ | $69⁹⁹ | $89⁹⁹ | $39²² |
| Shipping | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| Sold By | Device X | Hiencetec | Device X | SoHoMiLL® |
| Color | Black(Matte) | Fingerprint sensor | Matte Black | Satin Nickel |
| Finish Type | Powder Coated | Non Stick | — | satin |
| Item Dimensions | 7.28 x 2.95 x 2.95 inches | 7.4 x 4.7 x 4.7 inches | — | 7.87 x 1.97 x 0.04 inches |

## Product information

### Technical Details

| Material | Zinc Alloy |
|---|---|
| Brand | HOLOMARQ |
| Color | Black(Matte) |
| Product Dimensions | 3"L x 2.5"W |
| Number of Pieces | 2 |
| Exterior Finish | Zinc |
| Special Feature | 5 Silent Mode and Unlock Mode enabled, 1 Combination door knob, 4 Easy to install and program, 3 100 fingerprints + 49 Users, 2 Fingerprint door knob |
| Age Range (Description) | Adult |
| Included Components | 3 2 backup keys, 5 Door marking template, 4 Functions guide and User manual, 2 Mounting hardware kit, 1 SEQURA H2 fingerprint door knob set |
| Lock Type | Cylindrical Deadlocking Latchbolt, Fingerpint lock, Combination Lock, Keypad Lock |
| Handle Material | Zinc |
| Hand Orientation | Ambidextrous |
| Package Type | Standard Packaging |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| Manufacturer | HOLOMARQ |
| Part Number | H2 |
| Item Weight | 2.5 pounds |
| Country of Origin | China |
| Item model number | H2 |
| Finish | Powder Coated |
| Special Features | 5 Silent Mode and Unlock Mode enabled, 1 Combination door knob, 4 Easy to install and program, 3 100 fingerprints + 49 Users, 2 Fingerprint door knob |
| Batteries Included? | No |
| Batteries Required? | Yes |

### Additional Information

| Customer Reviews | 5.0 ★★★★★ ⌄    21 ratings |
|---|---|
| | 5.0 out of 5 stars |
| Best Sellers Rank | #7,809 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #47 in Door Knobs |
| Date First Available | May 11, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here.

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

### Videos for this product



2:26

SUPER FAST Fingerprint Door Knob from HOLOMARQ - Review
✅ ModernDayTech



7:45

Holomarq keypad fingerprint door knob details and install
✅ It's The Dave Show



5:00

HOLOMARQ Sequra H2 Installation Video
Device X

Upload your video

## Products related to this item

Sponsored ⓘ



GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart Lock Fing...
⭐⭐⭐⭐ 246
#1 Best Seller
$69.99 ✓prime



Smart Fingerprint Door Lock, Geek 3-in-1 Keyless Entry Door Lock with Biometric Fin...
⭐⭐⭐⭐ 146
$79.99 ✓prime

GeekTale Smart Door knob, Fingerprint Smart Biometric Door Lock with App Control, G...
⭐⭐⭐⭐ 1,432
#1 Best Seller
$69.99 ✓prime



Fingerprint Door Lock: TEEHO TE002W Smart Lock, Built-in WiFi Keyless Entry Door Lo...
⭐⭐⭐⭐ 13
$99.99 ✓prime



iuknob Fingerprint Door Knob with Keypad and Key,Smart Biometric Digital Lock with ...
⭐⭐⭐⭐ 50
$74.99 ✓prime

[Newest Upgrade]Secust Fingerprint Doo Keyless Entry D
⭐⭐⭐⭐ 2
$69.99 ✓prim



iuknob Fingerprint Door Knob with Keypad and Key,Smart Biometric Digital Lock with Voice...
⭐⭐⭐⭐ 50
$74.⁹⁹ ✓prime
Save 8% with coupon

Sponsored ⓘ

Sponsored



zomnua
Shop the Store on Amazon ›

eufy
Shop the Store on Amazon ›

Probrico
Shop the Store on Amazon ›

Keyless Entry Door Lock, Zomnua Fingerprint Lever Lock Deadbolt…
★★★★½ 311
$99.99

eufy Security C210(E110) Smart Lock, 5-in-1 Keyless Entry Door Lock, Built-in Wi…
★★★★½ 490
$139.99

Probrico (10 Knob(Thumb…
★★★★½
$104.49

## Looking for specific info?

See questions and answers ›

## Customer reviews

★★★★★   5 out of 5

21 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Reviews with images



Old model H1

See all customer images

Top reviews ▾

### Top reviews from the United States

One Trashy Lady

★★★★★ **Works well**
Reviewed in the United States on June 15, 2023
Color: Space Grey   **Verified Purchase**

This is the first time I've used a lock like this. I took a risk as this product didn't have many reviews. Sometimes you don't know if the reviews are fake, especially for something that doesn't have many reviews. However, I decided to give it a try.

The box and opening the box was exciting. Everything was there. The instruction manual is pretty good. The installation is simple but I've replaced door knobs before. The part that is a little confusing is the new

knob comes fully assembled. The instructions seem to act like it isn't when it refers to individual parts. You actually just take the screws out and pull the knob apart first. When you're pulling it apart you'll notice a little wire which will throw you off. Don't worry, continue to separate the knobs and let the wire pull all the way through, just be careful with the wire. Most likely you're replacing an existing knob. If so, this is really simple. I pulled the old on out and put this one in only a few minutes.

Turning it on testing it and using it was great. The instructions seem to fade out on the fingerprint portion, but if you flip a few pages you'll find it (page 18). Basically you put in the admin code + 5 and then put

∨ Read more

Helpful  |  Report

Jabbar

⭐⭐⭐⭐⭐ **Very easy to install**

Reviewed in the United States on June 8, 2023

Color: Black(Matte) | Verified Purchase

The door lock quality performs well and very functional.

I just follow their YouTube instruction to install the lock and took me less 10 minutes to complete the task.

Also setting up the fingerprint function is way too easy than iPhone!

You won't regret to get this!

Easy, useful and powerful!

Helpful  |  Report

Jade S.

⭐⭐⭐⭐⭐ **Love this lock**

Reviewed in the United States on June 16, 2023

Color: Space Grey | Verified Purchase

Easy to install. Really secure lock. Was extremely easy to program not with fingerprints and code.

Helpful  |  Report

Nguyen Nguyen

⭐⭐⭐⭐⭐ **Get the room locked more easily!**

Reviewed in the United States on June 3, 2023

Color: Black(Matte) | Verified Purchase



I have bought the last version of this product- the old model Sequra H1. I've used it for a year and very satisfied with it.
That's why I bought this one for the better function.
The installation was very easy and it worked both ways of the door ( it doesn't matter you open your door to left or right).
i added some pictures about how it looks and how I install it. The video is about the fingerprint function after I set it up. It took less than half a second to unlock.
The last version I used almost a year without

changing the battery. I think this one is so.
I recommend this product!!!

Helpful  |  Report

Dang Duong

⭐⭐⭐⭐⭐ **Very Nice quality electric door knob**

Reviewed in the United States on June 6, 2023

Color: Black(Matte)  **Verified Purchase**



Just bought this and install was a breeze, the instructions were super easy. Set up passcode and fingerprint for me and my wife. Very solid door knob and doesn't feel cheap.

Helpful     Report

---

William Burton  **VINE VOICE**

⭐⭐⭐⭐⭐ **Great door knob!**

Reviewed in the United States on May 28, 2023

Color: Black(Matte)   **Vine Customer Review of Free Product** ( What's this? )

Having recently installed the HOLOMARQ Fingerprint Door Knob Lock in my home, I am thrilled to share my experience with this exceptional security device. This state-of-the-art lock not only provides unbeatable security but also offers unparalleled convenience. From its accurate scanner to its emergency power feature, the HOLOMARQ Fingerprint Door Knob Lock has exceeded my expectations in every way. Here's why I highly recommend it:

1. Accurate Scanner: The fingerprint scanner on the HOLOMARQ lock is incredibly accurate, ensuring swift and hassle-free access to your property. The advanced biometric technology consistently recognizes authorized fingerprints, providing a seamless unlocking experience every time. This feature eliminates the need for traditional keys or remembering passcodes, making it incredibly convenient for both residents and guests.

2. Easy Programming: Programming the HOLOMARQ lock is a breeze. With its user-friendly interface, setting up fingerprints and passcodes is a straightforward process. The clear instructions and intuitive

˅ Read more

One person found this helpful

Helpful     Report

---

**See all reviews ›**



MILOCKS                    **Try Our Top Pick for Keyless Entry Door Locks**
                           ⭐⭐⭐⭐☆ 2,869
                           $49⁹⁹  ✓prime

                                                    Sponsored ⓘ





Probrico    Brushed Nickel Door Handles    $142.99 ✓prime    Save 25% with coupon

## Customers who viewed this item also viewed

Sponsored ⓘ



GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart Lock Fingerprint Door knob
★★★★☆ 246
$69.99

iuknob Fingerprint Door Knob with Keypad and Key,Smart Biometric Digital Lock with Voice Navigation
★★★★☆ 50
$74.99

GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart Lock Fingerprint Door knob with
★★★★☆ 1,433
$69.99

Tools & Home Improvement › Hardware › Door Hardware & Locks › Door Knobs

### HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Door Knob, Smart Door Knob, 4 AA Batteries, for Bedroom Office Interior Door Sequra H2 Space Grey

Visit the HOLOMARQ Store
5.0 ★★★★★  21 ratings

-22% $69.99
List Price: $89.99 ⓘ

FREE Returns ⌄
Join Prime to buy this item at $59.49

       

Roll over image to zoom in

2 VIDEOS

Coupon: ☐ Apply 5% coupon  Shop items › | Terms

Pay $11.67/month for 6 months (plus S&H, tax) with 0% interest equal monthly payments when you're approved for an Amazon Store Card.

