**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Jun Lu v. Device X and DreaMall     Case Number: 1:23-cv-04282

An appearance is hereby filed by the undersigned as attorney for:
Jun Lu; Plaintiff

Attorney name (type or print): Steven G. Kalberg

Firm: Direction IP Law

Street address: P.O. Box 14184

City/State/Zip: Chicago, IL 60614

Bar ID Number: 6336131     Telephone Number: 847-508-1294
(See item 3 in instructions)

Email Address: skalberg@directionip.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ✓ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/5/2023

Attorney signature:     S/ Steven G. Kalberg
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015