AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __NDIL__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>23cv4282 | DATE FILED<br>7/5/2023 | U.S. DISTRICT COURT<br>NDIL |
|---|---|---|
| PLAINTIFF<br><br>Jun Lu | | DEFENDANT<br>Device X et al |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |  |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Thomas Bruton | (BY) DEPUTY CLERK<br>G. Young | DATE<br>7/6/2023 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

US00D981205S

| (12) | United States Design Patent | (10) Patent No.: | US D981,205 S |
|---|---|---|---|
| | Lu | (45) Date of Patent: ** | Mar. 21, 2023 |

(54) **ELECTRONIC DOOR KNOB**

(71) Applicant: **Jun Lu**, Guangdong (CN)

(72) Inventor: **Jun Lu**, Guangdong (CN)

(\*\*) Term: **15 Years**

(21) Appl. No.: **29/766,496**

(22) Filed: **Jan. 15, 2021**

(51) **LOC (14) Cl.** ............................................. **08-07**
(52) **U.S. Cl.**
    USPC .......................................................... **D8/330**
(58) **Field of Classification Search**
    USPC ........ D8/334, 333, 343, 339, 335, 330, 331,
             D8/332; D99/28, 34, 35, 36
    CPC .......... E05B 77/00; E05B 71/00; E05B 67/36;
            E05B 65/00; E05B 67/063; E05B 13/10;
            E05B 2047/0084; E05B 77/28; E05B
            37/00; E05B 2047/0068; E05B
            2047/0024; E05B 85/10; E05B 37/025;
            E05B 41/00
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,318,123 A | * | 5/1967 | Piazza | E05B 17/2042 |
| | | | | 70/447 |
| D297,807 S | * | 9/1988 | Fildan | D8/312 |
| 4,953,372 A | * | 9/1990 | Lovell | E05B 37/12 |
| | | | | 70/74 |
| 5,609,051 A | * | 3/1997 | Donaldson | G07C 9/0069 |
| | | | | 70/303 A |
| D382,790 S | * | 8/1997 | Hankel | D8/301 |
| 6,382,001 B1 | * | 5/2002 | Neeley | F16K 35/06 |
| | | | | 70/178 |
| 6,508,092 B1 | * | 1/2003 | Laabs | E05B 9/084 |
| | | | | 248/222.12 |
| D469,680 S | * | 2/2003 | Laabs | D8/343 |
| D482,596 S | * | 11/2003 | Laabs | D8/343 |
| D487,013 S | * | 2/2004 | Jenks | D8/343 |
| D627,622 S | * | 11/2010 | Cosby | D8/339 |
| 9,732,894 B1 | * | 8/2017 | Hartman | F16L 37/20 |
| D891,901 S | * | 8/2020 | Snodgrass | D8/311 |
| D918,013 S | * | 5/2021 | Yang | D8/333 |
| D923,454 S | * | 6/2021 | Chen | D8/331 |
| D926,018 S | * | 7/2021 | Snodgrass | D8/311 |
| D937,655 S | * | 12/2021 | Snodgrass | D8/301 |
| 2006/0065025 A1 | * | 3/2006 | Viviano | E05B 63/04 |
| | | | | 70/134 |

(Continued)

OTHER PUBLICATIONS

Bothstar Keypad Door Knob, by Bothstar on amazon.com. Dated May 16, 2021. Found online [Jul. 22, 2022]. https://www.amazon.com/BOTHSTAR-Keyless-Install-Bedroom-Deadbolt/dp/B094W2L9RM.*

(Continued)

*Primary Examiner* — Eliza Z Harvey
*Assistant Examiner* — Kayla Marie Bennett
(74) *Attorney, Agent, or Firm* — ScienBiziP, P.C.

(57) **CLAIM**

The ornamental design for an electronic door knob, as shown and described.

**DESCRIPTION**

FIG. 1 is a front and top perspective view of an electronic door knob, showing my design.
FIG. 2 is a rear and bottom perspective view thereof.
FIG. 3 is a front elevation view thereof.
FIG. 4 is a rear elevation view thereof.
FIG. 5 is a left side elevation thereof.
FIG. 6 is a right side elevation thereof.
FIG. 7 is a top plan view thereof; and,
FIG. 8 is a bottom plan view thereof.
The broken lines shown in the drawings are included for the purpose of illustrating portions of the electronic door knob for environmental structure that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

2020/0191259 A1 * 6/2020 Bagley .................... G05G 5/05
2021/0388638 A1 * 12/2021 Snodgrass ............. E05B 47/068

OTHER PUBLICATIONS

Lulock Code Dorr Lock, by lulock on amazon.com. Dated Jul. 25, 2021. Found online [Jul. 22, 2022]. https://www.amazon.com/Electronic-Waterproof-Passage-Function-Warehouse/dp/B09B5DS765.*

* cited by examiner

Case 1:23-cv-04232 Document #: 15 Filed: 07/05/23 Page 4 of 10 PageID #:164



FIG. 1



FIG. 2

Case: 1:23-cv-04282 Document #: 153 Filed: 07/05/23 Page 6 of 10 PageID #:1716



FIG. 3



FIG. 4



FIG. 5

Case: 1:23-cv-04282 Document #: 53 Filed: 07/05/23 Page 9 of 11 PageID #:1759



FIG. 6



FIG. 7

Case: 1:23-cv-04382 Document #: 53 Filed: 07/05/23 Page 110 of 110 PageID #:1761
Case: 1:23-cv-04382 Document #: 53 Filed: 07/05/23 Page 110 of 110 PageID #:1761



FIG. 8