IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUN LU, *Plaintiff*, v. DEVICE X AND DREAMALL, *Defendants*. | Civil Action No. 1:23-cv-04282<br><br>Honorable John J. Tharp, Jr<br><br>JURY TRAIL DEMANDED |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND OTHER RELIEF**

Plaintiff Jun Lu moves for entry of an *ex parte* Temporary Restraining Order, including a temporary injunction, a temporary asset restraint, expedited discovery, and for alternative service in an action arising out of 35 U.S.C. § 271. A Memorandum of Law in support is filed concurrently with this Motion.

DATED: July 7, 2023 	Respectfully submitted,

	By: */s/ Nicholas Najera*
	David R. Bennett
	**DIRECTION IP LAW**
	P.O. Box 14184
	Chicago, Illinois 60614
	Tel: (312) 291-1667
	dbennett@directionip.com

	Of Counsel:
	Timothy T. Wang
	Texas Bar No. 24067927
	twang@nilawfirm.com
	Nicholas Najera
	Texas Bar No. 24127049
	nnajera@nilawfirm.com

	**NI, WANG & MASSAND, PLLC**
	8140 Walnut Hill Ln., Ste. 615
	Dallas, TX 75231
	Tel: (972) 331-4600
	Fax: (972) 314-0900

	*COUNSEL FOR PLAINTIFF*