IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUN LU,<br><br>        *Plaintiff,*<br><br>v.<br><br>DEVICE X and DREAMALL,<br><br>        *Defendants.* | Civil Action No. []<br><br>JURY TRAIL DEMANDED |

### DECLARATION OF JUN LU

I, Jun Lu, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein. If called as a witness, I could and would testify to the statements made herein.

2. I am an individual residing in the People's Republic of China.

3. I am the named inventor and applicant of United States Design Patent No. D981,205.

4. I sell my own electronic doorknobs on Amazon under the iulock Direct brand which embody and practice the Design Patent. My iulock Direct branded electronic doorknobs are well established on Amazon and enjoy quality customer reviews and high ratings, earning 4.3 stars on nearly a thousand reviews.

5. I have not licensed or authorized Defendants to practice the Design Patent, and none of the Defendants are authorized resellers of licensed products.

6. Monetary damages cannot adequately compensate me for ongoing infringement because monetary damages fail to address the damage to our control over our rights in the Design Patent and our reputation, associated goodwill, and ability to exploit the patented design.

Furthermore, monetary damages are difficult, if not impossible, to ascertain due to the inability to calculate measurable damage in dollars and cents caused to our control over our rights in the Design Patent, our reputation, the goodwill associated therewith, and ability to exploit the patented design by acts of infringement.

7. My goodwill and reputation are irreparably damaged by the making, using, offering for sale, selling, or importing of goods that infringe the Design Patent. Moreover, my brand confidence amongst consumers is damaged, which can result in a loss of future sales and market share. The extent of harm to my established reputation and goodwill and the possible diversion of customers due to loss in brand confidence are largely unquantifiable.

8. I am further irreparably harmed by the unauthorized making, using, offering for sale, selling, or importing of goods that infringe the Design Patent because infringers remove our ability to control the nature and quality of the Infringing Products. Loss of quality control over goods made, used, offered for sale, sold, or imported featuring the patented design and, in turn, loss of control over my reputation is neither calculable nor precisely compensable.

9. The making, using, offering for sale, selling, or importing of goods featuring the patented design and not authorized, produced, or manufactured by us is likely causing and will continue to cause consumer confusion, which weakens our product's brand recognition and reputation. Inferior quality products will result in increased skepticism and hesitance in consumers presented with our genuine patented products, resulting in a loss or undermining of our reputation and goodwill.

10. I am further irreparably damaged due to a loss of exclusivity. My products are meant to be exclusive. Marketing efforts and innovative designs are aimed at growing and sustaining sales. When infringers make, use, offer for sale, sell, or import goods featuring the

patented design without my authorization, the exclusivity of my products, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

11. I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of July, 2023 in Guangdong, China.

/s/ Jun Lu