# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JUN LU, <br><br> *Plaintiff*, <br><br> v. <br><br> DEVICE X AND DREAMALL, <br><br> *Defendants*. | Civil Action No. 1:23-cv-04282 <br><br> Hon. John J. Tharp, Jr <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF LU'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Jun Lu moves for a Preliminary Injunction enjoining Defendants Device X and DreaMall from making, using, offering for sale, and/or selling the identified Infringing Products and for an asset restraint in an action arising out of 35 U.S.C. § 271. A Memorandum of Law and Exhibits A-C are concurrently filed in support.

DATED: July 20, 2023                                  Respectfully submitted,

                                                      By: */s/ Nicholas Najera*
                                                      David R. Bennett
                                                      **DIRECTION IP LAW**
                                                      P.O. Box 14184
                                                      Chicago, Illinois 60614
                                                      Tel: (312) 291-1667
                                                      dbennett@directionip.com

                                                      Of Counsel:
                                                      Timothy T. Wang
                                                      Texas Bar No. 24067927
                                                      twang@nilawfirm.com
                                                      Nicholas Najera
                                                      Texas Bar No. 24127049
                                                      nnajera@nilawfirm.com

                                                      **NI, WANG & MASSAND, PLLC**
                                                      8140 Walnut Hill Ln., Ste. 615
                                                      Dallas, TX 75231
                                                      Tel: (972) 331-4600
                                                      Fax: (972) 314-0900

                                                      *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                      */s/ Nicholas Najera*

                                                      Nicholas Najera