# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUN LU,<br><br>    *Plaintiff*,<br><br>v.<br><br>DEVICE X AND DREAMALL,<br><br>    *Defendants*. | Civil Action No. 1:23-cv-04282 |

### DECLARATION OF JUN LU

I, Jun Lu, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein. If called as a witness, I could and would testify to the statements made herein.

2. I am an individual residing in the People's Republic of China.

3. I am the named inventor and applicant of United States Design Patent No. D981,205 ("D'205 Patent").

4. I sell my own electronic doorknobs on Amazon under the iulock Direct brand which embody and practice the Design Patent. My iulock Direct branded electronic doorknobs are well established on Amazon and enjoy quality customer reviews and high ratings, earning 4.3 stars on nearly a thousand reviews.



5. My own electronic doorknobs are distributed and sold through licensed Amazon storefronts such as iulock Direct. These products are known for their distinctive patented design and quality. The patented design is broadly recognized by consumers in this market.

6. I have not licensed Defendants to use or practice the D'205 Patent, and none of the Defendants are authorized resellers of licensed products.

7. As the Patent Owner, my business' goodwill and reputation are irreparably damaged by the making, using, offering for sale, selling, or importing of electric doorknobs that infringe the D'205 Patent. Moreover, the iulock brand confidence is damaged, which results in a loss of future sales and market share. For example, the electronic doorknobs sold at the iulock Direct store ranked around top 50 in the electronic doorknobs category when we first rolled out the products. It has since dropped to around top 200 this year after the infringing products flooded the market. I was also forced to cut the price and offer more promotions because the

---

[1] https://www.amazon.com/Electronic-Waterproof-Passage-Function-Warehouse/dp/B09B5DXZ16

infringing products are sold at lower prices. The extent of harm to our reputation and goodwill and the possible diversion of customers due to a loss in brand confidence are largely unquantifiable.

8. I am further irreparably harmed by the unauthorized making, using, offering for sale, selling, or importing of electric doorknobs that infringe the D'205 Patent because infringers rob me my ability to control the nature and quality of the products. Loss of quality control over goods made, used, offered for sale, sold, or imported featuring the D'205 design and, in turn, loss of control over my business reputation, is neither calculable nor precisely compensable.

9. The making, using, offering for sale, selling, or importing of electric doorknobs featuring the D'205 design that are not authorized or sold by us is likely causing and will continue to cause consumer confusion, which weakens our product's brand recognition and reputation. Inferior quality products will result in increased skepticism and hesitance in consumers presented with our genuine products, resulting in a loss or undermining of our business reputation and goodwill.

10. I am further irreparably damaged due to the loss of exclusivity in my intellectual property rights. My products that embody the D'205 Patent, via issuance by the USPTO, are meant to be exclusive. My marketing efforts and innovative designs are aimed at growing and sustaining sales. When infringers make, use, offer for sale, sell, or import electric doorknobs featuring the D'205 design, without my authorization, the exclusivity of my products guaranteed by my patent rights, are damaged and eroded, resulting in a loss of unquantifiable future sales.

11. In sum, I will suffer immediate and irreparable injury, loss, or damage if a Preliminary Injunction is not issued.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of July, 2023 in Shenzhen, China.

/s/ Jun Lu

4