# **EXHIBIT B - EXEMPLARY INFRINGEMENT CHART**

**EXHIBIT B - EXEMPLARY INFRINGEMENT CHART**

| D'205 Patent Figures | Exemplary Infringing Product[1] |
|---|---|
| cylindrical doorknobs along central axis<br><br>FIG. 1 | identical cylindrically shaped doorknobs along central axis |

---

[1] All images of the Infringing Product are from https://www.amazon.com/Zincker-Interior-Electronic-Auto-Lock-Apartment/dp/B0B3CXHXSN; *see* Dkt. No. 1-2 at 1-11.

1

**EXHIBIT B - EXEMPLARY INFRINGEMENT CHART**



**EXHIBIT B - EXEMPLARY INFRINGEMENT CHART**

| | |
|---|---|
|  FIG. 3 |  |
| keypad positioned on face of outward facing doorknob; keypad with eleven buttons (0-9 & check) arranged in circular pattern around a central keyhole; battery light indicator positioned below the central keyhole | substantially similar keypad positioned on same face of outward facing doorknob; keypad with eleven buttons (0-9 & check) arranged in the same circular pattern around an identically positioned central keyhole; identical battery light indicator positioned below the central keyhole |