# EXHIBIT C



US00D971002S

## (12) United States Design Patent
### Liu

(10) Patent No.: **US D971,002 S**
(45) Date of Patent: ** Nov. 29, 2022

(54) **DOOR KNOB**

(71) Applicant: **Shenzhen Rundian Innovation Technology Co., Ltd.,** Shenzhen (CN)

(72) Inventor: **Kezhi Liu**, Shenzhen (CN)

(73) Assignee: **Shenzhen Rundian Innovation Technology Co., Ltd.,** Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: 29/846,728

(22) Filed: **Jul. 19, 2022**

(51) **LOC (13) Cl.** ............................................. **08-06**
(52) **U.S. Cl.**
USPC ........................................ **D8/302**; D8/300
(58) **Field of Classification Search**
USPC ........ D8/331, 311, 301, 307, 300, 312, 302, D8/305; D7/393, 394, 396, 406, 543, D7/545, 547.548; D23/250, 421
CPC ... Y10T 292/57; Y10T 292/82; Y10T 16/469; Y10T 16/44; Y10T 16/476; Y10T 74/2084; Y10T 292/85; Y10T 74/2087; Y10T 16/4713; Y10T 16/506; Y10T 74/20876; Y10T 74/20612; Y10T 70/5765; Y10T 16/459; Y10T 74/2066; Y10T 16/487; Y10T 74/20822
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,111,021 A | * | 11/1963 | Patriquin | E05B 55/005 70/476 |
| D297,807 S | * | 9/1988 | Fildan | D8/312 |
| D589,776 S | * | 4/2009 | Camp | D8/312 |
| D691,448 S | * | 10/2013 | Weathersby | D8/301 |
| D844,408 S | | 4/2019 | Lu | |
| D856,112 S | | 8/2019 | Ferreira Sánchez | |
| D891,901 S | * | 8/2020 | Snodgrass | D8/311 |
| D922,850 S | * | 6/2021 | Chen | D8/302 |
| D922,853 S | * | 6/2021 | Han | D8/331 |
| D923,454 S | * | 6/2021 | Chen | D8/331 |
| D926,018 S | * | 7/2021 | Snodgrass | D8/311 |
| D937,655 S | * | 12/2021 | Snodgrass | D8/301 |
| 2002/0088084 A1 | * | 7/2002 | Armstrong | E05B 3/003 16/82 |
| 2009/0282652 A1 | * | 11/2009 | Maramba | E05B 13/005 16/441 |
| 2010/0117380 A1 | * | 5/2010 | Agazzi | E05B 13/103 292/336.3 |
| 2013/0067969 A1 | * | 3/2013 | Webb | E05B 47/00 70/78 |
| 2020/0141157 A1 | * | 5/2020 | Miller | E05B 17/226 |

OTHER PUBLICATIONS

Zincker Door Knob, by Zincker on Amazon.com. Dated Jun. 11, 2022. Found online [Sep. 21, 2022]. https://www.amazon.com/Zincker-Interior-Electronic-Apartment-Security/dp/B0B3CXHXSN.*

* cited by examiner

*Primary Examiner* — Messina L Smith
*Assistant Examiner* — Kayla Marie Bennett

(57) **CLAIM**

The ornamental design for a door knob, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, right and top perspective view of a door knob showing my new design;
FIG. **2** is a rear, left and bottom perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top plan view thereof; and,
FIG. **8** is a bottom plan view thereof.

**1 Claim, 8 Drawing Sheets**




FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8