Color: Space Grey



$69.99 | $69.99 | $69.99

### Purchase options and add-ons

| Payment plans | ⌄ |
|---|---|
| $12.71/mo (6 mo) at example APR of 30% (rates from 10-30% APR) | |



| Brand | HOLOMARQ |
|---|---|
| Color | Space Grey |
| Product Dimensions | 3"L x 2.5"W |
| Number of Pieces | 2 |
| Exterior Finish | Grey |

| 🔲 Handle Type | ⚠ Shape |
|---|---|
| Knob | 🔲 Rounded Square |

### About this item

- 0.25s Biometric Fingerprint Access 🔸 The 3-in-1 Combination Door Knob has an advanced fingerprint sensor that takes your door security to the next level, with minimal



prime

**Prime Exclusive Deal**
☐ Add your 30-day FREE trial of Prime to buy this item for only $59.49 plus free expedited delivery.

$69.99

FREE Returns ⌄

FREE delivery **Saturday, June 24**

Or fastest delivery **Wednesday, June 21**. Order within 12 hrs 31 mins

◉ Select delivery location

**In Stock**

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Device X |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Support | Free Amazon tech support included |

**Add a Protection Plan:**
☐ 4-Year Protection for $11.99
☐ 3-Year Protection for $8.99

☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell? Sell on Amazon

False Rejection Rates, that can be continuously self-improved over time through its built-in intelligent learning capabilities

- The Ultimate Keyless Solution for Your Peace of Mind 🗝️ One and only admin code manages all functions, with 100 fingerprints and 50 user codes using a single keypad. Perfect option/gift for room rentals (Airbnb locations), housekeeping, offices, dormitories, storage rooms, laundry rooms, bedrooms, and general upgrades; Comes with a 30-day money-back guarantee, free replacement within 1 year, and lifetime 24/7 customer service (email/online/phone)

- The Ultimate Keyless Solution for Your Peace of Mind 🗝️ One and only admin code manages all functions, with 100 fingerprints and 50 user codes using a single keypad. Perfect option/gift for room rentals (Airbnb locations), housekeeping, offices, dormitories, storage rooms, laundry rooms, bedrooms, and general upgrades; Comes with a 30-day money-back guarantee, free replacement within 1 year, and lifetime 24/7 customer service (email/online/phone)

- The Ultimate Keyless Solution for Your Peace of Mind 🗝️ One and only admin code manages all functions, with 100 fingerprints and 50 user codes using a single keypad. Perfect option/gift for room rentals (Airbnb locations), housekeeping, offices, dormitories, storage rooms, laundry rooms, bedrooms, and general upgrades; Comes with a 30-day money-back guarantee, free replacement within 1 year, and lifetime 24/7 customer service (email/online/phone)

- Simple 4-Step Installation Completed in 5 Minutes by 1 Person 🗝️ Fits most interior doors with standard backsets from 2⅜ inches up to 2¾ inches, and door thicknesses of up to 2.5 inches. Using top quality 4 x AA batteries from a single brand could provide up to 2 years of battery life; In the event of complete battery outage, gain immediate emergency power with the use of a power bank connected to the USB-C port located on the underside, or with the included backup keys

› See more product details

Report incorrect product information.

iuknob Fingerprint Door Knob wit...
★★★★½ 50
$74.99 ✓prime
with coupon
Sponsored ⓘ

Sponsored ⓘ

## Buy it with



**This item:** HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door...
$69.99

GeekTale Smart Door knob, Fingerprint Smart Biometric Door Lock with App Control, Great for...
$69.99

TEEHO TE002 Fingerprint Door Lock - Keyless Entry Door Lock with Keypad - Electronic Deadb...
$69.99

Total price: $209.97

[ Add all three to Cart ]

ⓘ These items are shipped from and sold by different sellers.
Show details

## Discover similar items

✓prime  ★★★& Up  Price: $50 - $100    More Filters





⭐⭐⭐⭐½ 164
$40⁰¹ List: $51.99

**Limited time deal**
$59⁹⁹ Typical: $74.99

⭐⭐⭐⭐ 97
$39⁹⁰

⭐⭐⭐⭐☆ 246
$79⁹⁰ List: $99.90

⭐⭐⭐⭐½ 83
$42⁹⁰

⭐⭐⭐⭐☆ 33
$38⁹⁰

⭐⭐⭐⭐½ 11
$90⁹⁹

| See more like this | See more like this | See more like this | See more like this | See more like this | See more like this | See more like this |

   

⭐⭐⭐⭐⭐ 4
$31³⁴

**Limited time deal**
$39⁹⁹ List: $69.99

⭐⭐⭐⭐½ 101
$69⁹⁹

⭐⭐⭐⭐☆ 166
$39⁹⁰

⭐⭐⭐⭐⭐ 18
$41⁹⁰ List: $45.00

| See more like this | See more like this | See more like this | See more like this | See more like this |

| Show more |

## Based on your recent views

Sponsored ⓘ

  

HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alka...
⭐⭐⭐⭐½ 379
$49.99 ✓prime

Fingerprint Door Lock, Biometric Door knob with 4 Ways to Unlock(App...
⭐⭐⭐⭐☆ 34
$69.99 ✓prime

iuknob Fingerprint Door Knob with Keypad and Key, Smart Biometric Digital Lock with...
⭐⭐⭐⭐½ 50
**Limited time deal**
$59.99 ✓prime
**Save 8%** with coupon
List: $74.99 (20% off)

Fingerprint Door Lock Keyless Door Knob, 4 Unlocking Ways (Key/Code/Fingerprint...
⭐⭐⭐⭐☆ 2
$69.90 ✓prime
**Save 10%** with coupon

Smart Keypad Door Knob with Passage Mode, Keyless Entry Door Lock, Smart Door...
⭐⭐⭐⭐☆ 37
$59.99 ✓prime

zincker Door Kn... Keypad Lock Int Keyless Child Pr Electronic Pin C...
⭐⭐⭐⭐½ 1,
**Amazon's Choice**
Door Knobs
**Limited time dea**
$39.99 ✓prim
List: $49.99 (20%

## 4 stars and above

Sponsored ⓘ

     

HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alka...
⭐⭐⭐⭐½ 379
$49.99 ✓prime

iuknob Fingerprint Door Knob with Keypad and Key, Smart Biometric Digital Lock with...
⭐⭐⭐⭐½ 50
**Limited time deal**
$59.99 ✓prime
**Save 8%** with coupon
List: $74.99 (20% off)

GeekTale Smart Door knob, Fingerprint Smart Biometric Door Lock with App Control, G...
⭐⭐⭐⭐½ 1,432
**#1 Best Seller**
$69.99 ✓prime
**Save 15%** with coupon

iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip...
⭐⭐⭐⭐½ 454
**Amazon's Choice** in Door Knobs
$49.99 ✓prime

zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code...
⭐⭐⭐⭐½ 1,108
**Limited time deal**
$39.99 ✓prime
List: $49.99 (20% off)

IRONZON Finge Smart Door Loc App/Code/Back Key/Fingerprint...
⭐⭐⭐⭐½ 17
$69.99 ✓prim
**Save $10.00** with c

## Product Description

Sequra H2, the advanced fingerprint keypad door knob for modern homeowners. Program up to 100 fingerprints and 50 pin codes for quick, keyless entry. Sleek, sturdy, and splash-resistant, with up to 2-year battery life. Enjoy true peace of mind with reliable biometric security!



## Compare with similar items

|  | This item HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Door Knob, Smart Door Knob, 4 AA Batteries, for Bedroom Office Interior Door Sequra H2 Space Grey | iuknob Fingerprint Door Knob with Keypad and Key,Smart Biometric Digital Lock with Voice Navigation Programming,Combination Electronic Handle for Interior Doors, Entry,Bedrooms,Garage(Satin Nickel) | HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Digital Coded Door Knob Sequra Matte Black | GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart Lock Fingerprint Door knob with App Control, Great for Bedrooms,Cloakroom,Apartments Offices,Hotels #1 Best Seller |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★★ (21) | ★★★★☆ (50) | ★★★★☆ (380) | ★★★★☆ (1433) |
| Price | $69⁹⁹ | $74⁹⁹ | $49⁹⁹ | $69⁹⁹ |
| Shipping | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| Sold By | Device X | SUPMarvel | Device X | YULANG LLC |
| Color | Space Grey | Satin Nickel | Matte Black | Satin Nickel |
| Finish Type | Painted | — | Powder Coated | — |
| Item Dimensions | 3 x 2.5 x 2.5 inches | 7 x 3 x 3 inches | 3 x 2.5 x 2.5 inches | 6.29 x 2.99 x 2.99 inches |

## Product information

Technical Details                                    Additional Information

| Brand | HOLOMARQ |
| --- | --- |
| Color | Space Grey |
| Product Dimensions | 3"L x 2.5"W |
| Number of Pieces | 2 |
| Exterior Finish | Grey |
| Special Feature | Easy to Install |
| Age Range (Description) | Adult |
| Included Components | 3 2 backup keys, 5 Door marking template, 1 Sequra H2 fingerprint door knob set, 4 Functions guide and User manual, 2 Mounting hardware kit |
| Lock Type | Combination Lock, Fingerprint Lock, Keypad Lock |
| Item Weight | 2 Pounds |
| Finish Type | Painted |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| Manufacturer | HOLOMARQ |
| Part Number | H2-G |
| Item Weight | 2 pounds |
| Country of Origin | China |
| Item model number | H2 |
| Finish | Painted |
| Item Package Quantity | 1 |
| Special Features | Easy to Install |
| Batteries Included? | No |
| Batteries Required? | No |

| ASIN | B0BX8TP3CJ |
| --- | --- |
| Customer Reviews | 5.0 ★★★★★ ∨     21 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #7,809 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#47 in Door Knobs |
| Date First Available | March 2, 2023 |

## Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to tell us about a lower price?  ↗

## Videos

#### Videos for this product



5:00

HOLOMARQ Sequra H2 Installation Video
Device X



4:24

HOLOMARQ Sequra H2 Functions and Features
Device X

#### Videos for related products



1:47

HOLOMARQ Door Knob with Keypad Lock Review
☑ ModernDayTech

Upload your video

## Products related to this item

Sponsored ⓘ



iuknob Fingerprint Door Knob with Keypad and Key,Smart Biometric Digital Lock with ...

★★★★½ 50

$74.99 ✓prime

GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart Lock Fing...

★★★★½ 246

#1 Best Seller

$69.99 ✓prime

TEEHO Keyless Entry Door Lock with Handle - Electronic Keypad Deadbolt with Door Kn...

★★★★½ 215

Amazon's Choice in Deadbolts

$89.99 ✓prime

🌿 Climate Pledge Friendly

TEEHO TE002K Fingerprint Door Lock Set - Keyless Entry Door Lock with Handle...

★★★★½ 167

$129.99 ✓prime

TEEHO Keyless Entry Door Locks with Keypads - Deadbolt Smart Lock - Front Door Lock...

★★★★★ 6

#1 New Release

$99.99 ✓prime

HOLOMARQ Do with Keypad for Combination Be Door Lock 4 AA

★★★★½ 37

$49.99 ✓prim



iuknob Fingerprint Door Knob with Keypad and Key,Smart Biometric Digital Lock with Voice...

★★★★½ 50

$74.99 ✓prime

Save 8% with coupon

Sponsored ⓘ

Sponsored



zomnua
Shop the Store on Amazon ›

Keyless Entry Door Lock, Zomnua Fingerprint Lever Lock Deadbolt...

★★★★½ 311

$99.99

hornbill
Shop the Store on Amazon ›

Fingerprint Door Locks with Handle, Hornbill Smart Keyless Entry Locks with...

★★★★½ 1,269

$139.99 List: $165.99

FILTA
Shop the Store on Amazon ›

Filta Smart L Entry Door L

$109.99 Typ

## Looking for specific info?

See questions and answers ›

## Customer reviews

★★★★★ 5 out of 5

21 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

∨ How customer reviews and ratings work

Sponsored ⓘ

### Reviews with images



See all customer images



### Top reviews from the United States

One Trashy Lady

★★★★★ **Works well**

Reviewed in the United States on June 15, 2023

Color: Space Grey   Verified Purchase

This is the first time I've used a lock like this. I took a risk as this product didn't have many reviews. Sometimes you don't know if the reviews are fake, especially for something that doesn't have many reviews. However, I decided to give it a try.

The box and opening the box was exciting. Everything was there. The instruction manual is pretty good. The installation is simple but I've replaced door knobs before. The part that is a little confusing is the new knob comes fully assembled. The instructions seem to act like it isn't when it refers to individual parts. You actually just take the screws out and pull the knob apart first. When you're pulling it apart you'll notice a little wire which will throw you off. Don't worry, continue to separate the knobs and let the wire pull all the way through, just be careful with the wire. Most likely you're replacing an existing knob. If so, this is really simple. I pulled the old on out and put this one in only a few minutes.

Turning it on testing it and using it was great. The instructions seem to fade out on the fingerprint portion, but if you flip a few pages you'll find it (page 18). Basically you put in the admin code + 3 and then put

∨ Read more

[ Helpful ]   |   Report

Jabbar

★★★★★ **Very easy to install**

Reviewed in the United States on June 8, 2023

Color: Black(Matte)   Verified Purchase

The door lock quality performs well and very functional.

I just follow their YouTube instruction to install the lock and took me less 10 minutes to complete the task.

Also setting up the fingerprint function is way too easy than iPhone!

You won't regret to get this!

Easy, useful and powerful!



[ Helpful ]   |   Report

Jade S.

★★★★★ **Love this lock**

Reviewed in the United States on June 16, 2023

Color: Space Grey | Verified Purchase

Easy to install. Really secure lock. Was extremely easy to program not with fingerprints and code.

Helpful        Report

**Nguyen Nguyen**

★★★★★ **Get the room locked more easily!**

Reviewed in the United States on June 3, 2023

Color: Black(Matte) | Verified Purchase



I have bought the last version of this product-
the old model Sequra H1. I've used it for a year
and very satisfied with it.
That's why I bought this one for the better
function.
The installation was very easy and it worked
both ways of the door ( it doesn't matter you
open your door to left or right).
I added some pictures about how it looks and
how I install it. The video is about the
fingerprint function after I set it up. It took less
than half a second to unlock.
The last version I used almost a year without

changing the battery. I think this one is so.
I recommend this product!!!

Helpful        Report

**Dang Duong**

★★★★★ **Very Nice quality electric door knob**

Reviewed in the United States on June 6, 2023

Color: Black(Matte) | Verified Purchase



Just bought this and install was a breeze, the
instructions were super easy. Set up passcode
and fingerprint for me and my wife. Very solid
door knob and doesn't feel cheap.

Helpful        Report

**William Burton** VINE VOICE

★★★★★ **Great door knob!**

Reviewed in the United States on May 28, 2023

Color: Black(Matte) | **Vine Customer Review of Free Product** ( What's this? )

Having recently installed the HOLOMARQ Fingerprint Door Knob Lock in my home, I am thrilled to share
my experience with this exceptional security device. This state-of-the-art lock not only provides unbeatable
security but also offers unparalleled convenience. From its accurate scanner to its emergency power
feature, the HOLOMARQ Fingerprint Door Knob Lock has exceeded my expectations in every way. Here's
why I highly recommend it:

1. Accurate Scanner: The fingerprint scanner on the HOLOMARQ lock is incredibly accurate, ensuring swift
and hassle-free access to your property. The advanced biometric technology consistently recognizes
authorized fingerprints, providing a seamless unlocking experience every time. This feature eliminates the
need for traditional keys or remembering passcodes, making it incredibly convenient for both residents and
guests.

2. Easy Programming: Programming the HOLOMARQ lock is a breeze. With its user-friendly interface,

˅ Read more

One person found this helpful

| Helpful | Report |

**See all reviews ›**



Try Our Top Pick for Keyless Entry Door Locks
★★★★ 2,869
$49.99  ✓prime

Sponsored ⓘ



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

| 🌐 English | | 🇺🇸 United States |

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing
Services

| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric |
| Listen to Books & | Books With Free | Find Movie | Thousands of | Digital | Sewing, Quilting |
| Original | Delivery | Box Office Data | Digital Comics | Photography | & Knitting |
| Audio Performances | Worldwide | | | | |

Goodreads — Book reviews & recommendations

IMDb — Movies, TV & Celebrities

IMDbPro — Get Info Entertainment Professionals Need

Kindle Direct Publishing — Indie Digital & Print Publishing Made Easy

Amazon Photos — Unlimited Photo Storage Free With Prime

Prime Video Direct — Video Distribution Made Easy

Shopbop — Designer Fashion Brands

Amazon Warehouse — Great Deals on Quality Used Products

Whole Foods Market — America's Healthiest Grocery Store

Woot! — Deals and Shenanigans

Zappos — Shoes & Clothing

Ring — Smart Home Security Systems

eero WiFi — Stream 4K Video in Every Room

Blink — Smart Security for Every Home

Neighbors App — Real-Time Crime & Safety Alerts

Amazon Subscription Boxes — Top subscription boxes – right to your door

PillPack — Pharmacy Simplified

Amazon Renewed — Like-new products you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



Level up with **gaming gift cards**
Shop gift cards ›

## Customers who viewed this item also viewed



**HOLOMARQ Door Knob with Keypad Lock for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries**
★★★★☆ 380
$49⁹⁹



**BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, Auto Lock,50 User Code,Easy**
★★★★☆ 2,448
$54⁹⁸



**Keypad Door Knob Lock, Keyless Entry Door Lock with Anti-Slip Handle, Auto Lock, Waterproof Electronic Black**
★★★★☆ 702
$39⁹⁰

Tools & Home Improvement › Hardware › Door Hardware & Locks › Door Knobs



Roll over image to zoom in

6 VIDEOS

# zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob 5s Auto-Lock for Bedroom Apartment Garage Office Security Matte Black

Visit the zincker Store
4.4 ★★★★☆ ∨  1,108 ratings

**Deal**

**-43%** $39⁹⁹
List Price: $69.99 ⓘ

FREE Returns ∨

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color: **Black (Matte)**



| | |
|---|---|
| $39.99 | $119.99 ($40.00 / Count) |
| $39.99 | $39.99 |
| $39.99 | $39.99 |

| | |
|---|---|
| **Material** | Zinc Alloy |
| **Brand** | Zincker |
| **Color** | Black (Matte) |
| **Product Dimensions** | 7.3"L x 3"W |
| **Number of Pieces** | 2 |

| 🏛 **Style** Modern | 🔲 **Handle Type** Knob |
|---|---|
| 🔺 **Shape** Inverted droplet | ✳ **Finish Type** Matte Black |

## About this item

- STYLISH YET SECURE KEYLESS ENTRY DOOR KNOB WITH LOCK ▶ The inverted droplet shape rotary knob has a texture design optimized for long term grip comfort; The main structure, made by tested Zinc Alloy materials, delivers the robust and sturdy construction, enabling it to handle intensive day-to-day use; fit 4 x AA batteries inside, up to 2



**Delivery**    Pickup

$39⁹⁹

FREE Returns ∨

FREE delivery **Saturday, June 24**

Or fastest delivery **Tomorrow, June 20**. Order within **1 hr 13 mins**

⊕ Select delivery location

**In Stock**

Qty: 1 ∨

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | DreaMall |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Support | Free Amazon tech support included |

**Add a Protection Plan:**
☐ 4-Year Protection for $7.99
☐ 3-Year Protection for $5.99

☐ Add a gift receipt for easy returns

**Add to List**

New & Used (4) from $38³⁵ & FREE Shipping. ⟩

**Other Sellers on Amazon**

**Add to Cart**

years of battery life; Sweat & weatherproof design keeps this electronic door knob intact despite all manner of unexpected situations

- SIMPLE INSTALLATION ▶ Installation is a breeze on doors with standard backsets from 2 ⅜ inches up to 2 ¾ inches, and door thicknesses up to 2.5 inches. All you need is a Phillips screwdriver (for retrofitting) or a drill (for new doors without a cutout) to get this keypad door knob installed for your bedrooms, etc
- EASY TO PROGRAM AND CHILD-PROOF ▶ A truly convenient alternative to traditional keys. Manage 1 administrator code and up to 50 passcodes using a single keypad. Perfect door knob with lock for room rentals, house-keeping, offices, storage rooms, bedrooms, dormitory management and more, also manage your children's access to a specific room such as computer room (gaming), garage workshop or storage room, etc
- ADVANCED SAFETY ▶ By default, this door knob automatically locks 5 seconds after being opened. However, when there is a need to leave the door unlocked for a while, simply activate the Passage Mode; Turn on Silent Mode if you don't want others to hear any feedback from it; Anti-prying technology protects your code from prying eyes. You may enter up to 20 digits, including your own code, to unlock the door knob
- EMERGENCY OPTIONS ▶ Get immediate power supply to Vaulta via a power bank through its built-in Type-C port, or use either of the 2 backup keys provided in the box when it runs out of batteries. Great gift for new homes

› See more product details

$49.99
& FREE Shipping. Details
Sold by: DreaMall

Have one to sell? Sell on Amazon

## Additional Details

 Verified by Transparency
Each item has a unique code that we verify before shipping. Learn more

## Customer ratings by feature

| | | |
|---|---|---|
| Value for money | ★★★★½ | 4.6 |
| Easy to install | ★★★★½ | 4.5 |
| Sturdiness | ★★★★½ | 4.5 |
| Lock Feature | ★★★★½ | 4.4 |

See all reviews

📝 Report incorrect product information.

**Make it a bundle**
We found 2 bundles with this item:


zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob 5s…


zincker Vaulta K1 Matte Black + Champagne Gold
$79.99 $139.98
This bundle contains 2 items


zincker Zincer Vaulta K1 Matte Black + Coal Black
$79.99 $99.98
This bundle contains 2 items

## Frequently bought together



**This item:** zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door…
$39⁹⁹

Veise Fingerprint Door Lock Set, Keyless Entry Door Lock, Front Door Handle Sets, Electronic…
$149⁹⁹

Total price: **$189.98**

**Add both to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

## Discover similar items

✓prime    ★★★ & Up    Price: $25 - $50    Doorknob Function: Key & Keypad    Metal: Zinc Alloy    Lock Type: Keypad Lock    Style: Modern    More Filters



★★★★½ 14
$21⁹⁵ ✓prime
See more like this

★★★★ 148
**Limited time deal**
$18⁴⁷ List: $25.85 ✓prime
See more like this

★★★★½ 2,448
$54⁹⁸ List: $69.99
See more like this

★★★★½ 50
**Limited time deal**
$59⁹⁹ Typical: $74.99
See more like this

★★★★½ 381
$12³⁷ ✓prime
See more like this

★★★★½ 142
$11⁹⁸ List: $13.98 ✓prime
See more like this

★★★★½ 1,474
$14⁹⁹ ✓prime
See more like this

★★★★½ 600
$13⁸⁹ ✓prime
See more like this

★★★★★ 4
$31³⁴
See more like this

★★★★★ 18
$41⁹⁰ List: $45.00
See more like this

★★★★★ 21
$69⁹⁹ List: $89.99
See more like this

★★★★½ 83
$42⁹⁰
See more like this

Show more

## 4 stars and above

Sponsored ⓘ



Keypad Door Knob Lock, Keyless Entry Door Lock with Anti-Slip Handle, Auto Lock, Wa…
★★★★½ 701
**Amazon's Choice** in Door Knobs
$39.90 ✓prime

BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, A…
★★★★½ 2,448
$57.91 ✓prime

iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip…
★★★★½ 454
$49.99 ✓prime

GeekTale Smart Door knob, Fingerprint Smart Biometric Door Lock with App Control, G…
★★★★½ 1,432
**#1 Best Seller**
$69.99 ✓prime
Save 15% with coupon

iulock Code Door Lock, Electronic Door Knob with Keypad and Key, Auto Lock, Waterpr…
★★★★½ 872
$52.99 ✓prime

MiLocks TKK-02 Digital Door Kn… Handle Lock wi… Electronic Keyp…
★★★★ 2,8
$49.99 ✓prim

## Product Description

**KEYLESS ENTRY DOOR KNOB WITH LOCK AND KEY PAD**

**ELECTRONIC DOOR KNOB WITH HIGH-TECH AND AVANCED SECURITY**

**What can Vaulta's keypad do other than keying the codes?**

✓ Program user codes

✓ Modify Passage Mode/Silent Mode settings

✓ Disguise user codes when someone is around

**Is it difficult to install my Vaulta?**

✓ The installation is a breeze and it should take approx. 5 minutes.

✓ Our step-by-step instructional video will guide you through the whole process.

**Built-in Features for Your Convenience**

✓ Turn on Passage Mode to keep your door unlocked. When Passage Mode is off, Vaulta automatically locks after 5s

✓ Turn on Silent Mode to deactivate the buzzer

**How long do the batteries last?**

✓ Up to 2 years battery life depending on quality of the batteries and actual usage

✓ DO NOT mix new batteries with old batteries

**What should I do when Vaulta runs out of batteries?**

✓ Get emergency power from a power bank/laptop/power adapter through the built-in Type-C port

✓ Use physical back-up keys that come in-box

The inverted droplet shape rotary knob has a texture and design optimized for long term grip comfort. The main structure, made by tested Zinc Alloy materials, delivers the robust and sturdy construction, enabling it to handle intensive day-to-day use.

## Compare with similar items



|  | **This item** zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob 5s Auto-Lock for Bedroom Apartment Garage Office Security Matte Black | HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Digital Coded Door Knob Sequra Matte Black | BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, Auto Lock,50 User Code,Easy to Install,for Home,Office,Hotel,Bedroom,Garage,No Deadbolt | iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip, Auto Lock,50 User Code,Waterproof, Easy to Install and Program for Bedroom Garage Office Gate (Matte Black) |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★½ (1108) | ★★★★½ (380) | ★★★★½ (2448) | ★★★★½ (455) |
| **Price** | $39⁹⁹ | $49⁹⁹ | $54⁹⁸ | $49⁹⁹ |

| Sold By | DreaMall | Device X | PROYJ | iulock Direct |
|---|---|---|---|---|
| Color | Black (Matte) | Matte Black | Matte Black | Matte Black |
| Finish Type | Matte Black | Powder Coated | Matte Black | Matte Black |
| Item Dimensions | 7.3 x 3 x 3 inches | 3 x 2.5 x 2.5 inches | 8.07 x 4.53 x 4.53 inches | 7 x 4.5 x 3.1 inches |

## Product information

### Technical Details

| | |
|---|---|
| Material | Zinc Alloy |
| Brand | Zincker |
| Color | Black (Matte) |
| Product Dimensions | 7.3"L x 3"W |
| Number of Pieces | 2 |
| Exterior Finish | Zinc |
| Specific Uses For Product | Inside use recommended; Avoid cold/humidity/rain for outdoor use. |
| Special Feature | ¹ Pin code door knob, ² Child proof door knob, ³ Up to 50 users, ⁴ Long battery life, ⁵ Fit your interior doors, ⁶ Easy to install & program, ⁷ Passage mode & Silent mode, ⁸ Auto locking-5 seconds, ⁹ Anti-prying technology, ¹⁰ Splashproof & sweatproof |
| Age Range (Description) | All |
| Included Components | ⁴ Functions guide, ² Mounting hardware kit, ³ 2 backup keys, ¹ Vaulta electronic door knob set, ⁵ User manual |
| Lock Type | Keypad Lock |
| Item Weight | 1.9 Pounds |
| Metal Type | Zinc Alloy |
| Handle Material | Zinc |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| Manufacturer | zincker |
| Part Number | K1 |
| Item Weight | 1.9 pounds |
| Item model number | K1 |
| Batteries | 4 AA batteries required. |
| Size | Normal |
| Finish | Matte Black |
| Item Package Quantity | 1 |
| Type of Bulb | LED |
| Head Style | Inverted droplet shape |
| Special Features | ¹ Pin code door knob, ² Child proof door knob, ³ Up to 50 users, ⁴ Long battery life, ⁵ Fit your interior doors, ⁶ Easy to install & program, ⁷ Passage mode & Silent mode, ⁸ |

### Additional Information

| | |
|---|---|
| ASIN | B09TDHN1CD |
| Customer Reviews | 4.4 ★★★★☆ ∨ 1,108 ratings 4.4 out of 5 stars |
| Date First Available | May 1, 2022 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here.

### Feedback

Would you like to tell us about a lower price? ∨

| | Auto locking-5 seconds, [9] Anti-prying technology, [10] Splashproof & sweatproof |
|---|---|
| Batteries Included? | No |
| Batteries Required? | Yes |

## Product guides and documents

Size Guide (PDF)

User Guide (PDF)

User Manual (PDF)

## Videos

### Videos for this product


0:55
Didn't realize how much I'd like this - Quick Review
Brian and Kelsey


0:07
Customer Review: Easy to install and use
su zhao


2:06
Zincker Vaulta Unboxing Video2
DreaMall

Upload your video

## Products related to this item

Sponsored ⓘ


HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Doo...
★★★★★ 21
$69.99 ✓prime


TEEHO Keyless Entry Door Locks with Keypads - Deadbolt Smart Lock - Front Door Lock...
★★★★★ 6
#1 New Release
$99.99 ✓prime


TEEHO Keyless Entry Door Lock with Handle - Electronic Keypad Deadbolt with Door Kn...
★★★★☆ 215
Amazon's Choice in Deadbolts
$89.99 ✓prime
🌿 Climate Pledge Friendly


BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, A...
★★★★☆ 2,448
$57.91 ✓prime


iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip...
★★★★☆ 454
$54.99 ✓prime


GeekTale Finger Door Lock Smar Knob, Biometric Lock Smart Loc...
★★★★☆ 24
$69.99 ✓prime

Sponsored



**SoHoMiLL**
Shop the Store on Amazon ›

SoHoMiLL ® Electronic Keypad Door Knob and Lock Set with Backup Mechanical K…
⭐⭐⭐⭐½ 2,552
$39.22 Typical: $48.22

**GeekTale**
Shop the Store on Amazon ›

GeekTale Smart Door knob, Fingerprint Smart Biometric Door Lock with App…
⭐⭐⭐⭐☆ 1,433
$69.99

**FITNATE**
Shop the Store on Amazon ›

FITNATE Door Door Lock fo
⭐⭐⭐⭐☆
$49.99

## Looking for specific info?

See questions and answers ›

## Customer reviews

⭐⭐⭐⭐½ **4.4 out of 5**

1,108 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 72% |
| 4 star | ██ | 13% |
| 3 star | █ | 5% |
| 2 star | █ | 4% |
| 1 star | █ | 7% |

⌄ How customer reviews and ratings work

### Reviews with images

    

See all customer images

[ Top reviews ⌄ ]

## Top reviews from the United States

  Michael Ikwuyum

⭐⭐⭐⭐☆ **Just as Advertised.**
Reviewed in the United States on May 1, 2023
Color: Champagne Gold    **Verified Purchase**

Package delivered on time and very easy to install. Very stylish and different from other locks.
The only con so far is that it can only be locked/unlocked from the inside.

One person found this helpful

[ Helpful ]    Report

blt64

⭐⭐⭐⭐⭐ **Makes us feel more secure**

Reviewed in the United States on June 12, 2023

Color: Black (Matte) | Verified Purchase

Not everyone that comes into a person's life is trustworthy, so I jokingly said we needed a digital lock for our bedroom. Never imagined they made one for indoors. I stumbled upon this and was very surprised. I ordered it immediately. My husband installed it as soon as we got it. We have remarked a few times we wish we could lock our bedroom without having to carry around our keys or take just one key off and risk losing it for multiple reasons. This solved that problem and we love it. Very pleased and highly recommend. It is easy to install and program and use. We had a problem at first, but it was 100% operator error. Read the directions carefully and it's easy.

Helpful    Report

Lisette

⭐⭐⭐⭐☆ **It looks fancy**

Reviewed in the United States on April 21, 2023

Color: Black (Matte) | Verified Purchase

Great product, definitely need someone who's handy with this stuff. My door needed to be adjusted to fit this door knob. It looks really nice but I can't stand the noise feedback when entering the pin and when it unlocks the door. Other than that, I love it.

One person found this helpful

Helpful    Report

Alexander Russell

⭐⭐⭐⭐⭐ **WORKS AS ADVERTISED-PLAN TO BUY MORE**

Reviewed in the United States on May 3, 2023

Color: Glossy Silver | Verified Purchase

So honestly wanting a lock above door handle, and which I didn't need to worry about another set of keys, converting my house to everything being smart, and this door knob was a great addition, I looked at a lot of different times as there are a lot on the market and I'm glad that I settled on this one as it was easy to install to my existing door as well as easy to program. Reels definitely feel up to par and I have a good feeling about the longevity of this product! Going to try it out for a few months, but as long as it holds true, I plan to buy many more for my home and maybe even my office buildings and shop. I 100% reccomned. I don't seem biased, so I'm trying to think of something that I don't like about the handle and i would say maybe the shape is a little offputting, but I can see it being something I get used to you as let's be honest, the shape of a door handle isn't really anybody's biggest problem.

2 people found this helpful

Helpful    Report

Kristina Joseph

⭐⭐⭐⭐☆ **Extra keys?**

Reviewed in the United States on April 25, 2023

Color: Black (Matte) | Verified Purchase

I love this product but is there a way to get an extra set of keys?

Helpful    Report

Jmm

⭐⭐⭐⭐⭐ **Amazing!**

Reviewed in the United States on May 8, 2023

Color: Black (Matte) | Verified Purchase

I love this product! Makes keyless entry a breeze. We take our home security seriously and keep the doors locked 100% of the time. However, it was really annoying to always keep a key on you so you don't lock

yourself out. This door handle was the perfect solution. Now I can come in and out of my house without a key and even temporarily disable the lock if I'm going in and out frequently and don't want to keep using the code. I love that I can give visitors their own unique user code to let themselves in. Very easy to use and program codes. Instructions are clear. Installing was a simple. I did have an issue at first where the door handle was not engaging the lock but Zincker tech support (hi Felix!) was very helpful. Turned out to be a low battery. I used a new package of batteries but they were old and no good. Swapped them out and works perfectly.



One person found this helpful

Helpful    Report

Samantha

⭐⭐⭐⭐⭐  **So convenient**

Reviewed in the United States on June 7, 2023

Color: Coal Black   | Verified Purchase

Have these on the doors to my restaurant and office so I wouldn't have to change the key everything someone was let go and its a game changer. You can program individually codes for people and then you can see who is coming in and out and then delete a person's code if necessary. Super easy instal and i even ordered an additional one later for my office door. Sleek looking design

Helpful    Report

tiffany rider

⭐⭐⭐⭐☆  **AMAZING CUSTOMER SERVICE!**

Reviewed in the United States on March 19, 2023

Color: Coal Black   | Verified Purchase

Ordered the lock and loved it, but for some reason the batteries kept draining quickly. It takes 4 AA Batteries and they would drain in a week. I reached out to the seller long after my return window and they responded within 10 hours and shipped out a new one to me in less than 24 hours.
The replacement is now installed, and fingers crossed that the batteries do not drain quickly because I love this product.

5 people found this helpful

Helpful    Report

**See all reviews ›**

Back to top

**Get to Know Us**
Careers

**Make Money with Us**
Sell products on Amazon

**Amazon Payment Products**
Amazon Visa

**Let Us Help You**
Amazon and COVID-19





Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home | Shop by Room

GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart Lock Fingerprint Door knob with App Control, Great for Bedrooms,Cloakroom,Apartments Offices,Hotels  ★★★★½ 246  $69.99 ✓prime  Save 10% with coupon

Sponsored ⓘ

### Customers who viewed this item also viewed



BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Lock, Auto Lock,50 User Code,Easy
★★★★½ 2,448
$54.98



SoHoMiLL ® Electronic Keypad Door Knob and Lock Set with Backup Mechanical Key (Spring Latch Lock; Not Deadbolt; Not
★★★★½ 2,552
$39.22



HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries
★★★★½ 380
$49.99

Tools & Home Improvement › Hardware › Door Hardware & Locks › Door Knobs



Roll over image to zoom in

     

6 VIDEOS

## zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob 5s Auto-Lock for Bedroom Apartment Garage Office Security Champagne Gold

Visit the zincker Store

4.4 ★★★★½ ▾ | 1,108 ratings

**Deal**

**-43%** $39.99

List Price: $69.99 ⓘ

FREE Returns ▾

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

Color: **Champagne Gold**





| | | |
|---|---|---|
| $39.99 | | $119.99 ($40.00 / Count) |
| **$39.99** | | $39.99 |
| $39.99 | | $39.99 |

| | |
|---|---|
| Material | Zinc |
| Brand | Zincker |
| Color | Champagne Gold |
| Product Dimensions | 7.3"L x 3"W |
| Number of Pieces | 2 |

🏛 **Style** Knob          🚪 **Handle Type** Knob

△▢ **Shape** Inverted droplet          ✦ **Finish Type** Painted

### About this item

- STYLISH YET SECURE KEYLESS ENTRY DOOR KNOB WITH LOCK ▶ The inverted droplet shape rotary knob has a texture and design optimized for long term grip comfort; The main structure, made by tested Zinc Alloy materials, delivers the robust and sturdy construction, enabling it to handle intensive day-to-day use; fit 4 x AA batteries inside, up to 2 years of battery life; Sweat & weatherproof design keeps this



☐ Add your 30-day FREE trial of Prime and get fast, free delivery   prime

**Delivery** | Pickup

$39.99

FREE Returns ▾

FREE delivery **Saturday, June 24**

Or fastest delivery **Tomorrow, June 20.** Order within **10 mins**

◉ Select delivery location

**In Stock**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Payment — Secure transaction
Ships from — Amazon
Sold by — DreaMall
Returns — Eligible for Return, Refund or Replacement within 30 days of receipt
Support — Free Amazon tech support included

**Add a Protection Plan:**
☐ 4-Year Protection for $7.99
☐ 3-Year Protection for $5.99

☐ Add a gift receipt for easy returns

**Add to List**

New (2) from $39.99 & FREE Shipping.  ›

**Other Sellers on Amazon**

**Add to Cart**

- electronic door knob intact despite all manner of unexpected situations
- SIMPLE INSTALLATION ▶ Installation is a breeze on doors with standard backsets from 2 ⅜ inches up to 2 ¾ inches, and door thicknesses up to 2.5 inches. All you need is a Phillips screwdriver (for retrofitting) or a drill (for new doors without a cutout) to get this keypad door knob installed for your bedrooms, etc
- EASY TO PROGRAM AND CHILD-PROOF ▶ A truly convenient alternative to traditional keys. Manage 1 administrator code and up to 50 passcodes using a single keypad. Perfect door knob with lock for room rentals, house-keeping, offices, storage rooms, bedrooms, dormitory management and more, also manage your children's access to a specific room such as computer room (gaming), garage workshop or storage room, etc
- ADVANCED SAFETY ▶ By default, this door knob automatically locks 5 seconds after being opened. However, when there is a need to leave the door unlocked for a while, simply activate the Passage Mode; Turn on Silent Mode if you don't want others to hear any feedback from it; Anti-prying technology protects your code from prying eyes. You may enter up to 20 digits, including your own code, to unlock the door knob
- EMERGENCY OPTIONS ▶ Get immediate power supply to Vaulta via a power bank through its built-in Type-C port, or use either of the 2 backup keys provided in the box when it runs out of batteries. Great gift for new homes

› See more product details

## Additional Details



**Verified by Transparency**
Each item has a unique code that we verify before shipping. Learn more

### Customer ratings by feature

| Value for money | ★★★★½ | 4.6 |
|---|---|---|
| Easy to install | ★★★★½ | 4.5 |
| Sturdiness | ★★★★½ | 4.5 |
| Lock Feature | ★★★★½ | 4.4 |

See all reviews

 Report incorrect product information.

### Similar item to consider

**Amazon's Choice**

Amazon Basics Exterior Door Knob With Lock, Coastal, Matte Black
★★★★½ (5067)
$17.38 ✓prime





Smart Door Knob Remote Control with APP
$90.99 ✓prime
Save $15 with coupon

Sponsored ⓘ

## Frequently bought together

### Sponsored panel (right column)

$49.99
& FREE Shipping. Details
Sold by: DreaMall

Have one to sell? Sell on Amazon

Try Our Top Pick for Keyless Entry Door Locks

MiLocks TKK-02AQ Digital Door Knob Handle Lock with Electronic…
★★★★☆ 2,869
$49.99 ✓prime

Sponsored ⓘ



**This item:** zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door…
$39⁹⁹

+

TEEHO TE001 Keyless Entry Door Lock with Keypad - Smart Deadbolt Lock for Front Door wi…
$39⁹⁹

Total price: **$79.98**

**Add both to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

## Discover similar items

✓prime    ★★★ & Up    Price: $25 - $50    More Filters



★★★★½ 14
$21⁹⁵ ✓prime
See more like this

★★★★☆ 148
**Limited time deal**
$18⁴⁷ List: $25.85 ✓prime
See more like this

★★★★½ 2,448
$54⁹⁸ List: $69.99
See more like this

★★★★½ 50
**Limited time deal**
$59⁹⁹ Typical: $74.99
See more like this

★★★★½ 381
$12³⁷ ✓prime
See more like this

★★★★½ 142
$11⁹⁸ List: $13.98 ✓prime
See more like this

★★★★½ 1,474
$14⁹⁹ ✓prime
See more like this

★★★★½ 600
$13⁸⁹ ✓prime
See more like this

★★★★★ 4
$31³⁴
See more like this

★★★★★ 18
$41⁹⁰ List: $45.00
See more like this

★★★★★ 21
$69⁹⁹ List: $89.99
See more like this

★★★★½ 83
$42⁹⁰
See more like this

**Show more**

## Based on your recent views

Sponsored ⓘ



Keypad Door Knob Lock, Keyless Entry Door lock with Anti-Slip Handle, Auto Lock, Wa…
★★★★½ 701
**Amazon's Choice** in Door Knobs
$39.90 ✓prime

WellMall Keyless Entry Smart Door Lock for Front Door,Fingerprint Keypad Door Lock …
★★★★★ 14
$129.99 ✓prime
Save 50% with coupon

HOLOMARQ Fingerprint Door Knob with Keypad Lock Biometric Keyless Door Knob,Combina…
★★★★★ 21
$69.99 ✓prime
Save 5% with coupon

TEEHO Keyless Entry Door Lock with 2 Handles - Electronic Keypad Deadbolt with…
★★★★½ 215
$89.99 ✓prime
Save 15% with coupon

goldenwarm Bronze Door Knobs Interior, Interior Door Knobs Bedroom, Edge Oil…
★★★★½ 148
$59.71 ($9.95/Count)
✓prime

Smart Keypad D Knob with Pass Mode, Keyless E Door Lock, Sma…
★★★★☆ 37
$59.99 ✓prim

## Product Description

**KEYLESS ENTRY DOOR KNOB WITH LOCK AND KEY PAD**

**ELECTRONIC DOOR KNOB WITH HIGH-TECH AND AVANCED SECURITY**

**What can Vaulta's keypad do other than keying the codes?**

✓ Program user codes

✓ Modify Passage Mode/Silent Mode settings

✓ Disguise user codes when someone is around

**Is it difficult to install my Vaulta?**

✓ The installation is a breeze and it should take approx. 5 minutes.

✓ Our step-by-step instructional video will guide you through the whole process.

## Compare with similar items

| | This item zincker Door Knob with Keypad Lock Interior Keyless Child Proof Electronic Pin Code Door Knob 5s Auto-Lock for Bedroom Apartment Garage Office Security Champagne Gold | BOTHSTAR Keypad Door Knob with Key,Keyless Entry Door Lock, Code Locks Door Knob, Auto Lock,50 User Code,Easy to Install,for Home,Office,Hotel,Bedroom,Garage,No Deadbolt | HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Digital Coded Door Knob Sequra Space Gray | Keypad Door Knob Lock, Keyless Entry Door Lock with Anti-Slip Handle, Auto Lock, Waterproof Electronic Black Door Knob, Safe and Easy Installation for Home, Office, Hotel and Garage |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★⯨ (1108) | ★★★★⯨ (2448) | ★★★★⯨ (380) | ★★★★⯨ (702) |
| **Price** | $39⁹⁹ | $54⁹⁸ | $49⁹⁹ | $39⁹⁰ |
| **Shipping** | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| **Sold By** | DreaMall | PROYJ | Device X | YELOCK |
| **Color** | Champagne Gold | Satin Nickel | Space Grey | Black |
| **Finish Type** | Painted | Satin Nickel | Painted | — |
| **Item Dimensions** | 7.3 x 3 x 3 inches | 8.07 x 4.53 x 4.53 inches | 3 x 2.5 x 2.5 inches | 7.32 x 3.23 x 3.23 inches |

## Product information

### Technical Details

| Material | Zinc |
|---|---|
| Brand | Zincker |

### Additional Information

| ASIN | B09XDS9W11 |
|---|---|
| Customer Reviews | 4.4 ★★★★⯨ ▾   1,108 ratings |

| Color | Champagne Gold |
|---|---|
| Product Dimensions | 7.3"L x 3"W |
| Number of Pieces | 2 |
| Exterior Finish | Zinc |
| Specific Uses For Product | Bedroom door |
| Special Feature | [1] Pin code door knob, [2] Child proof door knob, [3] Up to 50 users, [4] Long battery life, [5] Fit your doors, [6] Easy to install & program, [7] Passage mode & Silent mode, [8] Auto locking-5 seconds, [9] Anti-prying technology, [10] Splashproof & sweatproof |
| Age Range (Description) | Adult |
| Included Components | [2] Mounting hardware kit, [4] Installation guide, [3] 2 backup keys, [1] Vaulta electronic door knob set, [5] User manual |
| Lock Type | Cylindrical |
| Item Weight | 1.9 Pounds |
| Metal Type | Zinc |
| Handle Material | Zinc |
| Unit Count | 1.0 Count |
| Manufacturer | zincker |
| Part Number | K1-S |
| Item Weight | 1.9 pounds |
| Item model number | K1-S |
| Finish | Painted |
| Head Style | Inverted droplet shape knob |
| Special Features | [1] Pin code door knob, [2] Child proof door knob, [3] Up to 50 users, [4] Long battery life, [5] Fit your doors, [6] Easy to install & program, [7] Passage mode & Silent mode, [8] Auto locking-5 seconds, [9] Anti-prying technology, [10] Splashproof & sweatproof |
| Batteries Included? | No |
| Batteries Required? | Yes |

| | 4.4 out of 5 stars |
|---|---|
| Best Sellers Rank | #10,284 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #59 in Door Knobs |
| Date First Available | June 8, 2022 |

## Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here.

## Feedback

Would you like to tell us about a lower price? ᵛ

## Product guides and documents

User Guide (PDF)

Size Guide (PDF)

User Manual (PDF)

## Videos

## Videos for this product



Zincker Vaulta Keypad Door Knob
Champagne Gold Unboxing
Device X
4:51



Didn't realize how much I'd like
this - Quick Review
Brian and Kelsey
0:55



Zincker Vaulta Unboxing2
DreaMall
3:11

Upload your video

---

## Products related to this item

Sponsored ⓘ



BOTHSTAR Keypad Door
Knob with Key,Keyless
Entry Door Lock, Code
Locks Door Knob, A...
⭐⭐⭐⭐½ 2,448
$57.91 ✓prime



iulock Smart Door Knob
with Keypad and
Key,Keyless Entry Door
Lock with Rubber Grip...
⭐⭐⭐⭐½ 454
$54.99 ✓prime



Keypad Door Lock with
Handle, Mindore
Commercial Door Locks
and Door Lock with...
⭐⭐⭐☆☆ 8
$89.99 ✓prime



Fingerprint Deadbolt
Lock, Zomnua Keyless
Entry Door Locks with
Keypads - Front Doo...
⭐⭐⭐⭐½ 276
$79.98 ✓prime



Chumia 15 Pack Door
Knob with Lock Key
Bedroom Door Lock
Handle Interior...
⭐⭐⭐☆☆ 5
$76.99 ✓prime



Fingerprint Doo
with Front Door
Handle,Keyless
Door Lock，Ele
$99.99 ✓prime

---



Try Our Top Pick for Keyless Entry
Door Locks



MiLocks TKK-02AQ Digital Door Knob Handle Lock
with Electronic Keypad - Keyless Entry Smart Door...
⭐⭐⭐⭐☆ 2,869
$49.99 ✓prime

Sponsored ⓘ

Sponsored



**HOLOMARQ**
Shop the Store on Amazon ›

**FITNATE**
Shop the Store on Amazon ›

**GeekTale**
Shop the Store on Amazon ›

HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Loc…
★★★★½ 380
**$49.99** List: $69.99

FITNATE Door Knob with Keypad,Digital Door Lock for Keyless Entry,Electronic…
★★★★☆ 261
**$49.99**

GeekTale Sm
Smart Biome
★★★★☆
**$69.99**

## Looking for specific info?

See questions and answers ›

## Customer reviews

★★★★½ **4.4 out of 5**

1,108 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 13% |
| 3 star | | 5% |
| 2 star | | 4% |
| 1 star | | 7% |

˅ How customer reviews and ratings work

## Reviews with images







See all customer images

Top reviews ˅

## Top reviews from the United States

Michael Ikwuyum

★★★★☆ **Just as Advertised.**
Reviewed in the United States on May 1, 2023
Color: Champagne Gold    **Verified Purchase**

Package delivered on time and very easy to install. Very stylish and different from other locks.
The only con so far is that it can only be locked/unlocked from the inside.

One person found this helpful

Helpful | Report

blt64

⭐⭐⭐⭐⭐ **Makes us feel more secure**

Reviewed in the United States on June 12, 2023

Color: Black (Matte)   Verified Purchase

Not everyone that comes into a person's life is trustworthy, so I jokingly said we needed a digital lock for our bedroom. Never imagined they made one for indoors. I stumbled upon this and was very surprised. I ordered it immediately. My husband installed it as soon as we got it. We have remarked a few times we wish we could lock our bedroom without having to carry around our keys or take just one key off and risk losing it for multiple reasons. This solved that problem and we love it. Very pleased and highly recommend. It is easy to install and program and use. We had a problem at first, but it was 100% operator error. Read the directions carefully and it's easy.

Sponsored ⓘ



Helpful      Report

Lisette

⭐⭐⭐⭐☆ **It looks fancy**

Reviewed in the United States on April 21, 2023

Color: Black (Matte)   Verified Purchase

Great product, definitely need someone who's handy with this stuff. My door needed to be adjusted to fit this door knob. It looks really nice but I can't stand the noise feedback when entering the pin and when it unlocks the door. Other than that, I love it.

One person found this helpful

Helpful      Report

Alexander Russell

⭐⭐⭐⭐⭐ **WORKS AS ADVERTISED-PLAN TO BUY MORE**

Reviewed in the United States on May 3, 2023

Color: Glossy Silver   Verified Purchase

So honestly wanting a lock above door handle, and which I didn't need to worry about another set of keys, converting my house to everything being smart, and this door knob was a great addition, I looked at a lot of different times as there are a lot on the market and I'm glad that I settled on this one as it was easy to install to my existing door as well as easy to program. Reels definitely feel up to par and I have a good feeling about the longevity of this product! Going to try it out for a few months, but as long as it holds true, I plan to buy many more for my home and maybe even my office buildings and shop. I 100% reccomned. I don't seem biased, so I'm trying to think of something that I don't like about the handle and I would say maybe the shape is a little offputting, but I can see it being something I get used to you as let's be honest, the shape of a door handle isn't really anybody's biggest problem.



2 people found this helpful

Helpful      Report

Kristina Joseph

⭐⭐⭐⭐☆ **Extra keys?**

Reviewed in the United States on April 25, 2023

Color: Black (Matte)   Verified Purchase

I love this product but is there a way to get an extra set of keys?

Helpful      Report

Jmm

⭐⭐⭐⭐⭐ **Amazing!**

Reviewed in the United States on May 8, 2023

Color: Black (Matte)   Verified Purchase

I love this product! Makes keyless entry a breeze. We take our home security seriously and keep the doors locked 100% of the time. However, it was really annoying to always keep a key on you so you don't lock

yourself out. This door handle was the perfect solution. Now I can come in and out of my house without a key and even temporarily disable the lock if I'm going in and out frequently and don't want to keep using the code. I love that I can give visitors their own unique user code to let themselves in. Very easy to use and program codes. Instructions are clear. Installing was a simple. I did have an issue at first where the door handle was not engaging the lock but Zincker tech support (hi Felix!) was very helpful. Turned out to be a low battery. I used a new package of batteries but they were old and no good. Swapped them out and works perfectly.



One person found this helpful

Helpful    Report

Samantha

★★★★★ **So convenient**

Reviewed in the United States on June 7, 2023

Color: Coal Black    Verified Purchase

Have these on the doors to my restaurant and office so I wouldn't have to change the key everything someone was let go and its game changer. You can program individually codes for people and then you can see who is coming in and out and then delete a person's code if necessary. Super easy instal and i even ordered an additional one later for my office door. Sleek looking design

Helpful    Report

tiffany rider

★★★★☆ **AMAZING CUSTOMER SERVICE!**

Reviewed in the United States on March 19, 2023

Color: Coal Black    Verified Purchase

Ordered the lock and loved it, but for some reason the batteries kept draining quickly. It takes 4 AA Batteries and they would drain in a week. I reached out to the seller long after my return window and they responded within 10 hours and shipped out a new one to me in less than 24 hours.
The replacement is now installed, and fingers crossed that the batteries do not drain quickly because I love this product.

5 people found this helpful

Helpful    Report

**See all reviews ›**



GeekTale Fingerprint Door Lock Smart Door Knob, Biometric Door Lock Smart...
$69.99 √prime
Save 10% with coupon
Sponsored ⓘ

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

amazon

| 🌐 English | 🇺🇸 United States |

| Amazon Music | Amazon Advertising | 6pm | AbeBooks | ACX | Sell on Amazon |
| Stream millions of songs | Find, attract, and engage customers | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Scalable Cloud Computing Services |
| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric |
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Sewing, Quilting & Knitting |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy |
| Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed |
| Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices ✓✗

© 1996-2023, Amazon.com, Inc. or its affiliates





| HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alka... | MILLIONHOME Fingerprint Door Lock Door Knob with Keypad Keyless Entry Door... | TEEHO Keyless Entry Door Locks with Keypads - Deadbolt Smart Lock - Front Door Lock... | Probrico Door Knob Interior Matte Black Finish, 6 Pack Door Handles with Lock... | MiLocks TKK-02OB Digital Door Knob Handle Lock with Electronic Keypad... | KNOBWELL 10 Pack Matte Black Door Knobs Privacy Door Knob, Bed and Bath Door Knob D... | Probrico Door Knob, Interior Passage Door Knob Handles for Hall Knob, Oil Ru... | Ilyapa Passage Door Knobs, Black Closet D Knob- Colonial Style Closet Door Handl... |
|---|---|---|---|---|---|---|---|
| ★★★★☆ 399 | ★★★★☆ 794 | ★★★★★ 72 | ★★★★☆ 483 | ★★★★☆ 2,884 | ★★★★☆ 1,070 | ★★★★☆ 1,892 | ★★★★★ 538 |
| $49.99 ✓prime | $69.99 ✓prime | $99.99 ✓prime | $64.89 ($10.82/Count) ✓prime | Amazon's Choice | $83.59 ✓prime | $99.92 ($9.99/Count) ✓prime | Limited time deal |
| | Save 10% with coupon | Save $20.00 with coupon | | $49.99 ✓prime | | Save 5% with coupon | $39.89 ($6.65/Count) ✓prime |
| | | | | in Door Knobs | | | List: $59.99 (34% off) |

### Customers frequently viewed

Sponsored ⓘ | Popular products in the last 7 days

          

| HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alka... | IRONZON Fingerprint Door Lock Door Knob with Keypad Keyless Entry Door Lock with... | TEEHO Keyless Entry Door Locks with Keypads - Deadbolt Smart Lock - Front Door Lock... | Probrico 6 Pack Square Door Lever Door Lock Handle Lockset Keyless Doorknobs Passag... | MiLocks TKK-02AQ AA Alkaline Batteries Keyless Entry Door Lock with Electronic Keypad... | MiLocks DXK-02SN Indoor Electronic Touchpad Keyless Entry Door Lock, Satin Nickel | Probrico 6 Pack Black Door Knobs Interior, Bedroom Bathroom Handles Interior... | coolnews Gold Door Knobs Interior, Privac Door Knob with Lock, Heavy Duty Square M |
|---|---|---|---|---|---|---|---|
| ★★★★☆ 399 | ★★★★☆ 2,360 | ★★★★★ 72 | ★★★★★ 2,222 | ★★★★☆ 2,884 | ★★★★☆ 2,275 | ★★★★☆ 1,548 | #1 New Release |
| $49.99 ✓prime | $59.99 ✓prime | $99.99 ✓prime | $136.39 ($22.73/Count) ✓prime | $49.99 ✓prime | $58.06 ✓prime | $55.99 ($9.33/Count) ✓prime | $42.99 ✓prime |
| | Save 10% with coupon | Save $20.00 with coupon | | | | Save 5% with coupon | Save 20% with coupon |

---

## Product Description

**KEYLESS ENTRY DOOR KNOB WITH LOCK AND KEY PAD**

**ELECTRONIC DOOR KNOB WITH HIGH-TECH AND ADVANCED SECURITY**

**What can Vaulta's keypad do other than keying the codes?**
✓ Program user codes
✓ Modify Passage Mode/Silent Mode settings
✓ Disguise user codes when someone is around

**Is it difficult to install my Vaulta?**
✓ The installation is a breeze and it should take approx. 5 minutes.
✓ Our step-by-step instructional video will guide you through the whole process.

**Built-in Features for Your Convenience**
✓ Turn on Passage Mode to keep your door unlocked. When Passage Mode is off, Vaulta automatically locks after 5s
✓ Turn on Silent Mode to deactivate the buzzer

**How long do the batteries last?**
✓ Up to 2 years battery life depending on quality of the batteries and actual usage
✓ DO NOT mix new batteries with old batteries

**What should I do when Vaulta runs out of batteries?**
✓ Get emergency power from a power bank/laptop/power adapter through the built-in Type-C port
✓ Use physical back-up keys that come in-box

The inverted droplet shape rotary knob has a texture and design optimized for long term grip comfort. The main structure, made by tested Zinc Alloy materials, delivers the robust and sturdy construction, enabling it to handle intensive day-to-day use.

---

### Compare with similar items

| | This item zincker Vaulta Door Knob with Keypad Lock Interior Electronic Pin Code Door Knob for Bedroom Apartment Garage Office Security (Matte Black 3 Pack) | HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alkaline Batteries Keyless Electronic Digital Coded Door Knob Sequra Matte Black | HOLOMARQ Fingerprint Door Knob with Keypad Lock Biometric Keyless Door Knob,Combination Door Knob 4 AA Alkaline Batteries, for Bedroom Office Interior Door Sequra H2 (Glossy Silver) | MiLocks TKK-02SN Tkk-Sn Digital Door Handle Lock with Electronic Keypad - Keyless Entry Smart Door Lock with Adjustable Latch Locks, Audible Tones for Interior Front Doors & More, Satin Nickel |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (1136) | ★★★★☆ (402) | ★★★★★ (30) | ★★★★☆ (5628) |
| Price | $119⁹⁹ | $49⁹⁹ | $69⁹⁹ | $41⁸² |
| Sold By | DreaMall | Device X | Device X | MiProducts Corp |
| Color | Black(Matte) | Matte Black | Glossy Silver | Satin Nickel |
| Finish Type | Matte | Powder Coated | Painted | Satin |
| Item Dimensions | 7.3 x 3 x 3 inches | 3 x 2.5 x 2.5 inches | 3 x 2.5 x 2.5 inches | 10 x 5 x 5 inches |

---

### Product information

#### Technical Details

| | |
|---|---|
| Material | Zinc Alloy |
| Brand | zincker |
| Color | Black(Matte) |
| Style | Modern |
| Product Dimensions | 7.3"L x 3"W |
| Number of Pieces | 3 |
| Exterior Finish | Zinc |
| Handle Type | Knob |
| Specific Uses For Product | Inside use recommended; Avoid cold/humidity/rain |
| Shape | Inverted droplet |
| Special Feature | * Pin code door knob, * Child proof door knob, * Up to 50 users, * Long battery life, * Fit your interior doors, * Easy to install & program, * Passage mode & Silent mode, * Auto locking-5 seconds, * Anti-prying technology, ** Splashproof & sweatproof |
| Age Range (Description) | Adult |
| Included Components | * Functions guide, * Mounting hardware kit, * 4 backup keys (same key), * 3 sets of Vaulta electronic door knob, * User manual |
| Item Weight | 1.9 Pounds |
| Finish Type | Matte |
| Metal Type | Zinc Alloy |
| Handle Material | Zinc |

#### Additional Information

| | |
|---|---|
| ASIN | B0C22QWJ2W |
| Customer Reviews | 4.4 ★★★★☆ 1,136 ratings — 4.4 out of 5 stars |
| Best Sellers Rank | #1,847 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #12 in Door Knobs |
| Date First Available | June 18, 2022 |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

Product Warranty: For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ⌄

| Unit Count | 3.0 Count |
|---|---|
| Number of Items | 3 |
| Manufacturer | zincker |
| Part Number | K1 |
| Item Weight | 1.9 pounds |
| Country of Origin | China |
| Item model number | K1 |
| Batteries | 4 AA batteries required. |
| Size | Normal |
| Finish | Matte |
| Type of Bulb | LED |
| Head Style | Inverted droplet shape |
| Special Features | * Pin code door knob, * Child proof door knob, * Up to 50 users, * Long battery life, * Fit your interior doors, * Easy to install & program, * Passage mode & Silent mode, * Auto locking-5 seconds, * Anti-prying technology, ** Splashproof & sweatproof |
| Batteries Included? | No |
| Batteries Required? | No |

## Videos

**Videos for this product**          **Videos for related products**



| 0:55 | 2:29 | 2:06 | 3:55 | |
| Didn't realize how much I'd like this - Quick Review | Zincker Vaulta Electronic Door Knob Review | Zincker Vaulta Unboxing Video2 | Zincker Vaulta K1 Functions | Zincker Vaulta K... Champagne Gold |
| Brian and Kelsey | BestProducts | SteelMall | SteelMall | Devine X |

Upload your video

## Products related to this item

Sponsored ⓘ

| TEEHO Keyless Entry Door Locks with Keypads - Deadbolt Smart Lock - Front Door Lock... | IRONZON Fingerprint Door Lock Door Knob with Keypad Keyless Entry Door Lock with... | HOLOMARQ Fingerprint Door Knob Lock with Keypad Biometric Door Knob,Combination Doo... | MILLIONHOME Fingerprint Door Lock Door Knob with Keypad Keyless Entry Door... | iulock Smart Door Knob with Keypad and Key,Keyless Entry Door Lock with Rubber Grip... | Fingerprint Door Knob Chrome, Smart Biometric Door Knob with Voice Function,... | iulock Code Door Lock, Electronic Door Knob with Keypad and Key, Auto Lock, Waterp... | HOLOMARQ Door Knob with Keypad for Interior Combination Bedroom Door Lock 4 AA Alka... |
|---|---|---|---|---|---|---|---|
| ★★★★☆ 72 | ★★★★☆ 2,360 | ★★★★★ 30 | ★★★★★ 794 | ★★★★☆ 469 | ★★★★☆ 17 | ★★★★☆ 879 | ★★★★☆ 399 |
| $99.99 √prime | $59.99 √prime | $69.99 √prime | $69.99 √prime | $199.99 ($10.00/count) √prime | $89.99 √prime | $156.00 ($52.00/Count) | $49.99 √prime |
| Save $30.00 with coupon | Save 10% with coupon | Save 5% with coupon | Save 10% with coupon | Save 20% with coupon | | | |

Fingerprint Door Lock, Biometric Door Knob with 5 Ways to...
★★★★☆ 247
$79⁹⁹ √prime

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

| Snug Plug | BOMEI PACK | Burton | HUFEEOH |
| Shop the Store on Amazon › | Shop the Store on Amazon › | Shop the Store on Amazon › | Shop the Store on Amazon › |
| Snug Plug - Your Loose Outlet Fix (2S/Pack Clear) | BOMEI PACK 6Rolls Pre-Taped Masking Film, Tape and Drape for Automotive... | Burton Harbor 4 Piece 24-in Towel Bar Bath Accessories Hardware Set with Eur... | HUFEEOH T... Steel Moder... |
| ★★★★☆ 5,691 | ★★★★☆ 156 | ★★★★☆ 458 | ★★★★☆ 4... |
| $20.99 | $17.75 $19.88 | $29.99 $59.98 | $11.99 $12... |

## Looking for specific info?

See questions and answers ›

## Customer reviews

★★★★☆ 4.4 out of 5
1,136 global ratings

**Reviews with images**                    See all photos ›



| | |
|---|---|
| 5 star | 71% |
| 4 star | 14% |
| 3 star | 4% |
| 2 star | 4% |
| 1 star | 7% |

∨ How customer reviews and ratings work

Sponsored ⓘ

## Top reviews from the United States

**bll64**

★★★★★ **Makes us feel more secure**

Reviewed in the United States us on May 12, 2023

Color: Black (Matte)   Verified Purchase

Not everyone that comes into a person's life is trustworthy, so I jokingly said we needed a digital lock for our bedroom. Never imagined they made one for indoors. I stumbled upon this and was very surprised. I ordered it immediately. My husband installed it as soon as we got it. We have remarked a few times we wish we could lock our bedroom without having to carry around our keys or take just one key off and risk losing it for multiple reasons. This solved that problem and we love it. Very pleased and highly recommend. It is easy to install and program and use. We had a problem at first, but it was 100% operator error. Read the directions carefully and it's easy.

One person found this helpful

[ Helpful ]   Report

---

**Jimm**

★★★★★ **Amazing!**

Reviewed in the United States us on May 8, 2023

Color: Black (Matte)   Verified Purchase

I love this product Makes keyless entry a breeze. We take our home security seriously and keep the doors locked 100% of the time. However, it was really annoying to always keep a key on you so you don't lock yourself out. This door handle was the perfect solution. Now I can come in and out of my house without a key and even temporarily disable the lock if I'm going in and out frequently and don't want to keep using the code. I love that I can give visitors their own unique user code to let themselves in. Very easy to use and program codes. Instructions are clear. Installing was a simple. I did have an issue at first where the door handle was not engaging the lock but Zincker tech support (hi Felix!) was very helpful. Turned out to be a low battery. I used a new package of batteries but they were old and no good. Swapped them out and works perfectly.

One person found this helpful

[ Helpful ]   Report

---

**Alexander Russell**

★★★★★ **WORKS AS ADVERTISED-PLAN TO BUY MORE**

Reviewed in the United States us on May 3, 2023

Color: Glossy Silver   Verified Purchase

So honestly wanting a lock above door handle, and which I didn't need to worry about another set of keys, converting my house to everything being smart, and this door knob was a great addition, I looked at a lot of different times as there are a lot on the market and I'm glad that I settled on this one as it was easy to install to my existing door as well as easy to program. Reels definitely feel up to par and I have a good feeling about the longevity of this product! Going to try it out for a few months, but as long as it holds true, I plan to buy many more for my home and maybe even my office buildings and shop. I 100% recommed. I don't seem biased, so I'm trying to think of something that I don't like about the handle and I would say maybe the shape is a little offputting, but I can see it being something I get used to you as let's be honest, the shape of a door handle isn't really anybody's biggest problem.

2 people found this helpful

[ Helpful ]   Report

---

**Samantha**

★★★★★ **So convenient**

Reviewed in the United States us on June 7, 2023

Color: Coal Black   Verified Purchase

Have these on the doors to my restaurant and office so I wouldn't have to change the key everything someone was let go and its a game changer. You can program individually codes for people and then you can see who is coming in and out and then delete a person's code if necessary. Super easy install and I even ordered an additional one later for my office door. Sleek looking design

[ Helpful ]   Report

---

**Al from the IE**

★★★★★ **Solid feel, easy install and easy to read instructions**

Reviewed in the United States us on May 2, 2023

Color: Black (Matte)   Verified Purchase

I replaced an existing door lock so I did not have to drill out a hole for the install. But, it does come with a template if you need to drill one in a new install. All the hardware is included, and all you really need is a Phillips head screw driver, and 4 AA batteries to install in the lock. It took me about 40 minutes which includes reading the installation instructions, finding the right tools, removing the old lock, installing the old lock and reading the program and function instructions to set the code.

The outside of the unit is made of metal so it feels sturdy.

One draw back with this lock could be is that both door knobs are wider and longer than regular door knobs which may create clearance issues with door jams and if you have a security door in front of this lock.

I would recommend this product.

3 people found this helpful

[ Helpful ]   Report

---

**Billy/Hillary**

★★★★★ **Great for a main door!**

Reviewed in the United States us on June 14, 2023

Color: Glossy Silver   Verified Purchase

We have this on our door in the garage to get in to our house. We've never used the key, just the code. I love this!

[ Helpful ]   Report

---

**E. Golden**

★★★★★ **Bought two...easy install**

Reviewed in the United States us on June 9, 2023

Color: Glossy Silver   Verified Purchase

Works well so far and was easy to replace standard door latch. Programming was easy and only had to do once on each knob. Seems like they are well made and allows easy access using codes. Very good value.

[ Helpful ]   Report

---

**Jessica Spencer**

★★★★★ **Great Customer Service**

Reviewed in the United States us on May 23, 2023

Color: Black (Matte)   Verified Purchase

So far so good, the matte black color is very sleek and attractive. The instructions are clear. Make sure that the tear drop on door knobs face Downward when installing. I made the mistake of putting the knob on incorrectly after installing the batteries and reached out to customer service. I spoke to Felix at Zincker who was absolutely Amazing and went above and beyond!

See all reviews ›



GeekTale Smart Door knob, Fingerprint Door Lock Smart Lock Biometric Door...
$69⁹⁹ ✓prime
Save 10% with coupon

Sponsored ⓘ

